JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 2 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1792*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On October 25, 2006, the Panel transferred two civil actions to the United States District Court for the District of District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* \_\_\_\_F.Supp.2d\_\_\_\_ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Ellen Segal Huvelle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of District of Columbia and assigned to Judge Huvelle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of District of Columbia for the reasons stated in the order of October 25, 2006, and, with the consent of that court, assigned to the Honorable Ellen Segal Huvelle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of District of Columbia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1792
## IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

ARIZONA
  AZ  2  06-1560       Walter Cover v. Continental Promotion Group, Inc., et al.
  AZ  2  06-1664       Melinda Roquemore v. Continental Promotion Group, Inc., et al.
  AZ  2  06-1671       Luis Morales v. Continental Promotion Group, Inc., et al.
  AZ  2  06-1891       Jonathan Feldman v. Continental Promotion Group, Inc., et al.
  AZ  2  06-1992       Joshua Pevnick v. Continental Promotion Group, Inc., et al.

CALIFORNIA CENTRAL
  CAC 2  06-6110       Barry R. Friedrich, et al. v. InPhonic, Inc., et al.

# INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1792
### IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION

Mark E. Beck
Beck, De Corso, Daly, Kreindler & Harris
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071

Mitchell R. Berger
Patton Boggs, LLP
2550 M Street, NW
Washington, DC 20037

Larry J. Crown
Jennings, Haug & Cunningham
2800 N. Central Avenue
Suite 1800
Phoenix, AZ 85004-1049

Stephen M. Garcia
Garcia Law Firm
One World Trade Center, Suite 1950
Long Beach, CA 90831

Steven A. Hart
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza, Suite 200
330 North Wabash Avenue
Chicago, IL 60611

David C. Jacobson
Sonnenschein, Nath & Rosenthal, LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Patrick J. McGroder, III
Gallagher & Kennedy
2575 East Camelback Road
Phoenix, AZ 85016-9225

Clifford H. Pearson
Pearson, Soter, Warshaw & Penny, LLP
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403

Bruce L. Simon
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
Suite 200
840 Malcolm Road
Burlingame, CA 94010

Scott Jeremy Stein
Sonnenschein, Nath & Rosenthal, LLP
2398 E. Camelback Rd.
Suite 1060
Phoenix, AZ 85016

Ryan J. Talamante
Glover & Van Cott, P.C.
2025 North 3rd Street
Suite 260
Phoenix, AZ 85004