Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
January 10, 2007

Clerk, United States District Court
for the Northern District of California
Phillip Burton United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3434

IN RE: INPHONIC, INC., WIRELESS PHONE REBATE
LITIGATION   MDL-1792

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 12/27/06. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Nancy Everett v. InPhonic, Inc., et al.** | C.A. No. 3:06-6422 | C.A. No. 1:07-54 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By_____
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc:   MDL Panel, Clerk
      Nancy Mayer-Whittington, Clerk
      Judge Ellen Segal Huvelle
      Gwen Franklin, Courtroom Clerk
      MDL Misc. Case No. 06-507