RECEIVED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc. Action No. 06-0507 (ESH)<br>MDL Docket No. 1792 |
| This Document Relates To:<br>ALL CASES | |

## NOTICE OF APPEARANCE
## OF SHUMAKER, LOOP & KENDRICK, LLP

PLEASE BE ADVISED that C. Philip Campbell, Jr. and Ernest J. Marquart, on behalf of SHUMAKER, LOOP & KENDRICK, LLP, hereby enter their appearances in the above-styled cause as attorneys for Defendant, CONTINENTAL PROMOTION GROUP, INC., and direct that copies of all notices, pleadings and proceedings be served upon C. Philip Campbell, Jr. as "LEAD ATTORNEY – ATTORNEY TO BE NOTICED." Attached as Exhibit A is a copy of a Notice of Substitution of Counsel for Continental Promotion Group, Inc. which was previously filed before the Judicial Panel on Multidistrict Litigation.

Respectfully submitted,

SHUMAKER, LOOP & KENDRICK, LLP

By: _____
C. Philip Campbell, Jr.
Florida Bar No. 160973
Ernest J. Marquart
Florida Bar No. 905860
101 East Kennedy Boulevard, Suite 2800
Tampa, Florida 33602-5151
Telephone: (813) 229-7600
Facsimile: (813) 229-1660
pcampbell@slk-law.com
emarquart@slk-law.com
Attorneys for Continental Promotion Group, Inc.

SLK_TAM: #745938v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via regular U.S. mail to:

| **ATTORNEY – FIRM** | **REPRESENTED PARTY(S)** |
|---|---|
| John Anthony Peca<br>Climaco, Lefkowitz, Peco, Wilcox & Garfoli Co, LPA<br>888 16th Stret, NW, Suite 800<br>Washington, DC 20006<br>202-349-9864<br>202-349-9867 fax<br>japeca@climacolaw.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Attorneys for Plaintiff Edwin Davis |
| David P. Meyer<br>David P. Meyer & Associates Co. LPA<br>401 N. Front Street, Suite 350<br>Columbus, OH 43215<br>614-224-6000<br>614-224-6066 fax<br>ATTORNEY TO BE NOTICED | |
| John R. Climaco<br>Climaco, Lefkowitz, Peco, Wilcox & Garfoli Co, LPA<br>1220 Huron Road, Suite 1000<br>Cleveland, OH 44115-1802<br>216-621-8484<br>216-771-1632 fax<br>jrclim@climacolaw.com<br>ATTORNEY TO BE NOTICED | |

Keith T. Vernon
Climaco, Lefkowitz, Peco, Wilcox & Garfoli
Co, LPA
888 16th Stret, NW, Suite 800
Washington, DC 20006
202-349-9864
202-349-9867 fax
ktvern@climacolaw.com
ATTORNEY TO BE NOTICED

Patrick G. Warner
David P. Meyer & Associates Co. LPA
401 N. Front Street, Suite 350
Columbus, OH 43215
614-224-6000
614-224-6066 fax
ATTORNEY TO BE NOTICED

| | |
|---|---|
| Steven N. Berk<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street, N.E.<br>Washington, D.C. 20002<br>202-789-3960<br>202-789-1813 fax<br>stevenb@cuneolaw.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Attorney for Plaintiffs Hongyi Yu and Barbara McGivney |
| William F. Mahoney<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>330 N. Wabash Avenue, Suite 200<br>Chicago, IL 60611<br>312-645-7800<br>wmahoney@smsm.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Attorneys for Plaintiff Ryan Sutherland |

SLK_TAM: #745938v1

| | |
|---|---|
| Khalid A. ElHassan<br>Eichen, Levinson & Crutchlow L.L.P.<br>40 Ethel Road<br>Edison, NJ 08817<br>732-777-0100<br>732-248-8273 fax<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Attorneys for Plaintiff Paul Rock |
| Juden Justice Reed<br>Schubert & Reed, LLP<br>3 Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Attorney for Plaintiff Nancy Everett |
| Mitchell R. Berger<br>Patton Boggs LLP<br>2550 M Street, N.W.<br>Washington, DC 20037<br>202-457-5601<br>202-457-6315 fax<br>mberger@pattonboggs.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Attorneys for Defendant InPhonic, Inc. |
| David C. Jacobson<br>Sonnenschein Nath & Rosenthal, LLP<br>7800 Sears Tower<br>232 South Wacker Drive<br>Chicago, IL 60606<br>312-876-8130<br>djacobson@sonnenschein.com<br>ATTORNEY TO BE NOTICED | Former Counsel for Continental Promotion Group, Inc. |

on this  19th  day of January, 2007.

_____
ATTORNEY

SLK_TAM: #745938v1



## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re

InPhonic, Inc.,  
Wireless Phone Rebate Litigation

MDL Docket No. 1792

_____/

### NOTICE OF SUBSTITUTION OF COUNSEL FOR CONTINENTAL PROMOTION GROUP, INC.

Defendant, Continental Promotion Group, Inc. ("Continental"), gives notice of the substitution of Ernest J. Marquart and the law firm Shumaker, Loop & Kendrick, LLP, for David C. Jacobson and the law firm Sonnenschein, Nath & Rosenthal, LLP, as attorneys for Continental before the Judicial Panel on Multidistrict Litigation.

Pursuant to Rule 5.2(c), R.P.J.P.M.L., Continental notifies the Clerk of the Panel that Ernest J. Marquart of Shumaker, Loop & Kendrick, LLP (101 East Kennedy Boulevard, Suite 2800, Tampa, Florida 33602; Telephone – (813) 229-7600; Facsimile – (813) 229-1660; emarquart@slk-law.com) is the attorney designated by Continental to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation.

Pursuant to Rule 5.2(d), R.P.J.P.M.L., Continental requests that Ernest J. Marquart of Shumaker, Loop & Kendrick, LLP, be added to the Panel Service List, and

Misc. Action No. 06-0507 (ESH)



that David C. Jacobson of Sonnenschein, Nath & Rosenthal, LLP, be removed from the Panel Service List in this litigation.

| | |
|---|---|
| Dated November 1L, 2006. | Dated November 21, 2006. |
| SONNENSCHEIN, NATH & ROSENTHAL, LLP | SHUMAKER, LOOP & KENDRICK, LLP |
| *signature* | *signature* |
| David C. Jacobson | Ernest J. Marquart |
| Illinois Bar No. 0131567L | Florida Bar No. 905860 |
| 7800 Sears Tower | 101 East Kennedy Boulevard |
| 233 South Wacker Drive | Suite 2800 |
| Chicago, Illinois 60606 | Tampa, Florida 33602 |
| Telephone: (312) 876-8095 | Telephone: (813) 229-7600 |
| Facsimile: (312) 876-7934 | Facsimile: (813) 229-1660 |
| djacobson@sonnenschein.com | emarquart@slk-law.com |
| | Attorneys for Defendant |
| | Continental Promotion Group, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U. S. Mail on November 21, 2006, to each person identified on the attached Panel Service List.

*signature*
Attorney

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**                                    Page 1

Docket: 1792 - In re InPhonic, Inc., Wireless Phone Rebate Litigation
Status:  Transferred on 10/25/2006
Transferee District: DC    Judge: Huvelle, Ellen Segal                          Printed on 11/15/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Berger, Mitchell R.<br>Patton, Boggs, L.L.P.<br>2550 M Street, N.W.<br>Washington, DC 20037 | => Phone: (202) 457-5600  Fax: (202) 457-6315<br>InPhonic, Inc.* |
| Beck, Steven N.<br>Cuneo Gilbert & LaDuca, LLP<br>507 C Street, N.E.<br>Washington, DC 20002 | => Phone: (202) 789-3960  Fax: (202) 789-1813  Email: stevenb@cunolaw.com<br>McGivney, Barbara*; Yu, Hongyi* |
| Climaco, John R.<br>Climaco, Lefkowitz, Peca, Wilcox & Garfoli<br>1220 Huron Road<br>Suite 1000<br>Cleveland, OH 44115-1802 | => Phone: (216) 621-8484  Fax: (216) 771-1632  Email: jrelim@climacolaw.com<br>Davis, Edwin* |
| ElHassan, Khalid A.<br>Eichen, Levinson & Crutchlow L.L.P.<br>40 Ethel Road<br>Edison, NJ 08817 | => Phone: (732) 777-0100  Fax: (732) 248-8273<br>Kazmarck, Mary*; Rock, Paul* |
| Jacobson, David C.<br>Sonnenschein, Nath & Rosenthal, LLP<br>7800 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606 | => Phone: (312) 876-8095<br>Continental Promotion Group, Inc.* |
| Mahoney, William F.<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>330 North Wabash Ave.<br>Suite 200<br>Chicago, IL 60611 | => Phone: (312) 645-7800<br>Sutherland, Ryan* |

Note: Please refer to the report title page for complete report scope and key.