PEARSON, SOTER, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

CLIFFORD H. PEARSON (Bar No. 108523)
GARY S. SOTER (Bar No. 67622)
DANIEL L. WARSHAW (Bar No. 185365)
**PEARSON, SOTER, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Attorneys for Plaintiffs, BARRY R. FRIEDRICH and MANDY FRIEDRICH, Individually and on Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION - MDL 1792 | MDL No. 06-MC-507 (ESH)<br><br>(USDC Case No. C.A. No. 1:06-2022)<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS BARRY R. FRIEDRICH AND MANDY FRIEDRICH**<br><br>Assigned to the Honorable Ellen Segal Huvelle<br><br>Trial Date: None |

BARRY R. FRIEDRICH and MANDY FRIEDRICH, the Plaintiffs in United States District Court, Central District of California, Case No. CV06-5110 MMM (SHx), pursuant to the Transfer Order entered by the Judicial Panel on Mutlidistrict Litigation effective November 2, 2006, hereby give notice of their appearance in this action by and through their counsel, Pearson, Soter, Warshaw & Penny, LLP, 15165 Ventura Boulevard, Suite 400, Sherman Oaks, California 91403, Telephone:

761554.1

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF BARRY R. FRIEDRICH

1  (818) 788-8300, Facsimile: (818) 788-8104.

3  DATED: January 25, 2007

**PEARSON, SOTER, WARSHAW & PENNY, LLP**
CLIFFORD H. PEARSON
GARY S. SOTER
DANIEL L. WARSHAW

By: ___/s/___
GARY S. SOTER
Attorneys for Plaintiffs, BARRY R. FRIEDRICH and MANDY FRIEDRICH, Individually and on Behalf of All Others Similarly Situated

PEARSON, SOTER, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

761554.1

2

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF BARRY R. FRIEDRICH