## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

**IN RE INPHONIC, INC.,
WIRELESS PHONE REBATE
LITIGATION**

**This Document Relates
To: ALL CASES**

**Misc. Action No. 06-0507
(ESTI) MDL Docket No.
1792**

## NOTICE OF APPEARANCE
## OF STEVEN HART FOR PLAINTIFF RYAN SUTHERLAND

PLEASE BE ADVISED that Steven A. Hart, on behalf of SEGAL, McCAMBRIDGE SINGER & MAHONEY, LTD., hereby enters his appearance in the above-styled cause as attorney for Plaintiff, RYAN SUTHERLAND, and directs that copies of all notices, pleadings and proceedings be served upon Steven A. Hart as "LEAD ATTORNEY – ATTORNEY TO BE NOTICED." Also attached is a Notice of Substitution of Counsel for Ryan Sutherland which is to be contemporaneously to be filed.

Respectfully submitted,

Steven A. Hart
Illinois Bar No. 6211008
New York Bar No. 4206793
330 N. Wabash Avenue, Ste 200
Chicago, Illinois 60611
Telephone: (312) 645-4581
Facsimile: (312) 645-7711
shart@smsm.com
Attorneys for Ryan Sutherland

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

**IN RE INPHONIC, INC.,
WIRELESS PHONE REBATE
LITIGATION**

**This Document Relates
To: ALL CASES**

**Misc. Action No. 06-0507
(ESTI) MDL Docket No.
1792**

## NOTICE OF SUBSTITUTION OF COUNSEL FOR
## PLAINTIFF RYAN SUTHERLAND

Plaintiff, Ryan Sutherland, gives notice of the substitution of Steven A. Hart of the law firm

Segal, McCambridge Singer & Mahoney, Ltd. for William F. Mahoney, his partner at Segal

McCambridge Singer & Mahoney, Ltd. as attorney of record for Mr. Sutherland before Judge

Huvelle.

Respectfully submitted,

Steven A. Hart
Illinois Bar No. 6211008
New York Bar No. 4206793
330 N. Wabash Avenue, Ste 200
Chicago, Illinois 60611
Telephone: (312) 645-4581
Facsimile: (312) 645-7711
shart@smsm.com
Attorneys for Ryan Sutherland

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

**IN RE INPHONIC, INC.,**
**WIRELESS PHONE REBATE**
**LITIGATION**

**This Document Relates**
**To:  ALL CASES**

**Misc. Action No. 06-0507**
**(ESTI) MDL Docket No. 1792**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail on January 25, 2007 and emailed to <u>dcd_cmecf@dcd.uscourt.gov</u> to each person identified on the attached service list.

 

_____
Steven A. Hart
Segal McCambridge Singer & Mahoney
One of the Attorneys for Ryan Sutherland

| **ATTORNEY – FIRM** | **REPRESENTED PARTY(S)** |
|---|---|
| John Anthony Peca<br>Climaco, Lefkowitz, Peco, Wilcox & Garfoli<br>Co, LPA<br>888 16th Stret, NW, Suite 800<br>Washington, DC 20006<br>202-349-9864<br>202-349-9867 fax<br>japeca@climacolaw.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Attorneys for Plaintiff Edwin Davis |

David P. Meyer
David P. Meyer & Associates Co. LPA
401 N. Front Street, Suite 350
Columbus, OH 43215
614-224-6000
614-224-6066 fax
ATTORNEY TO BE NOTICED

John R. Climaco
Climaco, Lefkowitz, Peco, Wilcox & Garfoli
Co, LPA
1220 Huron Road, Suite 1000
Cleveland, OH  44115-1802
216-621-8484
216-771-1632 fax
jrclim@climacolaw.com
ATTORNEY TO BE NOTICED

Keith T. Vernon
Climaco, Lefkowitz, Peco, Wilcox & Garfoli
Co, LPA
888 16th Stret, NW, Suite 800
Washington, DC 20006
202-349-9864
202-349-9867 fax
ktvern@climacolaw.com
ATTORNEY TO BE NOTICED

Patrick G. Warner
David P. Meyer & Associates Co. LPA
401 N. Front Street, Suite 350
Columbus, OH 43215
614-224-6000
614-224-6066 fax
ATTORNEY TO BE NOTICED

Steven N. Berk                          Attorney for Plaintiffs Hongyi Yu
Cuneo Gilbert & LaDuca, LLP             and Barbara McGivney
507 C Street, N.E.
Washington, D.C.  20002
202-789-3960
202-789-1813 fax
stevenb@cuneolaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

William F. Mahoney                       Attorneys for Plaintiff Ryan
Segal, McCambridge, Singer & Mahoney, Ltd.   Sutherland
330 N. Wabash Avenue, Suite 200
Chicago, IL  60611
312-645-7800
wmahoney@smsm.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Khalid A. ElHassan
Eichen, Levinson & Crutchlow L.L.P.
40 Ethel Road
Edison, NJ 08817
732-777-0100
732-248-8273 fax
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Attorneys for Plaintiff Paul Rock

Juden Justice Reed
Schubert & Reed, LLP
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Attorney for Plaintiff Nancy Everett

Mitchell R. Berger
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
202-457-5601
202-457-6315 fax
mberger@pattonboggs.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Attorneys for Defendant InPhonic, Inc.

David C. Jacobson
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
232 South Wacker Drive
Chicago, IL 60606
312-876-8130
djacobson@sonnenschein.com
ATTORNEY TO BE NOTICED

Former Counsel for Continental Promotion Group, Inc.