UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE INPHONIC, INC., WIRELESS
PHONE REBATE LITIGATION

This Document Relates To:
ALL CASES

Misc. Action No. 06-0507 (ESH)
MDL Docket No. 1792

## ORDER

The parties appeared before the Court on January 26, 2007, for an Initial Scheduling and Case Management Conference. Based on the parties' Joint Case Management Report and the representations of counsel, it is hereby **ORDERED** that

1. The following attorneys are appointed as Interim Co-Lead and Liaison Counsel for plaintiffs:

    (a) Steven A. Hart of Segal McCambridge Singer & Mahoney, Ltd.;

    (b) Kevin P. Roddy of Wilentz, Goldman & Spitzer; and

    (c) John R. Climaco of Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., LPA.

These attorneys are appointed on an interim basis pending decision on class certification to perform the duties set forth in plaintiffs' proposed order regarding appointment and duties of class counsel (Exhibit D to the Joint Case Management Report); however, the proposed order is otherwise denied without prejudice at this time.

2. Plaintiffs shall file a consolidated amended complaint on or before February 26, 2007. Plaintiffs shall also file a separate civil RICO case statement that includes all of the

information required by Section 40.54 of the Manual for Complex Litigation (Fourth), unless that information is included in the consolidated amended complaint.

3. On or before March 2, 2007, the parties shall file a joint report addressing the following topics:

    (a) a proposed briefing schedule for motions pursuant to Federal Rule of Civil Procedure 12(b)(6), if any, including the need to resolve any such motions before discovery regarding class certification begins;

    (b) a proposed schedule for discovery regarding class certification;

    (c) a proposed protective order, if necessary; and

    (d) a proposed order regarding electronic discovery, if necessary.

4. A further status conference is set for March 14, 2007, at 11:00 a.m. Defendants' obligation to respond to the consolidated amended complaint is stayed until this date.

5. The Court hereby adopts the preservation order previously entered by Judge Pallmeyer in *Sutherland v. InPhonic, Inc., et al.*, No. 06-3281 (N.D. Ill.). That order, which applies to all defendants in this action, provides that "[d]efendants understand their obligations and are directed to preserve what they know or reasonably should know, is relevant in the action, is reasonably calculated to lead to the discovery of admissible evidence, is reasonably likely to be requested during discovery, and/or is the subject of a pending discovery request."

**SO ORDERED**.

                                               /s/
                                ELLEN SEGAL HUVELLE
                                United States District Judge

Date: January 26, 2007