UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Misc. Action No. 06-0507 (ESH)<br>MDL Docket No. 1792 |

## ORDER OF REFERRAL

It is hereby

**ORDERED** this matter is referred to Magistrate Judge Alan Kay for all discovery disputes. On any filing related to discovery disputes, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Alan Kay following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Dated: January 26, 2007

cc:   Magistrate Judge Alan Kay