UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION ) ) ) ) | Misc. Action No. 06-0507 (ESH)<br><br>MDL Docket No. 1792 |
| This Document Relates To: ) ) ) Yu, et al. v. InPhonic, Inc., ) No. 1:06-CV-0951 ) ) | |

## NOTICE OF APPEARANCE AND SUBSTITUTION

PLEASE TAKE NOTICE that Kevin P. Roddy, Esq. hereby enters his appearance on the Master Docket in this action and substitutes it for that of Steven N. Berk, Esq., on behalf of plaintiff Barbara McGivney.

Date:  Washington, D.C.
       January 26, 2007

Wilentz, Goldman & Spitzer, P.A.

By: 

Kevin P. Roddy, Esquire
90 Woodbridge Center Dr., Ste. 900
Woodbridge, NJ  07095-0958
(732) 855-6402

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc. Action No. 06-0507 (ESH) |
| | MDL Docket No. 1792 |
| This Document Relates To: | |
| Yu, et al. v. InPhonic, Inc., No. 1:06-CV-0951 | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, a copy of the foregoing Notice of Appearance and Substitution was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on January 26, 2007, a true and correct copy of the foregoing was served by first class mail upon:

    Jon R. Climaco, Esquire
    Climaco, Lefkowitz, Peca, Wilcox & Garofoli
    1220 Huron Road
    Suite 1000
    Cleveland, OH 44115

    David P. Meyer, Esquire
    Patrick G. Warner, Esquire
    David P. Meyer & Associates Co.
    401 North Front Street
    Sui9te 350 Columbus, OH 43215

    William F. Mahoney, Esquire
    Segal, McCambridge, Singer & Mahoney, LTD
    330 North Wabash Avenue
    Suite 200
    Chicago, IL 60611

Khalid A. ElHassan, Esquire
Eichen, Levinson & Crutchlow LLP
40 Ethel Road
Edison, NJ 08817

Juden Justice Reed, Esquire
Schubert & Reed, LLP
3 Embarcadero Center
Suite 1650
San Francisco, CA 94111

David C. Jacobson, Esquire
Sonnenschein Nath & Rosenthal, LLP
8000 Sears Tower
Chicago, IL 60606

Dated: January 26, 2007
Washington, D.C.

_____
Jonathan W. Cuneo, Esq.