UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc. Action No. 06-0507 (ESH)<br>MDL Docket No. 1792 |
| This Document Relates To:<br>ALL CASES | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Richard G. Mark as counsel in this case for Helgeson Enterprises. All communications and pleadings relevant to this matter should be addressed to the undersigned.

Dated: February 5, 2007       **BRIGGS AND MORGAN, P.A.**

By *s/Richard G. Mark*
   Richard G. Mark (MN#67581)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400

1980011v1                1