UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

(202) 354-3230

*Let this be filed
ESH 2/23/07*

February 23, 2007

FILED
FEB 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Keith T. Belt, Jr., Esquire
Morris Lilienthal, Esquire
Belt Law Firm PC
2151 Highland Avenue, Suite 310
Birmingham, AL 35205

RE:  *Ron Vincent v. InPhonic, Inc.*, Civil Action No. 07-90 (N.D. Ala.)

Dear Messrs. Belt and Lilienthal:

The Judicial Panel on Multidistrict Litigation has transferred the above-referenced civil action to this Court for consolidated pretrial proceedings pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Please be advised that the Court has entered several Orders in the consolidated MDL action, *In re InPhonic, Inc. Wireless Phone Rebate Litigation*, Misc. Action No. 06-0507/MDL Docket No. 1792 (D.D.C.), including an Initial Practice and Procedure Order governing the practice and procedure in all transferred actions. You are also referred to the Court's Order of January 26, 2007, which contemplates that plaintiffs will file a consolidated amended complaint by February 26, 2007, and that the parties will thereafter file a joint report addressing certain specified topics by March 2, 2007. These Orders have been posted on the Court's Case Management/Electronic Case Filing ("CM/ECF") system and are available through that system as well as through PACER.

Sincerely yours,

Ellen S Huvelle

Ellen Segal Huvelle
United States District Judge