Mark P. Friedlander, Jr. (#45526)
**FRIEDLANDER, FRIEDLANDER & EARMAN, P.C.**
1364 Beverly Road, Suite 201
McLean, Virginia 22101
Telephone: (703) 893-9600

Bruce L. Simon (CA State Bar #96241)
Esther L. Klisura (CA State Bar #221171)
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Clifford H. Pearson (CA State Bar #108523)
Gary S. Soter (CA State Bar #67622)
Daniel L. Warshaw (CA State Bar #185365)
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Harvey Rosenfield (CA State Bar #123982)
Pamela Pressley (CA State Bar #180362)
**FOUNDATION FOR TAXPAYER AND CONSUMER RIGHTS**
1750 Ocean Park Boulevard, Suite 200
Santa Monica, California 90405
Telephone: (310) 392-0522
Facsimile: (310) 392-8874

*Attorneys for Plaintiff Shelly Salzman, Individually and on Behalf of All Others Similarly Situated*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION - MDL 1792 | Misc. Action No. 06-0507 (ESH) MDL Docket No. 1792 **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF SHELLY SALZMAN** Assigned to the Honorable Ellen Segal Huvelle Trial Date: None |

763912.1

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF SHELLY SALZMAN

SHELLY SALZMAN, the Plaintiff in United States District Court, District of Columbia, Case No. CV06-1266 ESH, pursuant to the Transfer Order entered by the Judicial Panel on Multidistrict Litigation effective November 2, 2006, hereby gives notice of her appearance in this action by and through her counsel:

> Mark P. Friedlander, Jr. (#45526)
> FRIEDLANDER, FRIEDLANDER & EARMAN, P.C.
> 1364 Beverly Road, Suite 201
> McLean, Virginia 22101
> Telephone: (703) 893-9600
>
> Bruce L. Simon (CA State Bar #96241)
> Esther L. Klisura (CA State Bar #221171)
> PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
> 44 Montgomery Street, Suite 1200
> San Francisco, California 94104
> Telephone: (415) 433-9000
>
> Clifford H. Pearson (CA State Bar #108523)
> Gary S. Soter (CA State Bar #67622)
> Daniel L. Warshaw (CA State Bar #185365)
> PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
> 15165 Ventura Boulevard, Suite 400
> Sherman Oaks, California 91403
> Telephone: (818) 788-8300
>
> Harvey Rosenfield (CA State Bar #123982)
> Pamela Pressley (CA State Bar #180362)
> FOUNDATION FOR TAXPAYER AND CONSUMER RIGHTS
> 1750 Ocean Park Boulevard, Suite 200
> Santa Monica, California 90405
> Telephone: (310) 392-0522

DATED: March 12, 2007   **PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**

By: ___/s/___
GARY S. SOTER
Attorneys for Plaintiff Shelly Salzman,
Individually and on Behalf of All Others
Similarly Situated

763912.1

2

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF SHELLY SALZMAN