IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | : : : | Misc. Action No. 06-0507 (ESH) MDL Docket No. 1792 |
| This document relates to: HELLER v. INPHONIC, INC. | : : : | 1:06-cv-01577-ESH |

**NOTICE OF CHANGE OF FIRM NAME**

TO ALL PARTIES AND THEIR COUNSEL OR RECORD:

PLEASE TAKE NOTICE of counsel's new firm name:

Gary E. Mason (gmason@masonlawdc.com)
Donna F. Solen (dsolen@masonlawdc.com)
THE MASON LAW FIRM, LLP
1225 19th Street, N.W.
Suite 500
Washington, DC 20036
Telephone: 202-429-2290
Facsimile: 202-429-2294
Website: www.masonlawdc.com

March 30, 2007

THE MASON LAW FIRM, LLP


/s/ Gary E. Mason
Gary E. Mason
THE MASON LAW FIRM, LLP
1225 19th Street, N.W.
Suite 500
Washington, DC 20036