UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION ) ) ) ) This Document Relates To: ) ALL CASES ) ) | Misc. Action No. 06-0507 (ESH) MDL Docket No. 1792 |

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

Plaintiffs and Defendants InPhonic, Inc., Continental Promotion Group, Inc., and Helgeson Enterprises, through undersigned counsel, jointly move the Court, pursuant to Federal Rule of Civil Procedure 7(b) and LCvR 7, to reschedule the May 4, 2007 status conference. The parties respectfully request that the status conference be rescheduled to June 18, 2007.

The Court previously set a status conference for May 4, 2007, to address the status of discovery concerning class certification, and other matters. (MDL Dkt., Mar. 15, 2007 Minute Order.) The Court ordered the parties to complete their initial disclosures prior to the May 4 status conference and to meet and confer to resolve any open issues regarding the scope of discovery to be taken regarding class certification. *Id.*

The parties have completed their initial disclosures, but they need additional time to review the produced materials and to then meet and confer to resolve any remaining issues regarding the scope of certification-related discovery to be taken. The parties respectfully request that the Court reschedule the status conference to allow the parties additional time to complete these efforts.

DATED:  April 27, 2007

By  /s/
JOHN R. CLIMACO

CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI CO., LPA
888 16th Street, NW, Suite 800
Washington, DC 20006
(216) 621-8484
Co-Lead Counsel for Plaintiffs

By  /s/
STEVEN A. HART

SEGAL McCAMBRIDGE SINGER &
MAHONEY, LTD.
330 North Wabash Avenue, Suite 200
Chicago, IL 60611
(312) 645-7800
Co-Lead Counsel for Plaintiffs

By  /s/
KEVIN P. RODDY

WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive Suite 900, Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
Co-Lead Counsel for Plaintiffs

DATED: April 27, 2007

By /s/
MITCHELL R. BERGER (D.C. Bar No. 385467)

PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
(202) 457-6000
Counsel for Defendant InPhonic, Inc.

By /s/
C. PHILIP CAMPBELL, JR.

SHUMAKER, LOOP & KENDRICK, LLP
101 East Kennedy Boulevard, Suite 2800
Tampa, FL 33602
(813) 229-7600
Counsel for Defendant Continental Promotion
Group, Inc.

By /s/
RICHARD G. MARK

BRIGGS AND MORGAN, P.A.
2200 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400
Counsel for Defendant Helgeson Enterprises

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 27, 2007, a copy of the foregoing Joint Motion to Reschedule Status Conference and accompanying proposed Order were filed with the Court's electronic filing system, which provides service on all counsel of record for Defendants, and on Interim Co-Lead Counsel and Liaison Counsel for Plaintiffs for transmission by them to other Plaintiffs' counsel not registered on the court's electronic filing system.

                                        By_____/s/_____
                                        MITCHELL R. BERGER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | ) ) ) ) | |
| This Document Relates To: ALL CASES | ) ) ) ) | Misc. Action No. 06-0507 (ESH) MDL Docket No. 1792 |

# ORDER

Based on the parties' Joint Motion to Reschedule Status Conference, it is hereby

**ORDERED** that

1. The status conference set for May 4, 2007, is hereby vacated; and

2. A status conference is set for June 18, 2007, at _____.

**SO ORDERED**.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: _____, 2007