Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
May 9, 2007

Clerk, United States District Court
for the Northern District of Alabama
Hugo I Black, United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

**IN RE: INPHONIC, INC., WIRELESS PHONE REBATE
LITIGATION   MDL-1792**

MDL 06-507 ESH

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 2/14/07. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Ron Vincent v. InPhonic, Inc., et al.** | C.A. No. 2:07-90 | C.A. No. 07-799 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By Katherine S. Snuffer
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc:   MDL Panel, Clerk
      Nancy Mayer-Whittington, Clerk
      Judge Ellen Segal Huvelle
      Gwen Franklin, Courtroom Clerk
      MDL Misc. Case No. 06-507