**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ———————————————— ) | |
| **IN RE INPHONIC, INC., WIRELESS** ) | **Misc. Action No. 06-0507 (ESH)** |
| **PHONE REBATE LITIGATION** ) | **MDL Docket No. 1792** |
| ———————————————— ) | |
| ) | |
| **This Document Relates to:** ) | |
| **ALL CASES** ) | |
| ———————————————— ) | |

**<u>NOTICE OF APPEARANCE</u>**

Pursuant to LCvR 83.6, please enter the appearance of Megan S. Ben'Ary of the

law firm of LeClair Ryan, A Professional Corporation as lead counsel for Defendant

Helgeson Enterprises in the above-referenced matter.

Dated: June 29, 2007

LeCLAIR RYAN, A Professional Corporation

By:_____/s/_____
Counsel

Thomas A. Coulter (D.C. Bar No. 436423)
Riverfront Plaza East Tower
P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003 (telephone)
(804) 783-2294 (facsimile)

Megan S. Ben'Ary (D.C. Bar No. 493415)
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007 (telephone)
703-684-8075 (facsimile)

*Counsel for Helgeson Enterprises*