UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION )<br>)<br>)<br>) | ) | Misc. Action No. 06-0507 (ESH)<br>MDL Docket No. 1792 |
| *This Document Relates to:* All Cases | )<br>)<br>) | |

JOINT MOTION TO RESCHEDULE STATUS CONFERENCE AND
FOR AN EXTENSION OF TIME TO FILE A STATEMENT
CONCERNING THE SCOPE OF CLASS CERTIFICATION DISCOVERY

Plaintiffs and Defendants InPhonic, Inc., Continental Promotion Group, Inc., and Helgeson Enterprises, through undersigned counsel, jointly move the Court, pursuant to Federal Rule of Civil Procedure 7(b) and LCvR 7, to reschedule the August 16, 2007 status conference with Magistrate Judge Kay and to extend the date by which the parties shall file a statement concerning the scope of class certification discovery. The parties respectfully request that the status conference with Magistrate Judge Kay be rescheduled to September 18, 2007, and that the statement concerning the scope of class certification discovery be due on September 11, 2007.

The Court previously set a status conference with Magistrate Judge Kay for August 16, 2007, to address any outstanding issues regarding the scope of discovery to be taken regarding class certification. (MDL Dkt., June 18, 2007 Minute Order.) The Court further ordered: "Two weeks prior to the conference, the parties shall file a statement indicating both the issues they agree upon and the issues that are disputed with respect to class certification discovery." *Id.*

The parties have completed their initial disclosures, but they need additional time to review the produced materials and to then meet and confer to resolve any remaining issues regarding the scope of certification-related discovery to be taken. The parties understand that Magistrate Judge Kay's schedule allows him to conduct the status conference on September 18, 2007. Accordingly,

the parties respectfully request that the Court reschedule the status conference with Magistrate Judge Kay to September 18, 2007, to allow the parties additional time to complete these efforts.

DATED:  July 27, 2007

By_____/s/_____
JOHN R. CLIMACO

CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI CO., LPA
888 16th Street, NW, Suite 800
Washington, DC 20006
(216) 621-8484
Co-Lead Counsel for Plaintiffs

By_____/s/_____
STEVEN A. HART

SEGAL McCAMBRIDGE SINGER &
MAHONEY, LTD.
330 North Wabash Avenue, Suite 200
Chicago, IL 60611
(312) 645-7800
Co-Lead Counsel for Plaintiffs

By_____/s/_____
KEVIN P. RODDY

WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive Suite 900, Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
Co-Lead Counsel for Plaintiffs

DATED: July 27, 2007

        By      /s/
        MITCHELL R. BERGER (D.C. Bar No. 385467)

        PATTON BOGGS LLP
        2550 M Street, N.W.
        Washington, DC 20037
        (202) 457-6000
        Counsel for Defendant InPhonic, Inc.

        By      /s/
        C. PHILIP CAMPBELL, JR.

        SHUMAKER, LOOP & KENDRICK, LLP
        101 East Kennedy Boulevard, Suite 2800
        Tampa, FL 33602
        (813) 229-7600
        Counsel for Defendant Continental Promotion
        Group, Inc.

        By      /s/
        RICHARD G. MARK

        BRIGGS AND MORGAN, P.A.
        2200 IDS Center, 80 South Eighth Street
        Minneapolis, MN 55402
        (612) 977-8400
        Counsel for Defendant Helgeson Enterprises

        By      /s/
        THOMAS A. COULTER

        LeCLAIR RYAN, A PROFESSIONAL
        CORPORATION
        951 East Byrd Street, Eighth Floor
        Richmond, Virginia 23219
        (804) 916-7103
        Counsel for Defendant Helgeson Enterprises

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, a copy of the foregoing <u>Joint Motion to Reschedule Status Conference and for an Extension of Time to File a Statement Concerning the Scope of Class Certification Discovery</u> and accompanying proposed Order were filed with the Court's electronic filing system, which provides service on all counsel of record for Defendants, and on Interim Co-Lead Counsel and Liaison Counsel for Plaintiffs for transmission by them to other Plaintiffs' counsel not registered on the court's electronic filing system.

By     /s/
MITCHELL R. BERGER

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION )<br>)<br>)<br>) | ) | Misc. Action No. 06-0507 (ESH) |
| This Document Relates To:<br>ALL CASES | )<br>)<br>) | MDL Docket No. 1792 |

## ORDER

Based on the parties' Joint Motion to Reschedule Status Conference and for an Extension of Time to File a Statement Concerning the Scope of Class Certification Discovery, it is hereby **ORDERED** that

1. The Court's June 18, 2007 Minute Order is hereby VACATED;

2. The status conference currently scheduled with Magistrate Judge Kay for August 16, 2007, is hereby VACATED and RESET for September 18, 2007; and

3. By September 11, 2007, the parties shall file a statement indicating both the issues they agree upon and the issues that are disputed with respect to class certification discovery.

**SO ORDERED**.

                                                                                          _____
                                                                                          ELLEN SEGAL HUVELLE
                                                                                          United States District Judge

Date: _____, 2007