# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc. Action No. 06-0507 (ESH) MDL Docket No. 1792 |
| *This Document Relates to:* All Cases | |

## JOINT MOTION TO VACATE STATUS CONFERENCE WITH MAGISTRATE JUDGE KAY AND TO SET A STATUS CONFERENCE WITH JUDGE HUVELLE

Plaintiffs and Defendants InPhonic, Inc., Continental Promotion Group, Inc., and Helgeson Enterprises, through undersigned counsel, jointly move the Court, pursuant to Federal Rule of Civil Procedure 7(b) and LCvR 7, to vacate the status conference currently scheduled with Magistrate Judge Kay for September 18, 2007, and the requirement to file a statement concerning the scope of class certification discovery on or before September 11, 2007. The parties respectfully request that the Court set a status conference with Judge Huvelle for November 1, 2007.

The Court previously set a status conference with Magistrate Judge Kay for September 18, 2007, to address any outstanding issues regarding the scope of discovery to be taken regarding class certification. (MDL Dkt., July 30, 2007 Minute Order.) The Court further ordered: "The parties shall file a statement indicating both the issues they agree upon and the issues that are disputed with respect to class certification discovery on or before September 11, 2007." *Id.*

In light of the parties' progress in addressing a number of issues in this litigation since the status conference before the Court on June 18, 2007, the parties respectfully submit that it would be beneficial to the efficient administration of this matter to have a plenary status conference with the Court before proceeding with a discovery-related conference with Magistrate Judge Kay. The

parties understand that the Court is available on November 1, 2007, and request that the status conference be set for that date.

DATED:  September 5, 2007

By_____/s/_____
JOHN R. CLIMACO

CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI CO., LPA
888 16th Street, NW, Suite 800
Washington, DC 20006
(216) 621-8484
Co-Lead Counsel for Plaintiffs

By_____/s/_____
STEVEN A. HART

SEGAL McCAMBRIDGE SINGER &
MAHONEY, LTD.
330 North Wabash Avenue, Suite 200
Chicago, IL 60611
(312) 645-7800
Co-Lead Counsel for Plaintiffs

By_____/s/_____
KEVIN P. RODDY

WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive Suite 900, Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
Co-Lead Counsel for Plaintiffs

DATED: September 5, 2007

By_____/s/_____
MITCHELL R. BERGER (D.C. Bar No. 385467)

PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
(202) 457-6000
Counsel for Defendant InPhonic, Inc.


By_____/s/_____
C. PHILIP CAMPBELL, JR.

SHUMAKER, LOOP & KENDRICK, LLP
101 East Kennedy Boulevard, Suite 2800
Tampa, FL 33602
(813) 229-7600
Counsel for Defendant Continental Promotion
Group, Inc.


By_____/s/_____
RICHARD G. MARK

BRIGGS AND MORGAN, P.A.
2200 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400
Counsel for Defendant Helgeson Enterprises


By_____/s/_____
THOMAS A. COULTER

LeCLAIR RYAN, A PROFESSIONAL
CORPORATION
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 916-7103
Counsel for Defendant Helgeson Enterprises

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2007, a copy of the foregoing <u>Joint Motion to Vacate</u> <u>Status Conference with Magistrate Judge Kay and to Set a Status Conference with Judge Huvelle</u> and accompanying proposed Order were filed with the Court's electronic filing system, which provides service on all counsel of record for Defendants, and on Interim Co-Lead Counsel and Liaison Counsel for Plaintiffs for transmission by them to other Plaintiffs' counsel not registered on the court's electronic filing system.

By_____/s/_____
MITCHELL R. BERGER

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| ) | |
| IN RE INPHONIC, INC., WIRELESS ) | |
| PHONE REBATE LITIGATION ) | |
| _____ ) | **Misc. Action No. 06-0507** |
| (ESH) | |
| This Document Relates To: ) | **MDL Docket No. 1792** |
| ALL CASES ) | |
| _____ ) | |

## ORDER

Based on the parties' Joint Motion to Vacate Status Conference with Magistrate Judge Kay and to Set a Status Conference with Judge Huvelle, it is hereby **ORDERED** that

1.    The Court's July 30, 2007 Minute Order is hereby VACATED;

2.    The status conference currently scheduled with Magistrate Judge Kay for September 18, 2007, is hereby VACATED;

3.    The requirement that the parties file a statement indicating both the issues they agree upon and the issues that are disputed with respect to class certification discovery on or before September 11, 2007, is hereby VACATED;

3.    A status conference before is hereby set for November 1, 2007, at 11:00 AM before Judge Huvelle.

**SO ORDERED**.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: _____, 2007