IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
NOV 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION ) ) | Misc. Action No. 06-0507 **(ESH)** |
| This Document Relates To: ) | **MDL Docket No. 1792** |
| ALL CASES ) | |

## DEFENDANT INPHONIC, INC.'S SUGGESTION OF BANKRUPTCY AND NOTICE OF OPERATION OF AUTOMATIC STAY

PLEASE BE ADVISED that on November 8, 2007, InPhonic, Inc. and it wholly owned subsidiaries (the "Debtor"), a defendant in this action, filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Case Number 07-11666-KG. As a result of the bankruptcy filing, any further action against the Debtor is stayed under section 362(a) of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED that any action taken against the Debtor or its property without obtaining relief from the automatic stay from the Bankruptcy Court may be subject to a finding of contempt and the assessment by the Bankruptcy Court of penalties, fines and/or sanctions, as may be appropriate.

RESPECTFULLY SUBMITTED,

_____
(Defendant(s))

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the foregoing document via Federal Express on this 20th day of November 2007 to:

Plaintiffs:

Walter Cover
24612 Acropolis Dr.
Mission Viejo, CA 92691

Edwin Davis
10902 Bob White Dr.
Houston, TX 77096

Jonathan Feldman
1 E. Schiller St., Apt. 12D
Chicago, IL 60610

Stanley Heller
21732 Old Barrington Rd.
Barrington, IL 60010

Barbara McGivney
1808 Cornell Dr.
New Lenox, IL 60451

Luis Morales
7905 Fareholm Dr
Los Angeles, CA 90046

Joshua Pevnick

Counsel for Plaintiffs:

David P. Meyer
401 North Front Street
Suite 350
Columbus, OH 43215

John R. Climaco
1220 Huron Road
Suite 1000
Cleveland, OH 44115

Steven N. Berk
1225 15th Street, NW
Washington, DC 20005

Jonathan Watson Cuneo
507 C Street, NE
Washington, DC 20002

Steven A. Hart
330 North Wabash Avenue
Suite 200
Chicago, IL 60611

Khalid A. Elhassan
40 Ethel Road
Edison, NJ 08817

Gary S. Soter

627 Sweetzer Ave.
Los Angeles, CA 90046

Paul Rock
208 W. Shearwater Ct.
Suite 13
Jersey City, NJ 07305

Melinda Roquemore
16515 Sentinel Dr.
Houston, TX 77053

Shelly Salzman
9296 Talway Circle
Boynton Beach, FL 33437

Ryan Sutherland
W. Van Buren Street
Chicago, IL 60607

Hongyi Yu
1273 Briarberry Ct.
San Jose, CA 95131

Iona Workman
223 Pawnee Street
Battle Creek, MI 49015

15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403

Clifford H. Pearson
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403

Juden Justice Reed
3 Embarcadero Center
Suite 1650
San Francisco, CA 94111

This the 20th day of November, 2007.

RESPECTFULLY SUBMITTED,

*[signature]*
Deputy General Counsel