UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | ) ) ) ) | Misc. Action No. 06-0507 (ESH) MDL Docket No. 1792 |
| This Document Relates to: ALL CASES | ) ) ) ) ) | |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, please enter the appearance of Jennifer L. Sarvadi of the law firm of LeClair Ryan, A Professional Corporation as counsel for Defendant Helgeson Enterprises in the above-referenced matter.

Dated: November 29, 2007

LeCLAIR RYAN, A Professional Corporation


By:_____/s/_____
                    Counsel

Thomas A. Coulter (D.C. Bar No. 436423)
Riverfront Plaza East Tower
P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003 (telephone)
(804) 783-2294 (facsimile)

Megan S. Ben'Ary (D.C. Bar No. 493415)
Jennifer L. Sarvadi
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
703-684-8007 (telephone)
703-684-8075 (facsimile)

*Counsel for Helgeson Enterprises*