UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION ) ) ) ) This Document Relates to: All Cases ) ) ) | Misc. Action No. 06-0507 (ESH) MDL Docket No. 1792 |

## MOTION TO WITHDRAW APPEARANCE

Mitchell R. Berger, on behalf of himself and Patton Boggs LLP, pursuant to LCvR 83.6(c), moves this Court to withdraw his appearance as counsel for Defendant InPhonic, Inc. ("InPhonic"), in the above captioned cause of action, for the following reasons:

1.  Pursuant to the Court's Initial Practice & Procedure Order (Dkt. # 4) ¶ 5, Mitchell R. Berger of Patton Boggs LLP ("Patton Boggs") entered his appearance as lead counsel for InPhonic.

2.  On November 8, 2007, InPhonic filed a voluntary petition for bankruptcy pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, commencing Case No. 07-11666 (KG) (the "Bankruptcy Case"). *See* Dkt. ## 37, 38.

3.  InPhonic, directly and through undersigned counsel, subsequently notified this Court of the commencement of the Bankruptcy Case, and that further proceedings involving InPhonic in these actions were stayed pursuant to Bankruptcy Code § 362(a). *See* Dkt. ## 37, 38.

4.  InPhonic's bankruptcy estate has not retained Mr. Berger or Patton Boggs to continue to represent InPhonic in this matter.

5.  InPhonic is represented by other counsel in the Bankruptcy Case. *See* Dkt. # 37, Exh. A.

6.  The Court has set a further status conference in this matter for January 18, 2008. Only InPhonic and its bankruptcy counsel have knowledge of the Bankruptcy Case sufficient to inform the Court about the disposition of the claims of the parties to these actions.

7.  For the foregoing reasons, Mr. Berger and Patton Boggs cannot continue to represent InPhonic in these actions. Pursuant to LCvR 83.6(c), we have notified the General Counsel of InPhonic, Walter Leach, that Mr. Berger and Patton Boggs would move to withdraw their appearance on behalf of InPhonic prior to the January 18, 2008 status conference. LCvR 83.6(c) requires that we advise InPhonic to obtain other counsel or to notify the Court if it intends to conduct further proceedings *pro se* or if it objects to the withdrawal. However, because proceedings involving InPhonic are stayed pursuant to Bankruptcy Code § 362(a), it is our understanding that InPhonic does not intend to obtain replacement counsel, conduct further proceedings *pro se*, or object to the withdrawal of our appearance.

8.  Consistent with the District of Columbia Rule of Professional Conduct 1.16(d) and LCvR 83.6(d), Mr. Berger's withdrawal will not have any adverse effect on InPhonic's interests, as the above captioned litigation is automatically stayed as to InPhonic while the Bankruptcy Case is pending.

For the foregoing reasons, Mitchell R. Berger and Patton Boggs LLP respectfully request that the Court to grant this motion and allow them to withdraw their appearance as counsel for InPhonic in these actions.

January 7, 2008                                  Respectfully submitted,

By _____
MITCHELL R. BERGER (D.C. Bar No. 385467)

PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
(202) 457-6000

*Counsel for Defendant InPhonic, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on January 7, 2008, the foregoing Motion for Withdrawal of Appearance was filed with the Court's electronic filing system, which provides service on all counsel of record for Defendants, and on Interim Co-Lead Counsel and Liaison Counsel for Plaintiffs for transmission by them to other Plaintiffs' counsel not registered on the court's electronic filing system. I further certify that, on January 7, 2008, I served a copy of this motion upon InPhonic, c/o Walter W. Leach, III, Esq. General Counsel, at InPhonic's last known address, 1010 Wisconsin Avenue N.W., Suite 600, Washington, DC 20007, together with a notice, pursuant to LCvR 83.6(c), advising InPhonic to obtain other counsel or to notify the Clerk of the Court in writing, within five days of service, if InPhonic intends to conduct this case *pro se* or intends to object to the withdrawal.

_____
Mitchell R. Berger