AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

IN RE INPHONIC, INC., WIRELESS
PHONE REBATE LITIGATION         )
        Plaintiff(s)         )    **APPEARANCE**
                             )
                             )
        vs.                  )    CASE NUMBER   06-0507
ALL CASES                       )
                             )
        Defendant(s)         )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Scott W. Henry   as counsel in this
                                 (Attorney's Name)

case for:   Ryan Sutherland
               (Name of party or parties)

3/4/08
Date

/s/ Scott Wesley Henry
Signature

Scott Wesley Henry
Print Name

233 S. Wacker Drive, Ste 5500
Address

Chicago, IL 60606
City      State      Zip Code

(312) 645-7912
Phone Number

06-0507
BAR IDENTIFICATION