UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc. Action No. 06-0507 (ESH) MDL Docket No. 1792 |
| This Document Relates to: ALL CASES |  |

**DEFENDANT HELGESON ENTERPRISES' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR EXTENSION OF BRIEFING SCHEDULE FOR RESPONSIVE PLEADINGS**

Defendant Helgeson Enterprises ("Helgeson"), by counsel, in response to Plaintiffs' Motion for Leave to File a Second Amended Complaint, states as follows:

1. On October 25, 2006, the Judicial Panel on Multidistrict Litigation entered a Transfer Order consolidating the consumer class action complaints filed against Defendants and transferring those complaints to the United States District Court for the District of Columbia.

2. On February 27, 2007, Plaintiffs filed the Consolidated Amended Class Action Complaint against Defendants Does 1-100, InPhonic, Inc. ("InPhonic"), Continental Promotion Group, Inc. ("CPG"), and Helgeson.

3. On March 14, 2007, a status conference was held before the Court and the parties agreed to produce as initial disclosures all discovery documents related to class certification. Preliminary discovery and settlement discussions continued throughout the summer of 2007 without any Defendant being required to file responsive pleadings to the Consolidated Amended Class Action Complaint. To date, Defendants Helgeson and CPG have not filed responsive pleadings to the Consolidated Amended Class Action Complaint.

4. On November 8, 2007, InPhonic filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

5. On November 11, 2007, InPhonic filed a Suggestion of Bankruptcy and Notice of Operation of Automatic Stay with this Court.

6. On January 26, 2008, a Case Management Conference was held and the Court directed the Plaintiffs to file a motion for leave to file an amended complaint on or before March 3, 2008, given that the case had been stayed against InPhonic.

7. On March 4, 2008, the Plaintiffs filed their Motion for Leave to File a Second Amended Complaint. The Second Amended Complaint asserts causes of action against Defendants David A. Steinberg, Andrew B. Zeinfeld, Brian J. Curran, George Z. Moratis, and Brian T. Westrick (collectively, the "Individual Defendants"), in addition to Defendants Helgeson and CPG, and substitutes the Individual Defendants, who are directors and officers of InPhonic, in place of InPhonic.

8. Helgeson does not oppose Plaintiffs' Motion for Leave to File a Second Amended Complaint, however, Helgeson reserves all rights to respond to the validity of the claims set forth in the Second Amended Complaint once it is filed.

9. Pursuant to Fed. R. Civ. P. 15(a)(3), unless the court orders otherwise, Defendants will have ten (10) days to respond to the Second Amended Class Action Complaint once the Plaintiffs' Motion for Leave to Amend is granted and the Second Amended Complaint is deemed filed.

10. Given the complexity of the issues involved in this case, the fact that the Individual Defendants have not yet been served, and the fact that Helgeson intends to file a

Motion to Dismiss the Second Amended Complaint, Helgeson respectfully requests that this Court grant an extension of the time period within which responsive pleadings must be filed, and requests that this Court schedule a Status Conference to further address these scheduling matters. Alternatively, Helgeson requests that a briefing schedule be set forth that provides Defendants with a response period that is at least thirty (30) days from the date that this Court enters an Order granting the Motion for Leave to File the Second Amended Complaint.

11.     Neither Plaintiffs nor any other Defendant would be prejudiced by an extension of the briefing schedule for responsive pleadings.

WHEREFORE Defendant Helgeson Enterprises respectfully requests that the Court order an extension of the briefing schedule for responsive pleadings and that Defendant Helgeson be granted thirty (30) days in which to file any responsive pleadings to the Second Amended Class Action Complaint.

DATED:  MARCH 18, 2008

>Respectfully submitted,
>
>LECLAIRRYAN, A Professional Corporation
>
>   /s/ Megan S. Ben'Ary
>Megan S. Ben'Ary (D.C. Bar No. 493415)
>LeClairRyan, A Professional Corporation
>225 Reinekers Lane, Suite 700
>Alexandria, VA  22314
>Telephone No.:  (703) 684-8007
>Facsimile No.:   (703) 684-8075
>Megan.Benary@leclairryan.com
>
>Thomas A. Coulter
>LeClairRyan, A Professional Corporation
>951 East Byrd Street, Eighth Floor
>Richmond, Virginia 23219
>Telephone No.:  (804) 916-7103
>Thomas.Coulter@leclairryan.com
>**Counsel for Defendant Helgeson Enterprises**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 18th day of March, 2008, the foregoing pleading was filed with the Court's electronic filing system, which provides service on all counsel of record for Defendants, and on Interim Co-Lead Counsel and Liaison Counsel for Plaintiffs for transmission by them to other Plaintiffs' counsel not registered on the Court's electronic filing system.


                                                /s/ Megan S. Ben'Ary
                                                Megan S. Ben'Ary