UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION ) ) ) ) | Misc. Action No. 06-0507 (ESH) MDL Docket No. 1792 |
| This Document Relates to: ALL CASES ) ) ) ) | |

### DEFENDANT HELGESON ENTERPRISES, INC.'S MOTION TO STAY DISCOVERY

Defendant Helgeson Enterprises, Inc. ("Helgeson") moves the Court for an order staying further discovery in this action until the Court has decided Helgeson's Motion to Dismiss Plaintiff's Consolidated Second Amended Class Action Complaint.

In support of this Motion to Stay Discovery, Helgeson relies on the Motion to Stay Discovery and Supporting Statement of Points and Authorities filed by Defendant Continental Promotion Group, Inc. (Docket Entry No. 51), and Helgeson adopts and incorporates that Motion as if set forth fully herein.

DATED: APRIL 24, 2008

                                                         Respectfully submitted,

                                                         LECLAIRRYAN, A Professional Corporation

                                                           /s/ Megan S. Ben'Ary
                                                         Megan S. Ben'Ary (D.C. Bar No. 493415)
                                                         LeClairRyan, A Professional Corporation
                                                         225 Reinekers Lane, Suite 700
                                                         Alexandria, VA  22314
                                                         Telephone No.:  (703) 684-8007
                                                         Facsimile No.:   (703) 684-8075
                                                         Megan.Benary@leclairryan.com

Thomas A. Coulter (D.C. Bar No. 436423)
LeClairRyan, A Professional Corporation
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone No.: (804) 916-7103
Thomas.Coulter@leclairryan.com

*Counsel for Defendant Helgeson Enterprises*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2008, the foregoing pleading was filed with the Court's electronic filing system, which provides service on all counsel of record for Defendants, and on Interim Co-Lead Counsel and Liaison Counsel for Plaintiffs for transmission by them to other Plaintiffs' counsel not registered on the Court's electronic filing system.

          /s/ Megan S. Ben'Ary
          Megan S. Ben'Ary

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION ) ) ) ) | ) ) ) ) ) ) ) | Misc. Action No. 06-0507 (ESH) MDL Docket No. 1792 |
| This Document Relates to: ALL CASES | | |

**ORDER ON DEFENDANT
HELGESON ENTERPRISES, INC.'S MOTION TO STAY**

Upon consideration of the Motion to Stay filed by Defendant Helgeson Enterprises, Inc., and any opposition thereto, it is hereby

ORDERED that, for good cause shown, the Motion to Stay is GRANTED, and further discovery in this action is stayed until the Court has decided Helgeson's Motion to Dismiss Plaintiffs' Consolidated Second Amended Class Action.

ENTERED this _____ day of _____, 2008.

_____
Judge, United States District Court

1