IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc. Action No. 06-0507 (ESH) |
| This Document Relates To: | MDL Docket No. 1792 |
| ALL CASES | |

**PLAINTIFFS' REPORT REGARDING STATUS OF SERVICE OF PROCESS AS TO INDIVIDUAL DEFENDANTS AND SCHEDULING CONFERENCE STATEMENT**

Plaintiffs, by their Co-Lead Counsel and pursuant to this Court's Minute Order dated March 21, 2008, in anticipation of the Scheduling Conference scheduled for May 7, 2008 at 2:00 p.m., hereby file their Report Regarding Status of Service of Process as to Individual Defendants and Scheduling Conference Statement.

**STATEMENT OF THE CASE**

By Minute Order dated March 21, 2008, this Court granted Plaintiffs' Motion for Leave to File Second Amended Complaint (Docket ## 46 & 54). Plaintiffs' Consolidated Second Amended Class Action Complaint ("SAC") asserts claims against Defendants Continental Promotion Group, Inc. ("CPG") and Helgeson Enterprises, Inc. ("Helgeson"). Plaintiffs' SAC also asserts claims against Defendants David A. Steinberg, Andrew B. Zeinfeld, Brian J. Curran, George Z. Moratis and Brian T. Westrick (collectively, the "Individual Defendants"). The Individual Defendants were the principal officers of now-bankrupt InPhonic, Inc. ("InPhonic"). No claims are asserted against InPhonic in the SAC.

In the above-referenced Minute Order, this Court set a Scheduling Conference for May 7, 2008, and directed Plaintiffs to file a report regarding the status of service as to each of the Individual Defendants one week prior to that date (that is, on April 30, 2008).

## REPORT CONCERNING STATUS OF SERVICE OF PROCESS
## UPON THE INDIVIDUAL DEFENDANTS

On behalf of Plaintiffs, we regret to inform this Court that notwithstanding our diligent and repeated efforts both before and since the SAC was filed on March 21, 2008, the Clerk's Office did not issue summonses addressed to the Individual Defendants until April 28, 2008. Without such summonses, Plaintiffs' Co-Lead Counsel have been unable to serve the SAC upon the Individual Defendants; however, now that they have been issued by the Clerk's Office, we will promptly endeavor to serve process upon the Individual Defendants.

## SCHEDULING CONFERENCE STATEMENT

On April 24, 2008, Defendants CPG and Helgeson filed Motions to Dismiss Plaintiffs' SAC and Motions to Stay Discovery (Docket ## 50-53). Plaintiffs respectfully submit that in order to avoid piecemeal and duplicative motion practice, briefing and hearing these motions should await the appearance of the Individual Defendants in this litigation.

Dated:  April 30, 2008

Respectfully Submitted,

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.


By /s/ John R. Climaco
        JOHN R. CLIMACO

888 16th Street, N.W., Suite 800
Washington, DC  20006
Telephone:  (202) 349-9864
E-mail:  JRCLIM@climacolaw.com

SEGAL McCAMBRIDGE SINGER &
MAHONEY, LTD.


By /s/ Stephen A. Hart
     STEVEN A. HART

One IBM Plaza, Suite 200
300 North Wabash Avenue
Chicago, IL  60611
Telephone:  (312) 645-7920
E-mail:  shart@smsm.com

WILENTZ, GOLDMAN & SPITZER, P.A.


By /s/ Kevin P. Roddy
     KEVIN P. RODDY

90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ  07095-0958
Telephone:  (732) 636-8000
Facsimile:  (732) 726-6686
E-mail:  kroddy@wilentz.com

**Co-Lead Counsel for Plaintiffs**