| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
| SERVICE OF: | **SUMMONS, SECOND AMENDED CLASS ACTION COMPLAINT, APENDIX A** |
| EFFECTED (1) BY ME: | **OUT OF STATE** |
| TITLE: | **PROCESS SERVER** DATE: 5/22/08  9:16pm |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

BRIAN T WESTRICK

Place where served:

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MRS. WESTRICK

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F  AGE: 40  HEIGHT: 5'7"  WEIGHT: 160  SKIN: WHITE  HAIR: BROWN  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___   SERVICES $ _____.___   TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5/22/2008   [signature] L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: KEVIN P RODDY, ESQ
PLAINTIFF: IR RE:PHONIC, INC WHIRELESS PHONE REBATE LITIGATION
DEFENDANT: N/A
VENUE: DISTRICT OF COLUMBIA
DOCKET: 06 0507(ESH)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ