# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: INPHONIC, INC., WIRELESS
PHONE REBATE LITIGATION

This Document Relates to: All Cases

Misc Action No. 06-0507 (ESH)
MDL Docket No. 1792

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6, please enter the appearance of James P.

Wehner of the law firm of Caplin & Drysdale, Chartered, as counsel for Defendant

Brian T. Westrick in the above-referenced matter.

Dated: June 4, 2008

By _____ /s/ James P. Wehner _____
Nathan D. Finch (D.C. Bar No. 438819)
James P. Wehner (D.C. Bar No. 454823)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000

*Counsel for Defendant Brian T. Westrick*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, a copy of the foregoing Notice of Appearance was filed with the Court's electronic filing system, which provides service on all counsel of record for Defendants, and on Interim Co-Lead Counsel and Liaison Counsel for Plaintiffs for transmission by them to other Plaintiffs' counsel not registered on the Court's electronic filing system.

By    /s/ James P. Wehner