## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc Action No. 06-0507 (ESH) <br> MDS Docket No. 1792 |
| This Document Relates to:  All Cases | |

### STIPULATION AND ORDER EXTENDING TIME TO
### ANSWER, MOVE, OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that Defendant David A. Steinberg shall have until and including July 2, 2008 to answer, move, or otherwise respond to the Second Amended Class Action Complaint in the above-captioned action.

Dated:  June 16, 2008

By  s/Ty Cobb

Ty Cobb (D.C. Bar #270736)
Douglas B. Paul (D.C. Bar #436161)
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600

*Attorneys for Defendant, David A. Steinberg\**

By  s/Kevin P. Roddy

Kevin P. Roddy
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095
(732) 636-8000

*Co-Lead Counsel for Plaintiffs*

*\*At this time, Hogan & Hartson LLP is entering its appearance only for purposes of this Stipulation concerning an extension of time to answer or otherwise respond to the Complaint.*

\\\BA - 030699/000001 - 247924 v1

2

Dated: June 16, 2008

**SO ORDERED** this ____ day of _____, 2008.

_____
United States District Court Judge