UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc Action No. 06-0507 (ESH) <br> MDL Docket No. 1792 |
| This Document Relates to: All Cases | |

**JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO THE SECOND AMENDED CLASS ACTION COMPLAINT**

Plaintiffs and Defendant Andrew B. Zeinfeld, through undersigned counsel, jointly move the Court to extend the time for Defendant Andrew B. Zeinfeld to answer or otherwise respond to the Second Amended Class Action Complaint to July 9, 2008. It is anticipated that, upon completion of service on the other Individual Defendants, the parties will request a unified response date and briefing schedule for all Individual Defendants.

Dated: June 26, 2008

By_____/s/ Kevin P. Roddy_____

Kevin P. Roddy
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095
(732) 636-8000

*Co-Lead Counsel for Plaintiffs*

Doc # 308654 v1 - 06/23/2008

By _____/s/ James P. Wehner_____
Nathan D. Finch (D.C. Bar No. 438819)
James P. Wehner (D.C. Bar No. 454823)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000

*Counsel for Defendant Andrew B. Zeinfeld*[*]

---

[*] Caplin & Drysdale, Chartered is appearing on behalf of Defendant Andrew B. Zeinfeld solely for the limited purpose of filing this motion to extend time.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2008, a copy of the foregoing Joint Motion to Extend Time to Answer or Otherwise Respond to the Second Amended Class Action Complaint and accompanying Proposed Order were filed with the Court's electronic filing system, which provides service on all counsel of record for Defendants, and on Interim Co-Lead Counsel and Liaison Counsel for Plaintiffs for transmission by them to other Plaintiffs' counsel not registered on the court's electronic filing system.

By    /s/ James P. Wehner

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: INPHONIC, INC., WIRELESS
PHONE REBATE LITIGATION

Misc Action No. 06-0507 (ESH)
MDL Docket No. 1792

This Document Relates to: All Cases

[PROPOSED] ORDER

Based on the parties' Joint Motion to Extend Time to Answer or Otherwise Respond to the Second Amended Class Action Complaint, it is hereby **ORDERED** that Defendant Andrew B. Zeinfeld shall answer or otherwise respond to the Second Amended Complaint on or before July 9, 2008.

**SO ORDERED**.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: _____, 2008