**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc Action No. 06-0507 (ESH) MDS Docket No. 1792 |
| This Document Relates to:  All Cases | |

**JOINT STIPULATION EXTENDING TIME TO
ANSWER, MOVE, OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that Defendants David A. Steinberg, Andrew B. Zeinfeld, George Z. Moratis and Brian T. Westrick shall have until and including August 15, 2008 to answer, move, or otherwise respond to the Consolidated Second Amended Class Action Complaint in the above-captioned action.

Dated:  June 27, 2008

By              s/Ty Cobb

Ty Cobb (D.C. Bar # 270736)
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600

Mark D. Gately (DC Bar # 386446)
Hogan & Hartson LLP
111 South Calvert Street, Suite 1600
Baltimore, MD 21202-6191
(410) 659-2742

*Attorneys for Defendant, David A. Steinberg**

By _____s/John A. Freedman_____

John A. Freedman (D.C. Bar # 453075)
ARNOLD & PORTER LLP
555 Twelfth Street N.W.
Washington, DC  200014-1206
(202) 942-5316

*Attorneys for Defendant George Z. Moratis**

By _____s/James P. Wehner_____

James P. Wehner (D.C. Bar # 454823)
CAPLIN & DRYSDALE, Chartered
One Thomas Circle, N.W.
Suite1100
Washington, DC  20005
(202) 862-5075

*Attorneys for Defendants Brian T. Westrick and Andrew B. Zeinfeld[**]*

By _____s/Kevin P. Roddy_____

Kevin P. Roddy
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095
(732) 636-8000

*Co-Lead Counsel for Plaintiffs*

*At this time, Hogan & Hartson LLP and Arnold & Porter LLP are entering their appearances only for purposes of this Stipulation concerning an extension of time to answer or otherwise respond to the Second Amended Complaint.*

**At this time, Caplin & Drysdale Chartered is entering its appearance for Mr. Zeinfeld only for purposes of this Stipulation concerning an extension of time to answer or otherwise respond to the Second Amended Complaint.*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 27, 2008, a copy of the **JOINT STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: June 27, 2008

                /s/ Joshua P. Wilson
                Joshua P. Wilson

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc Action No. 06-0507 (ESH) MDS Docket No. 1792 |
| This Document Relates to: All Cases | |

### [PROPOSED] ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

Upon consideration of the parties' Joint Stipulation Extending Time to Answer, Move, or Otherwise Respond to the Consolidated Second Amended Class Action Complaint dated June 27, 2008 (Docket # __), it is hereby

ORDERED this _____ day of _____, 2008, that Defendants David A. Steinberg, Andrew B. Zeinfeld, George Z. Moratis and Brian T. Westrick shall answer, move, or otherwise respond to the Consolidated Second Amended Class Action Complaint on or before August 15, 2008.

_____
United States District Judge