**FILED**
JUN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc Action No. 06-0507 (ESH) MDS Docket No. 1792 |
|---|---|
| This Document Relates to: All Cases | |

### [~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

Upon consideration of the parties' Joint Stipulation Extending Time to Answer, Move, or Otherwise Respond to the Consolidated Second Amended Class Action Complaint dated June 27, 2008 (Docket # __), it is hereby

ORDERED this 27 day of June, 2008, that Defendants David A. Steinberg, Andrew B. Zeinfeld, George Z. Moratis and Brian T. Westrick shall answer, move, or otherwise respond to the Consolidated Second Amended Class Action Complaint on or before August 15, 2008. There will be NO further continuances

_Ellen Shuck_
United States District Judge