# WILENTZ GOLDMAN &SPITZER P.A.

### ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 940-4000
Fax (215) 636-3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
(412) 232-0808
Fax (412) 232-0773

website: www.wilentz.com

DAVID T. WILENTZ (1919-1988)
GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MORRIS BROWN
FREDERIC K. BECKER[2]
NICHOLAS L. SANTOWASSO
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
BARRY M. EPSTEIN [2,10]
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[23]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN<*
JAMES E. TRABILSY
MAUREEN S. BINETTI<
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT<
MICHAEL F. SCHAFF[27]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
NOEL S. TONNEMAN[#]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]
BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE
HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[26]
VIOLA S. LORDI[2]

LYNNE M. KIZIS
KEVIN P. RODDY[2,6,9]
DANIEL S. BERNHEIM 3d[1,3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
LISA A. GORAB[2]
RUSSELL J. FISHKIND[2]
LAWRENCE F. JACOBS[2]
FRED HOPKE[1]
CHARLES F. VUOTTO, JR.[1]
DONALD E. TAYLOR[3]
BARRY R. SUGARMAN[2]
BRETT R. HARRIS[2,5]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[20]
MATTHEW M. WEISSMAN[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[2,□]
STEVEN R. ENIS[2]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[24]
JOHN M. CANTALUPO[2]
BARBARA G. QUACKENBOS[2]
DAVID P. PEPE
JOHN E. HOGAN[2]

OF COUNSEL
MATTHIAS D. DILEO (1952-2008)
ROBERT A. PETITO
HAROLD G. SMITH
ALAN B. HANDLER[5]
MYRON ROSNER[2]
R. BENJAMIN COHEN

COUNSEL
SUSANNE S. O'DONOHUE[4]
RISA A. KLEINER[3,#]
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAY V. SURGENT
JAMES P. LUNDY[23]
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]

ROBERT BRENTS
JONATHAN J. BART[2,3]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2,3]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
AMANDA F. SHECHTER[2]
BARBARA J. KOONZ[3]
DAVID S. MESSER[2]
TODD E. LEHDER[5,7]
PHILIP A. TORTORETI [11,12]

ASSOCIATES
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
ELIZABETH C. DELL[2]
NANCY A. SLOWE[2]
KELLY A. ERHARDT-WOJIE[3]
JEFFREY J. BROOKNER
DAWN E. MAGUIRE[2,4,5]
FRANCINE E. TAJFEL[2]
RONALD P. COLICCHIO[2,10]
ALBERTINA WEBB[2]
DONNA A. McBARRON
JOHN P. MURDOCH II
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
ANNA I. MONFORTH
STEPHANIE D. GIRONDA
EVERETT M. JOHNSON[2]
ALEX LYUBARSKY[2]
KEVEN H. FRIEDMAN[2]
GREGORY D. SHAFFER[2,<]
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
DANIEL R. LAPINSKI[2]
LAUREN R. BERSCHLER[3]
MICHAEL F. FRIED[2]
MICHELE C. LEFKOWITZ[2]
DASHIKA R. WELLINGTON[3]
LAURA J. O'NEILL[23]
ROBERT L. SELVERS[2]
ERIK C. ACOSTA[2]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
JULIE A. DEMAREE[2]

VINCENT CHENG[2]
MICHAEL J. WEISSLITZ
JONATHAN M. BUSCH[5]
JAMIE M. BENNETT[2]
MARCELLO DE PERALTA[1,2]
KEITH L. HOVEY[2]
JOSEPH J. RUSSELL, JR.[2]
JON S. POLEVOY
EMILY D. VAIL[2,4]
GEMMA ABERNOVICH[2]
CHERYL E. CONNORS
RUTH A. RAULS[2]
JAMES J. TRACY
CHAD B. SIMON[2]
ANTHONY WILKINSON[2]
DENIZA G. GERTSBERG[2]
DESHA L. JACKSON
JAY B. FELDMAN[2]
LOUIS A. GREENFIELD[2]
JULIA A. LOPEZ[2]
GINA A. LEE[2]
MELINDA COLON
AMY HERBOLD
ERIC I. BUEIDE
DARRON E. BERQUIST[1,2]

< Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
‡ Certified Workers Compensation Attorney
† Certified Matrimonial Attorney
\* National Certified Civil Trial Specialist
Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

Please reply to:
Woodbridge
**Direct Dial: (732) 855-6066**
**Direct Fax: (732) 726-6686**

August 26, 2008

Ellen Segal Huvelle, U.S.D.J.
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:  In Re: Inphonic, Inc., Wireless Phone
          Rebate Litigation
          MDS Docket No. 1972

Dear Judge Huvelle:

    We represent Plaintiffs in the above-referenced consolidated action and write with the consent of counsel for Defendants, David Steinberg, Andrew B. Zeinfeld, George Z. Moratis and Brian T. Westrick in regard to the Motion of Defendants David Steinberg, Andrew B. Zeinfeld, George Z. Moratis and Brian T. Westrick to Dismiss the Consolidated Second Amended Class Action Complaint (Docket # 70).

    Enclosed for your consideration please find a Joint Stipulation and [P]roposed Order extending the time by which Plaintiffs shall respond to these Individual Defendants' Motion to Dismiss to October 3, 2008. The enclosed documents were filed today via electronic case filing and the parties respectfully request that the Court enter the [P]roposed Order.

**WILENTZ
GOLDMAN
&SPITZER P.A.**
ATTORNEYS AT LAW

Ellen Segal Huvelle, U.S.D.J.
August 26, 2008
Page 2

We thank the Court for its time and attention to this matter.

Respectfully submitted,



Kevin P. Roddy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc Action No. 06-0507 (ESH) <br> MDS Docket No. 1792 |
| This Document Relates to: All Cases | |

**JOINT STIPULATION EXTENDING PLAINTIFFS' TIME TO RESPOND TO THE MOTION OF DEFENDANTS DAVID STEINBERG, ANDREW B. ZEINFELD, GEORGE Z. MORATIS, AND BRIAN T. WESTRICK TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that Plaintiffs shall have until and including Friday October 3, 2008 to respond to the Motion Of Defendants David Steinberg, Andrew B. Zeinfeld, George Z. Moratis, and Brian T. Westrick To Dismiss The Consolidated Second Amended Class Action Complaint in the above-captioned matter.

Dated: August 26, 2008

By_____s/Ty Cobb_____

Ty Cobb (D.C. Bar # 270736)
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600

Mark D. Gately (DC Bar # 386446)
Hogan & Hartson LLP
111 South Calvert Street, Suite 1600
Baltimore, MD 21202-6191
(410) 659-2742

*Attorneys for Defendant, David A. Steinberg*

By      s/John A. Freedman

John A. Freedman (D.C. Bar # 453075)
Scott B. Schreiber (D.C. Bar # 197681)
Joshua P. Wilson (D.C. Bar # 487829)
ARNOLD & PORTER LLP
555 Twelfth Street N.W.
Washington, DC 200014-1206
(202) 942-5316

*Attorneys for Defendant George Z. Moratis*

By      s/James P. Wehner

James P. Wehner (D.C. Bar # 454823)
Nathan D. Finch (D.C. Bar # 438819)
CAPLIN & DRYSDALE, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
(202) 862-5075

*Attorneys for Defendants Brian T. Westrick*

By      s/ David Goewey

David W. Goewey (D.C. Bar # 414257)
VENABLE LLP
575 7th Street, N.W
Washington, DC 20004-1601
(202) 862-5075

*Attorneys for Defendants Andrew B. Zeinfeld*

By      s/Kevin P. Roddy

Kevin P. Roddy
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095
(732) 636-8000

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, a copy of the **JOINT STIPULATION EXTENDING PLAINTIFFS' TIME TO RESPOND TO THE MOTION OF DEFENDANTS DAVID STEINBERG, ANDREW B. ZEINFELD, GEORGE Z. MORATIS, AND BRIAN T. WESTRICK TO DISMISS THE CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: August 26, 2008

                                                      /s/ Kevin P. Roddy
                                                      Kevin P. Roddy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: INPHONIC, INC., WIRELESS PHONE REBATE LITIGATION | Misc Action No. 06-0507 (ESH)<br>MDS Docket No. 1792 |
| This Document Relates to: All Cases | |

### [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO THE MOTION OF DEFENDANTS DAVID STEINBERG, ANDREW B. ZEINFELD, GEORGE Z. MORATIS, AND BRIAN T. WESTRICK TO DISMISS THE <u>CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT</u>

Upon consideration of the parties' Joint Stipulation Extending Plaintiffs' Time to Respond to the Motion Of Defendants David Steinberg, Andrew B. Zeinfeld, George Z. Moratis, and Brian T. Westrick To Dismiss The Consolidated Second Amended Class Action Complaint dated August 26, 2008, it is hereby

ORDERED this _____ day of _____, 2008, that Plaintiffs shall respond to the Motion Of Defendants David Steinberg, Andrew B. Zeinfeld, George Z. Moratis, and Brian T. Westrick To Dismiss The Consolidated Second Amended Class Action Complaint on or before October 3, 2008.

_____
United States District Judge