For Invoice Date: 08/07/2009
Page #: 1

004305 000101 Ryan Sutherland
,

| Action | | | |
|---|---|---|---|
| Bill ____ | Hold ____ | W/U/D ____ | W/O ____ |
| Apply Retainer Trust ____ | | REDO ____ | |
| Show to ____ | | | |
| Close Matter ____ | | Add Attached ____ | |

Matter Name: Ryan Sutherland v. Inphonic, et al.

Responsible: William F. Mahoney
Originating: Multiple
Fee Arrangement: Contingency
Matter Opened on: 06/01/2006
Invoice Style: S1 Segal- Hrs & Ttl AMT in Fees;

Fees from: 01/01/1900 - 07/31/2009
Other Accounting from: 01/01/1900 - 07/31/2009
Type of Law: 13
Quoted Price: $0.00
Default Rate Code: S

## Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 06/01/2006 1856040 | SJV | Communicate (client) with Ryan Sutherland regarding potential claim against InPhonic, Wirefly, and Continental Promotion based on rebate fraud. [L100-L110][a106]. | 1.5 1.5 | $275.00 | $412.50 $412.50 *Edited* |
| 06/12/2006 1863620 | SWH | Draft/revise allegations regarding RICO count for complaint. [L200-L210][a103]. | 5.4 5.4 | $275.00 | $1,485.00 $1,485.00 *Edited* |
| 06/12/2006 1828952 | SJV | Draft/revise Litigation Plan for Proposed Class Action against InPhonic and Continental Promotion. [L100-L120][a103]. | 3.0 3.0 | $275.00 | $825.00 $825.00 *Edited* |
| 06/12/2006 1828953 | SJV | Draft/revise proposed Complaint at Law for class action against InPhonic and Contenential Promotion. [L200-L210][a103]. | 4.0 4.0 | $275.00 | $1,100.00 $1,100.00 *Edited* |
| 06/12/2006 1843268 | SJV | Plan and Prepare for drafting Litigation Plan for Proposed Class Action against InPhonic and Continental Promotion by reviewing InPhonic rebate policy, web-posting consumer complaints, consumer rights web discussions of rebate policy, new articles, InPhonic 10K and 10Q filings, local rules of Northern District of Illinois with respect to timing of discovery, and by drafting outline. [L100-L120][a101]. | 4.0 4.0 | $275.00 | $1,100.00 $1,100.00 *Edited* |
| 06/12/2006 1843274 | SJV | Plan and Prepare for drafting proposed Complaint at Law for class action against InPhonic and Continental by reviewing Illinois common law on unjust enrichment, conversion of property, fraud and misrepresentations; by reviewing IL consumer fraud and deceptive practices act; and Federal Civil Rico statute. [L200-L210][a101]. | 2.5 2.5 | $275.00 | $687.50 $687.50 *Edited* |
| 06/12/2006 1843291 | SJV | Review/analyze client documents re: rebates offered and applied for, and correspondece to/from InPhonic (Wirefly) in preparation for drafting proposed class action complaint. [L200-L210][a104]. | 1.0 1.0 | $275.00 | $275.00 $275.00 *Edited* |
| 06/13/2006 1837520 | WFM | Review/analyze in-house class action complaint; conference with litigation team. [L100-L120][a104]. | 2.0 2.0 | $400.00 | $800.00 $800.00 *Edited* |

EXHIBIT
tabbies
C-Part 1

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 06/13/2006<br>1863649 | SWH | Draft/revise RICO allegations further. [L200-L210][a103]. | 3.2<br>3.2 | <br>$275.00<br>*Edited* | $880.00<br>$880.00 |
| 06/13/2006<br>1856055 | SJV | Communicate (client) with Ryan Sutherland for further fact gathering in development of claim against InPhonic, Wirefly, and Continential. [L100-L110][a106]. | 0.3<br>0.3 | <br>$275.00<br>*Edited* | $82.50<br>$82.50 |
| 06/14/2006<br>1867125 | SAH | Communicate (client) discussion with other plaintiff counsel filing InPhonic class suits [L100-L190][a106]. | 3.0<br>3.0 | <br>$400.00<br>*Edited* | $1,200.00<br>$1,200.00 |
| 06/19/2006<br>1856022 | SJV | Appear for/attend meeting with client, Ryan Sutherland, for further fact gathering in development of causes of action against InPhonic and Continential [L100-L110][a109]. | 1.5<br>1.5 | <br>$275.00<br>*Edited* | $412.50<br>$412.50 |
| 06/19/2006<br>1848088 | JKM | Review/analyze complaint and case file for InPhonic class action case; discuss assignment memo with Scott Henry and Scott Vold. [L100-L190][a104]. | 1.0<br>1.0 | <br>$125.00<br>*Edited* | $125.00<br>$125.00 |
| 06/20/2006<br>1848143 | JKM | Research InPhonic financial information (news articles and information regarding financial performance and strategic partnerships, analyst reports) and corporate SEC filings. Reveiw / analyze other class action cases brought against InPhonic under similar factual and legal allegations. Print all pleadings with electronic copies to file. Compare to Sutherland complaint. [L100-L110][a102]. | 5.7<br>5.7 | <br>$125.00<br>*Edited* | $712.50<br>$712.50 |
| 06/21/2006<br>1867199 | SAH | Communicate (other outside counsel) communication with counsel for InPhonic on protective order and maintaining internal documents [L100-L190][a107]. | 2.0<br>2.0 | <br>$400.00<br>*Edited* | $800.00<br>$800.00 |
| 06/21/2006<br>1848229 | JKM | Research applicability of 7th Cir. decisions on shrinkwrap/clickwrap terms and conditions to the disclosures made on the Wirefly site. Review / analyze ProCD and Gateway 2000 decisions. Review cumulative supplement of other circuit's treatment of ProCD. Compare to factual allegations in Sutherland complaint and to current availability of disclosures on Wirefly. [L100-L190][a102]. | 2.4<br>2.4 | <br>$125.00<br>*Edited* | $300.00<br>$300.00 |
| 06/21/2006<br>1848234 | JKM | Meet with Scott Vold. Review/analyze proposal to Executive Committee. Review applicable provisions of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 et. seq. [L100-L190][a104]. | 1.7<br>1.7 | <br>$125.00<br>*Edited* | $212.50<br>$212.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 06/21/2006<br>1848237 | JKM | Research and review / analyze InPhonic SEC filings from 2002 to present. Review recent Annual Reports. [L100-L190][a102]. | 1.5<br>1.5 | $125.00<br>*Edited* | $187.50<br>$187.50 |
| 06/21/2006<br>1848238 | JKM | Communicate (in firm) with Steve Hart, Scott Henry and Scott Vold re: case management and defendant's response to our request for document preservation. [L100-L120][a105]. | 0.9<br>0.9 | $125.00<br>*Edited* | $112.50<br>$112.50 |
| 06/21/2006<br>1848244 | JKM | Research and report to Scott Henry the Illinois standards and requirements for document retention and the availability of ex parte orders of protection to prevent document destruction and availability of discovery sanctions after the fact. [L100-L190][a102]. | 1.7<br>1.7 | $125.00<br>*Edited* | $212.50<br>$212.50 |
| 06/22/2006<br>1843280 | SJV | Research case law in 7th Cir. and Northern District of IL regarding propriety and entry of protective orders/orders to preserve documents in preparation for drafting proposed order. [L200-L250][a102]. | 1.5<br>1.5 | $275.00<br>*Edited* | $412.50<br>$412.50 |
| 06/22/2006<br>1843282 | SJV | Draft/revise proposed protective order/order to preserve documents relating to InPhonic's rebate policy, email and electronic communications, website, etc. [L200-L250][a103]. | 0.3<br>0.3 | $275.00<br>*Edited* | $82.50<br>$82.50 |
| 06/22/2006<br>1848247 | JKM | Draft/revise findings to Scott Henry re: protective orders and document retention requirements for reply ltr to defense counsel. [L100-L190][a103]. | 1.5<br>1.5 | $125.00<br>*Edited* | $187.50<br>$187.50 |
| 06/23/2006<br>1852416 | WFM | Review/analyze correspondence with Inphonic counsel; conference with Hart and Henry regarding status. [L100-L120][a104]. | 1.0<br>1.0 | $400.00<br>*Edited* | $400.00<br>$400.00 |
| 06/23/2006<br>1848294 | JKM | Draft/revise index of all InPhonic SEC filings; to file. Create binder of InPhonic financial information. [L100-L110][a103]. | 1.6<br>1.6 | $125.00<br>*Edited* | $200.00<br>$200.00 |
| 06/26/2006<br>1843285 | SJV | Review/analyze InPhonic's Motion to Transfer and Consolidate pending class actions in MDL. [L200-L250][a104]. | 0.5<br>0.5 | $275.00<br>*Edited* | $137.50<br>$137.50 |
| 06/26/2006<br>1843287 | SJV | Review/analyze InPhonic's Memorandum of Law in Support to Transfer and Consolidate pending class actions in MDL. [L200-L250][a104]. | 1.0<br>1.0 | $275.00<br>*Edited* | $275.00<br>$275.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 06/26/2006<br>1843288 | SJV | Review/analyze Class Action Complaint filed by Garcia firm in Fed. Dist. Court for AZ, Cover case, in preparation for drafting objections to InPhonic's Motion to Consolidate and Transfer to MDL. [L200-L210][a104]. | 1.0<br>1.0 | $275.00<br>*Edited* | $275.00<br>$275.00 |
| 06/26/2006<br>1843290 | SJV | Appear for/attend trial counsel strategy conference on case status of various cases pending in districts, case status in Sutherland case, strategies and theories in opposition to InPhonic MDL motion, and negotiations regarding proposed motion to preserve documents with counsel for InPhonic. [L100-L120][a109]. | 1.5<br>1.5 | $275.00<br>*Edited* | $412.50<br>$412.50 |
| 06/26/2006<br>1849036 | JKM | Review/analyze Wirefly and InPhonic websites. Print each page of Wirefly site and all pages of InPhonic site relating to News and Investor Relations. Compare current site configuation to factual allegations in complaint for purpose of indentifying subsequent remedial measures. [L100-L110][a104]. | 1.3<br>1.3 | $125.00<br>*Edited* | $162.50<br>$162.50 |
| 06/26/2006<br>1849039 | JKM | Search for InPhonic state corporate filings in IL, DC, and NJ. No filings available online. [L100-L110][a102]. | 1.0<br>1.0 | $125.00<br>*Edited* | $125.00<br>$125.00 |
| 06/26/2006<br>1849044 | JKM | Search for corporate information and filings for Continental Promotion Group. Print and review / analyze all Annual Reports filed in Arizona. [L100-L110][a102]. | 1.2<br>1.2 | $125.00<br>*Edited* | $150.00<br>$150.00 |
| 06/26/2006<br>1849054 | JKM | Review/analyze enforceability of rebate terms and conditions in light of Seventh Circuit case law on shrinkwrap contract provisions. Consider: inducement, timeline of rebate offer and redemption in light of commissions received from carriers, $250 Equipment Discount fee in light of ProCD's requirement that consumer be able to review the terms and conditions and return the product if not acceptable. Review current InPhonic disclosures in connection with the Equipment Discount fee across all terms and conditions "back pages". Identify significant conflicting / missing / confusing information. [L100-L120][a104]. | 5.1<br>5.1 | $125.00<br>*Edited* | $637.50<br>$637.50 |
| 06/27/2006<br>1867295 | SAH | Communicate (other outside counsel) further exchange with counsel for InPhonic [L100-L190][a107]. | 1.8<br>1.8 | $400.00<br>*Edited* | $720.00<br>$720.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 06/27/2006<br>1856113 | JKM | Review/analyze 7th Circuit case law on enforceability of shrinkwrap/clickwrap terms and conditions. Apply contractual scheme and availability of terms and conditions disclosures at various steps in the purchasing process on Wirefly site to case law. Draft/revise memo on applicability to InPhonic case. [L100-L120][a104]. | 1.8<br>1.8 | $125.00<br>*Edited* | $225.00<br>$225.00 |
| 06/28/2006<br>1851922 | JH | Researched background of Inphonic case. [L200-L260][A102]. | 1.3<br>1.3 | $125.00<br>*Edited* | $162.50<br>$162.50 |
| 06/28/2006<br>1851928 | JH | Researched caselaw on Judge Huvelle regarding class certification. [L200-L260][A102]. | 1.8<br>1.8 | $125.00<br>*Edited* | $225.00<br>$225.00 |
| 06/28/2006<br>1851935 | JH | Researched requirements for class certification. [L200-L260][A102]. | 1.4<br>1.4 | $125.00<br>*Edited* | $175.00<br>$175.00 |
| 06/28/2006<br>1851938 | JH | Reseached class certification cases decided by Judge Pallmeyer. [L200-L260][A102]. | 1.6<br>1.6 | $125.00<br>*Edited* | $200.00<br>$200.00 |
| 06/28/2006<br>1851943 | JH | Researched calculation of attorneys' fees in class action cases. [L200-L260][A102]. | 1.5<br>1.5 | $125.00<br>*Edited* | $187.50<br>$187.50 |
| 06/28/2006<br>1851951 | JH | Worked on memo to Steve Hart about Judge Huvelle's decisions on class certification. [L200-L260][A103]. | 1.2<br>1.2 | $125.00<br>*Edited* | $150.00<br>$150.00 |
| 06/28/2006<br>1856284 | JKM | Research Judge Rebecca Pallmeyer to determine likelihood of approval of motion to certify class. Review/analyze biographical information and decisions and orders granting and denying class certification. Draft/revise memorandum to Steve Hart and Scott Henry [L200-L260][a102]. | 5.0<br>5.0 | $125.00<br>*Edited* | $625.00<br>$625.00 |
| 06/28/2006<br>1856446 | JKM | Communicate (in firm) meet with Steve Hart, Scott Henry, Scott Vold and Jaishuk Hong re: identifying favorable judge for class action certification. Compare Judge Ellen Seigel Huvelle in Dist of Columbia with Judge Rebecca Pallmeyer in Illinois. [L200-L260][a105]. | 0.7<br>0.7 | $125.00<br>*Edited* | $87.50<br>$87.50 |
| 06/28/2006<br>1856489 | JKM | Review/analyze InPhonic complaint and Judge Pallmeyer case law to determine whether different rebate problems will be a bar to commonality and/or typicality requirements of Fed. Rule 23(a) on class certification. Draft/revise memorandum with suggested changes to sub-class definitions and additional cases reviewed. [L200-L260][a104]. | 1.7<br>1.7 | $125.00<br>*Edited* | $212.50<br>$212.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 06/29/2006<br>1862564 | WFM | Review/analyze all pleadings fro status; review Motion to Transfer; conference regarding strategy with Hart and Henry. [L100-L120][a104]. | 2.0<br>2.0 | $400.00<br>*Edited* | $800.00<br>$800.00 |
| 06/29/2006<br>1851957 | JH | Researched Judge Huvelle's decisions regarding calculation of attorneys' fees in class action cases. [L200-L260][A102]. | 1.4<br>1.4 | $125.00<br>*Edited* | $175.00<br>$175.00 |
| 06/29/2006<br>1851961 | JH | Finished memo to Steve on Judge Huvelle, including catalogue of cases regarding class certification. [L200-L260][A103]. | 1.1<br>1.1 | $125.00<br>*Edited* | $137.50<br>$137.50 |
| 06/29/2006<br>1851967 | JH | Background research on Inphonic, including research on news sites, blogs, and Inphonic website. [L200-L260][A102]. | 1.3<br>1.3 | $125.00<br>*Edited* | $162.50<br>$162.50 |
| 06/29/2006<br>1851970 | JH | Researched rebate procedure for Inphonic. [L200-L260][A102]. | 0.4<br>0.4 | $125.00<br>*Edited* | $50.00<br>$50.00 |
| 06/29/2006<br>1856617 | JKM | Draft/revise memorandum re: favorability of Judge Rebecca Pallmeyer for certification of class action. Review/analyze case law denying certification based on lack of commonality or typicality. Review complaint and Executive Committee binder to categorize the common consumer complaints about InPhonic's rebate program. Distinguish class definition between properly submitted rebate forms and those denied only through fault of InPhonic's unreasonable enforcement. Tie together with general allegations in complaint. [L200-L260][a103]. | 2.6<br>2.6 | $125.00<br>*Edited* | $325.00<br>$325.00 |
| 06/29/2006<br>1856770 | JH | Researched Rule 23(b) requirements and caselaw [L200-L260][A102]. | 1.2<br>1.2 | $125.00<br>*Edited* | $150.00<br>$150.00 |
| 06/30/2006<br>1856693 | JKM | Review/analyze additional Judge Pallmeyer decisions granting / denying class certification. Draft/revise memorandum. [L200-L260][a104]. | 0.7<br>0.7 | $125.00<br>*Edited* | $87.50<br>$87.50 |
| 06/30/2006<br>1856714 | JKM | Communicate (in firm) with Jaishuk Hong to compare/contrast Judge Pallmeyer decisions and Judge Huevelle decisions re: class certification to identify necessary elements in complaint or motion to certify. [L200-L260][a105]. | 1.0<br>1.0 | $125.00<br>*Edited* | $125.00<br>$125.00 |
| 06/30/2006<br>1856732 | JKM | Review/analyze Judge Rebecca Pallmeyer cases re: Class Action Fairness Act, RICO, consumer fraud. [L200-L260][a104]. | 2.5<br>2.5 | $125.00<br>*Edited* | $312.50<br>$312.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 06/30/2006<br>1857007 | JH | Meeting with Jill going over judges and comparing decisions. [L200-L260][A105]. | 1.0<br>1.0 | <br>$125.00<br>*Edited* | $125.00<br>$125.00 |
| 06/30/2006<br>1857008 | JH | Further background research on Judge Huvelle and class certification. [L200-L260][A102]. | 1.2<br>1.2 | <br>$125.00<br>*Edited* | $150.00<br>$150.00 |
| 06/30/2006<br>1857014 | JH | Redrafted memo on Judge Huvelle with attorneys' fees analysis included. [L200-L260][A103]. | 1.4<br>1.4 | <br>$125.00<br>*Edited* | $175.00<br>$175.00 |
| 06/30/2006<br>1857024 | JH | Background research on calculation of attorneys' fees regarding lodestar and 30% benchmarks. [L200-L260][A102]. | 1.2<br>1.2 | <br>$125.00<br>*Edited* | $150.00<br>$150.00 |
| 06/30/2006<br>1857032 | JH | Background research on rebate policies, strategies for rebates and redemption, etc. [L200-L260][A102]. | 1.8<br>1.8 | <br>$125.00<br>*Edited* | $225.00<br>$225.00 |
| 07/02/2006<br>1904959 | SAH | Plan and Prepare for request to defense counsel. review case law and local rules applicable to perservation orders [L100-L110][a101]. | 4.0<br>4.0 | <br>$400.00<br>*Edited* | $1,600.00<br>$1,600.00 |
| 07/05/2006<br>1862776 | WFM | Review/analyze strategy conference with Vold regarding MDL transfer petition and appropriate response. [L100-L120][a104]. | 0.3<br>0.3 | <br>$400.00<br>*Edited* | $120.00<br>$120.00 |
| 07/05/2006<br>1872956 | JKM | Review/analyze online articles and postings re: InPhonic "Rebate Scam", including Slate.com (fwd Continental CEO statements to team) and CNET. Print for file. [L100-L120][a104]. | 0.5<br>0.5 | <br>$125.00<br>*Edited* | $62.50<br>$62.50 |
| 07/05/2006<br>1889457 | KLL | Review/analyze instructional request from SAH in connection with distribution list and co-existing suits pending nationally, create service lists to reflect same per instruction of SAH. [L100-L190][a104]. | 0.3<br>0.3 | <br>$125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/06/2006<br>1909365 | SJV | Draft/revise case status memo and action item list for trial team [L100-L120][a103]. | 1.0<br>1.0 | <br>$275.00<br>*Edited* | $275.00<br>$275.00 |
| 07/06/2006<br>1909368 | SJV | Review/analyze correspondence between plaintiffs' and defense counsel regarding protective order [L300-L310][a104]. | 0.1<br>0.1 | <br>$275.00<br>*Edited* | $27.50<br>$27.50 |
| 07/06/2006<br>1909370 | SJV | Communicate with JPML clerk regarding JPML docket and pending hearing [L100-L110][a108]. | 0.2<br>0.2 | <br>$275.00<br>*Edited* | $55.00<br>$55.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 07/06/2006<br>1909371 | SJV | Plan and Prepare for notice of related actions pending in JPML [L200-L250][a101]. | 0.2<br>0.2 | $275.00<br>*Edited* | $55.00<br>$55.00 |
| 07/06/2006<br>1909373 | SJV | Appear for/attend conference with trial team re: web log due dilligence, InPhonic financials, Continential corp. structure. [L100-L120][a109]. | 0.5<br>0.5 | $275.00<br>*Edited* | $137.50<br>$137.50 |
| 07/06/2006<br>1863291 | JH | Background research on webblogs of people complaining about Inphonic rebates. [L100-L120][A102]. | 0.7<br>0.7 | $125.00<br>*Edited* | $87.50<br>$87.50 |
| 07/06/2006<br>1863296 | JH | Researched Inphonic's rebate policy and marketing strategy. [L100-L120][A102]. | 0.6<br>0.6 | $125.00<br>*Edited* | $75.00<br>$75.00 |
| 07/06/2006<br>1863306 | JH | Researched Inphonic's business history. [L100-L120][A102]. | 0.9<br>0.9 | $125.00<br>*Edited* | $112.50<br>$112.50 |
| 07/06/2006<br>1863328 | JH | Meeting with Scott Vold and Scott Henry about action items for next 3 weeks. [L100-L110][A105]. | 0.7<br>0.7 | $125.00<br>*Edited* | $87.50<br>$87.50 |
| 07/06/2006<br>1897369 | JKM | Communicate (in firm) with Scott Henry and Scott Vold re: InPhonic Due Diligence Action Items to shape written discovery and depositions. Begin tracking/compiling InPhonic-related web postings, InPhonic and Continental corp. info, and related cases in binder. [L100-L120][a105]. | 1.5<br>1.5 | $125.00<br>*Edited* | $187.50<br>$187.50 |
| 07/07/2006<br>1867747 | WFM | Review/analyze Inphonic regarding modified scheudle regarding appearance and class certification motion; conference with Barry Eichen regarding tag-a-long New Jersey action. [L100-L120][a104]. | 1.0<br>1.0 | $400.00<br>*Edited* | $400.00<br>$400.00 |
| 07/07/2006<br>1909374 | SJV | Review/analyze correspondence from co-plaintiff's counsel re: 7/6 letter from Defense counsel re discovery scheduling [L300-L310][a104]. | 0.1<br>0.1 | $275.00<br>*Edited* | $27.50<br>$27.50 |
| 07/07/2006<br>1909375 | SJV | Draft/revise correspondence to Plaintiffs' counsel regarding discovery scheduling. [L300-L310][a103]. | 0.2<br>0.2 | $275.00<br>*Edited* | $55.00<br>$55.00 |
| 07/07/2006<br>1909377 | SJV | Draft/revise further correspondence to defense counsel regarding discovery scheduling. [L300-L310][a103]. | 0.1<br>0.1 | $275.00<br>*Edited* | $27.50<br>$27.50 |
| 07/07/2006<br>1909379 | SJV | Review/analyze podcast of press conference of InPhonic CEO regarding corporate earnings, business model, and rebate program. [L100-L110][a104]. | 1.0<br>1.0 | $275.00<br>*Edited* | $275.00<br>$275.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 07/07/2006<br>1909384 | SJV | Review/analyze online financial analysis of InPhonic's earnings, revenue streams, and business model. [L100-L110][a104]. | 1.0<br>1.0 | $275.00<br>*Edited* | $275.00<br>$275.00 |
| 07/07/2006<br>1909388 | SJV | Communicate with coplaintiff's counsel, Barry Eichen, regarding scheduling of plaintiffs' conference at SMSM offices and case status. [L100-L120][a107]. | 0.2<br>0.2 | $275.00<br>*Edited* | $55.00<br>$55.00 |
| 07/07/2006<br>1888211 | JH | Internet research on InPhonic news and developments. [L100-L120][A102]. | 1.2<br>1.2 | $125.00<br>*Edited* | $150.00<br>$150.00 |
| 07/07/2006<br>1888213 | JH | CNET downloading and postings research regarding rebate submissions. [L100-L120][A102]. | 1.3<br>1.3 | $125.00<br>*Edited* | $162.50<br>$162.50 |
| 07/07/2006<br>1888214 | JH | Blog searches and researched rebate process and changes to rebate program. [L100-L120][A102]. | 1.1<br>1.1 | $125.00<br>*Edited* | $137.50<br>$137.50 |
| 07/07/2006<br>1888215 | JH | Background research on Continental and Helgeson. [L100-L120][A102]. | 1.2<br>1.2 | $125.00<br>*Edited* | $150.00<br>$150.00 |
| 07/07/2006<br>1888216 | JH | Reviewed caselaw on Judge Huvelle and analyzed class certification decisions. [L100-L120][A104]. | 2.1<br>2.1 | $125.00<br>*Edited* | $262.50<br>$262.50 |
| 07/09/2006<br>1905032 | SAH | Review/analyze InPhonic corporate records, public filings, rebate language and process [L100-L190][a104]. | 3.0<br>3.0 | $400.00<br>*Edited* | $1,200.00<br>$1,200.00 |
| 07/10/2006<br>1905069 | SAH | Draft/revise Correspondence to Mitchell Berger re discovery [L100-L190][a103]. | 1.2<br>1.2 | $400.00<br>*Edited* | $480.00<br>$480.00 |
| 07/10/2006<br>1909390 | SJV | Review/analyze correspondence from Bruce Simon to InPhonic counsel regarding discovery scheduling. [L300-L310][a104]. | 0.1<br>0.1 | $275.00<br>*Edited* | $27.50<br>$27.50 |
| 07/10/2006<br>1888268 | JH | Researched news articles on InPhonic and Continental. [L100-L120][A104]. | 1.3<br>1.3 | $125.00<br>*Edited* | $162.50<br>$162.50 |
| 07/10/2006<br>1888273 | JH | Researched rebate programs for various wireless providers and electronics stores. [L100-L120][A102]. | 0.8<br>0.8 | $125.00<br>*Edited* | $100.00<br>$100.00 |
| 07/10/2006<br>1888275 | JH | Researched InPhonic's rebate policies and customer service. [L100-L120][A102]. | 1.5<br>1.5 | $125.00<br>*Edited* | $187.50<br>$187.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 07/10/2006<br>1897410 | JKM | Review/analyze related InPhonic complaints. Print all dockets and assemble in binder. Save electronic copies to DMS. [L200-L260][a104]. | 1.0<br>1.0 | $125.00<br>*Edited* | $125.00<br>$125.00 |
| 07/10/2006<br>1897417 | JKM | Review/analyze all state statutes cited in related InPhonic complaints and Ill. Unfair Trade Practices and Deceptive Business Practices Act. Compare and contrast statutory language. [L200-L260][a104]. | 1.5<br>1.5 | $125.00<br>*Edited* | $187.50<br>$187.50 |
| 07/10/2006<br>1897419 | JKM | Review/analyze Manual for Complex Litigation, Fourth, for choice of law requirements in class action certification. [L200-L260][a104]. | 0.5<br>0.5 | $125.00<br>*Edited* | $62.50<br>$62.50 |
| 07/10/2006<br>1897426 | JKM | Draft/revise Memorandum: Whether conflicting state law claims will impede class certification? Review Texas, Arizona, California, D.C., New Jersey, Illinois statutes. Compare and contrast states that have adopted the Model Act with those that have not. [L200-L260][a103]. | 3.0<br>3.0 | $125.00<br>*Edited* | $375.00<br>$375.00 |
| 07/10/2006<br>1897431 | JKM | Draft/revise chart of all related InPhonic cases with proposed docket information, statutory authority, and class definitions. [L200-L260][a103]. | 1.0<br>1.0 | $125.00<br>*Edited* | $125.00<br>$125.00 |
| 07/10/2006<br>1897435 | JKM | Draft/revise Memorandum re: Choice of Law. Compare fals/misleading statemetns and false advertising elements of statutes to show common legal issues arising from InPhonic conduct. [L200-L260][a103]. | 0.5<br>0.5 | $125.00<br>*Edited* | $62.50<br>$62.50 |
| 07/11/2006<br>1869847 | KLL | Draft/revise Freedom of Information Act to the Attorney General of Illinois per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/11/2006<br>1869848 | KLL | Draft/revise Freedom of Information Act to the Attorney General of Texas per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/11/2006<br>1869849 | KLL | Draft/revise Freedom of Information Act to the Attorney General of District of Columbia per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/11/2006<br>1869850 | KLL | Draft/revise Freedom of Information Act to the Attorney General of Wisconsin per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 07/11/2006<br>1869851 | KLL | Draft/revise Freedom of Information Act to the Attorney General of California per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/11/2006<br>1869852 | KLL | Draft/revise Freedom of Information Act to the Attorney General of New York per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/11/2006<br>1869853 | KLL | Draft/revise Freedom of Information Act to the Attorney General of New Jersey per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/11/2006<br>1869854 | KLL | Draft/revise Freedom of Information Act to the Attorney General of Florida per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/11/2006<br>1869855 | KLL | Draft/revise Freedom of Information Act to the Attorney General of Arizona per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/11/2006<br>1869856 | KLL | Draft/revise Freedom of Information Act to the Attorney General of Pennsylvania per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/11/2006<br>1869857 | KLL | Draft/revise Freedom of Information Act to the Attorney General of Michigan per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/11/2006<br>1869858 | KLL | Draft/revise Freedom of Information Act to the Attorney General of Massachusetts per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/11/2006<br>1897453 | JKM | Research Arizona state law Deceptive Practice and Unfair Trade Practices claims and "net price advertising". Revise Memorandum re: Choice of Laws. [L200-L260][a102]. | 1.9<br>1.9 | $125.00<br>*Edited* | $237.50<br>$237.50 |
| 07/11/2006<br>1897461 | JKM | Draft/revise Memorandum re: Choice of Laws. Deliver final draft to Steven A. Hart, Scott Henry, and Scott Vold. Copy to file. [L200-L260][a103]. | 1.3<br>1.3 | $125.00<br>*Edited* | $162.50<br>$162.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 07/11/2006<br>1897484 | JKM | Draft/revise Response to InPhonic Motion to Transfer to MDL. Print and review InpHonic filings in support of consolidation and transfer. Review 28 USC 1407. Review/analyze factors cited by JPML in support of transfer and against transfer. Locate example responses to motions for transfer and consolidation on Westlaw. Review/analyze In re Jamster Marketing Litigation. [L400-L430][a103]. | 4.6<br>4.6 | $125.00<br>*Edited* | $575.00<br>$575.00 |
| 07/12/2006<br>1897505 | JKM | Draft/revise Sutherland Response to InPhonic Motion for Transfer and Consolidation. Review/analyze JPML decisions. Identify favorable features of AZ docket: experience of judge, relative caseload, central location, cases filed in forum. [L400-L430][a103]. | 6.8<br>6.8 | $125.00<br>*Edited* | $850.00<br>$850.00 |
| 07/12/2006<br>1897514 | JKM | Communicate (in firm) with Scott Henry re: Sutherland Response to InPhonic Motion for Transfer and Consolidation. Revise Response. [L400-L430][a105]. | 0.4<br>0.4 | $125.00<br>*Edited* | $50.00<br>$50.00 |
| 07/13/2006<br>1909391 | SJV | Plan and Prepare for drafting motion to preserve and protect documents by reviewing 7th CA case law and local rules. [L200-L250][a101]. | 1.5<br>1.5 | $275.00<br>*Edited* | $412.50<br>$412.50 |
| 07/13/2006<br>1909392 | SJV | Draft/revise Motion to Preserve and Protect Documents and Other Tangible Things, and proposed Protective Order. [L200-L250][a103]. | 1.5<br>1.5 | $275.00<br>*Edited* | $412.50<br>$412.50 |
| 07/13/2006<br>1897543 | JKM | Draft/revise Sutherland Response to InPhonic Motion for Transfer and Consolidation. [L400-L430][a103]. | 2.1<br>2.1 | $125.00<br>*Edited* | $262.50<br>$262.50 |
| 07/13/2006<br>1897548 | JKM | Review/analyze Podcast of CEO David A. Steinberg interview with Market News First. [L100-L110][a104]. | 0.6<br>0.6 | $125.00<br>*Edited* | $75.00<br>$75.00 |
| 07/14/2006<br>1873441 | WFM | Review/analyze and approve protective order; conference with Henry and team. [L100-L120][a104]. | 1.0<br>1.0 | $400.00<br>*Edited* | $400.00<br>$400.00 |
| 07/14/2006<br>1898570 | JKM | Research JPML Motion Practice rules and guidelines for submission of Sutherland Response to InPhonic Motion for Transfer and Consolidation. [L400-L440][a102]. | 0.4<br>0.4 | $125.00<br>*Edited* | $50.00<br>$50.00 |
| 07/14/2006<br>1898591 | JKM | Draft/revise Sutherland Response to InPhonic Motion for Transfer and Consolidation; Reasons Why Oral Argument Should be Heard. Review comparative statistics on dockets in AZ and DC. [L400-L430][a103]. | 2.8<br>2.8 | $125.00<br>*Edited* | $350.00<br>$350.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 07/14/2006<br>1898602 | JKM | Draft/revise Declaration of Steven Hart in Support of Sutherland Response to InPhonic Motion for Transfer and Consolidation. [L400-L430][a103]. | 2.2<br>2.2 | $125.00<br>*Edited* | $275.00<br>$275.00 |
| 07/14/2006<br>1898616 | JKM | Review/analyze additional AZ cases; print docket report and pleadings; save to file. [L100-L140][a104]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/15/2006<br>1906897 | SWH | Review/analyze defendant InPhonic's Motion to Set Uniform Pre-trial Deadlines and cases and decisions cite in support of their motion. [L200-L250][a104]. | 2.6<br>2.6 | $275.00<br>*Edited* | $715.00<br>$715.00 |
| 07/15/2006<br>1906904 | SWH | Draft/revise plaintiff's response brief to defendant InPhonic's Motion to Set Uniform Pre-trial Deadlines. [L200-L250][a103]. | 5.8<br>5.8 | $275.00<br>*Edited* | $1,595.00<br>$1,595.00 |
| 07/16/2006<br>1906916 | SWH | Review/analyze local court rules, federal court rules, caselaw and Northern District decisions regarding document preservation prior to MDL hearing on transfer and centralization in preparation for drafting motion for protective order. [L200-L250][a104]. | 3.8<br>3.8 | $275.00<br>*Edited* | $1,045.00<br>$1,045.00 |
| 07/16/2006<br>1906921 | SWH | Draft/revise motion requesting defendants InPhonic and Continental preserve documents relevant to class-action complaint. [L200-L250][a103]. | 3.2<br>3.2 | $275.00<br>*Edited* | $880.00<br>$880.00 |
| 07/17/2006<br>1906924 | SWH | Review/analyze defendants InPhonic and Continental's motions to approve transfer of incoming correspondence. [L200-L250][a104]. | 1.6<br>1.6 | $275.00<br>*Edited* | $440.00<br>$440.00 |
| 07/17/2006<br>1906941 | SWH | Review/analyze defendant InPhonic's motion to transfer and consolidate related actions. [L200-L250][a104]. | 5.2<br>5.2 | $275.00<br>*Edited* | $1,430.00<br>$1,430.00 |
| 07/17/2006<br>1906943 | SWH | Review/analyze all caselaw, decisions and statutes cited in defendant's motion to transfer and consolidate and researched caselaw favoring plaintiff's position. [L200-L250][a104]. | 4.1<br>4.1 | $275.00<br>*Edited* | $1,127.50<br>$1,127.50 |
| 07/17/2006<br>1898656 | JKM | Complete draft/revise Sutherland Response to InPhonic Motion for Transfer and Consolidation, Schedule of Actions, Reasons Why Oral Argument Should be Heard, and Declaration of Steven Hart in Support. Collate and prepare for filing with JPML. Save to File. [L400-L430][a103]. | 5.1<br>5.1 | $125.00<br>*Edited* | $637.50<br>$637.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 07/17/2006<br>1898695 | JKM | Draft/revise Sutherland Response in Opposition to InPhonic Motion to Set Uniform Pre-Trial Dates. [L400-L430][a103]. | 1.3<br>1.3 | $125.00<br>*Edited* | $162.50<br>$162.50 |
| 07/18/2006<br>1906928 | SWH | Review/analyze defendant InPhonic's reply to plaintiff's response to defendant's motion to set uniform pre-trial deadlines. [L200-L250][a104]. | 1.5<br>1.5 | $275.00<br>*Edited* | $412.50<br>$412.50 |
| 07/18/2006<br>1906929 | SWH | Review/analyze defendants InPhonic and Continental's responses to plaintiff's motion for preservation of documents. [L200-L250][a104]. | 2.0<br>2.0 | $275.00<br>*Edited* | $550.00<br>$550.00 |
| 07/18/2006<br>1906931 | SWH | Plan and Prepare for hearing on defendant's motion to set uniform pretrial deadlines, defendants' motion to approve transfer of incoming correspondence, and plaintiff's motion to preserve documents. [L200-L250][a101]. | 2.0<br>2.0 | $275.00<br>*Edited* | $550.00<br>$550.00 |
| 07/18/2006<br>1906944 | SWH | Draft/revise initial draft of procedural history and facts section of plaintiff's opposition to defendant's motion to transfer and consolidate. [L200-L250][a103]. | 5.2<br>5.2 | $275.00<br>*Edited* | $1,430.00<br>$1,430.00 |
| 07/18/2006<br>1906945 | SWH | Draft/revise initial draft of argument section of plaintiff's opposition to defendant's motion to transfer and consolidate. [L200-L250][a103]. | 2.9<br>2.9 | $275.00<br>*Edited* | $797.50<br>$797.50 |
| 07/18/2006<br>1898760 | JKM | Plan and Prepare for Motion Hearing before Judge Rebecca Pallmeyer. Print InPhonic's Notice / Motion to Set Uniform Pre-Trial Dates, Sutherland Response in Opposition, Sutherland Notice / Motion for Preservation of Documents and Exhibits, InPhonic Response in Opposition, Joint Motion for Document Transfer. [L300-L350][a101]. | 1.2<br>1.2 | $125.00<br>*Edited* | $150.00<br>$150.00 |
| 07/18/2006<br>1898768 | JKM | Prepare and Plan for Motion Hearing before Judge Rebecca Pallmeyer. Review/analyze all cases, rules and statutes cited in motions to be heard. [L300-L350][a104]. | 4.8<br>4.8 | $125.00<br>*Edited* | $600.00<br>$600.00 |
| 07/18/2006<br>1898781 | JKM | Plan and Prepare for Motion Hearing before Judge Rebecca Pallmeyer. Review/analyze and highlight all sections in motions/responses quoted from case law, rules, or Manual for Complex Litigation, Fourth. [L300-L350][a104]. | 2.0<br>2.0 | $125.00<br>*Edited* | $250.00<br>$250.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 07/18/2006 1898797 | JKM | Plan and Prepare for Motion Hearing before Judge Rebecca Pallmeyer. Create Motion Binder with all motions, responses, and cases for Steven Hart. [L300-L350][a101]. *Edited* | 1.0 / 1.0 | $125.00 | $125.00 / $125.00 |
| 07/19/2006 1905311 | SAH | Appear for/attend prep and appear in court on our preservation order, defendants motions. [L200-L250][a109]. *Edited* | 4.0 / 4.0 | $400.00 | $1,600.00 / $1,600.00 |
| 07/19/2006 1906934 | SWH | Appear for/attend hearing on plaintiff's motion to preserve documents, defendant's motion to set uniform pretrial deadlines and defendants' motion to approve transfer of incoming correspondence. [L200-L250][a109]. *Edited* | 1.0 / 1.0 | $275.00 | $275.00 / $275.00 |
| 07/19/2006 1906946 | SWH | Draft/revise final argument section and conclusion of plaintiff's opposition to defendant's motion to transfer and consolidate. [L200-L250][a103]. *Edited* | 2.4 / 2.4 | $275.00 | $660.00 / $660.00 |
| 07/19/2006 1906947 | SWH | Draft/revise entire brief and declaration of Steven Hart in support of plaintiff's opposition to defendant's motion to transfer and consolidate. [L200-L250][a103]. *Edited* | 4.8 / 4.8 | $275.00 | $1,320.00 / $1,320.00 |
| 07/19/2006 1909396 | SJV | Appear for/attend hearing on Motion to Preserve and Protect Documents; Defendants' Motion to Stay Discovery, and; Defendants' Motion to Preserve Correspondence. [L200-L230][a109]. *Edited* | 1.5 / 1.5 | $275.00 | $412.50 / $412.50 |
| 07/19/2006 1909397 | SJV | Appear for/attend plaintiffs' counsel conference call re case status, hearing, and strategy. [L100-L120][a109]. *Edited* | 0.5 / 0.5 | $275.00 | $137.50 / $137.50 |
| 07/19/2006 1889610 | KLL | Telephone conferences with NJ Attorney General's office in connection with format for FOIA requests. [L100-L190][a108]. *Edited* | 0.2 / 0.2 | $125.00 | $25.00 / $25.00 |
| 07/19/2006 1889611 | KLL | Draft/revise amended FOIA request to New Jersey Department of Consumer Affairs per instruction of AG office [L100-L190][a103]. *Edited* | 0.3 / 0.3 | $125.00 | $37.50 / $37.50 |
| 07/19/2006 1898823 | JKM | Plan and Prepare for Motion Hearing before Judge Rebecca Pallmeyer. Review/analyze Wiginton v CB Richard Ellis and Sutherland Motion for Preservation of Documents. [L300-L350][a104]. *Edited* | 0.3 / 0.3 | $125.00 | $37.50 / $37.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 07/19/2006 1898832 | JKM | Appear for/attend Motion Hearing before Judge Rebecca Pallmeyer. [L300-L350][a109]. | 1.4 1.4 | $125.00 *Edited* | $175.00 $175.00 |
| 07/19/2006 1898951 | JKM | Plan and Prepare for JPML Hearing: Create JPML Practice Binder. Research JPML history, statutory authority, rules, structure, and judges. Locate articles and interviews re: practice before JPML. Locate and review/analyze opinions and news articles relating to JPML judges to anticipate ruling on InPhonic Motion for Transfer and Consolidation and Sutherland forum selection of AZ. [L400-L440][a101]. | 6.3 6.3 | $125.00 *Edited* | $787.50 $787.50 |
| 07/20/2006 1889604 | KLL | Review/analyze response from Arizona Attorney General's office denying FOIA request, draft summary of same to SAH/SJV/SHW. Update FOIA chart regarding same. [L100-L190][a104]. | 0.3 0.3 | $125.00 *Edited* | $37.50 $37.50 |
| 07/21/2006 1888505 | JH | Began compiling all information from internet for presentation CD. [L100-L120][A102]. | 7.4 7.4 | $125.00 *Edited* | $925.00 $925.00 |
| 07/21/2006 1888506 | JH | Experimented with adobe features for .pdf presentation [L100-L120][A102]. | 0.4 0.4 | $125.00 *Edited* | $50.00 $50.00 |
| 07/21/2006 1899012 | JKM | Communicate (in firm) with Scott Henry re InPhonic class action plaintiff's meeting presentation assignment. [L100-L120][a105]. | 0.2 0.2 | $125.00 *Edited* | $25.00 $25.00 |
| 07/21/2006 1899100 | JKM | Plan and Prepare for JPML Hearing: Create JPML Binder. Complete JPML Structure and Overview. Print Statute and Rules. Locate and review JPML transfer and docket statistics and list of pending cases. Compile all documents filed before JPML in related InPhonic cases. [L400-L440][a101]. | 3.0 3.0 | $125.00 *Edited* | $375.00 $375.00 |
| 07/21/2006 1899117 | JKM | Communicate (in firm) with Scott Henry and Jai Hong re: Presentation Disk with index hyperlinked to all documents related to Sutherland v InPhonic and related cases. [L100-L120][a105]. | 1.1 1.1 | $125.00 *Edited* | $137.50 $137.50 |
| 07/21/2006 1899141 | JKM | Review/analyze Sutherland v InPhonic elelctronic files. Identify documents for Presentation Disk. Draft initial Index based on Scott Vold outline. [L100-L120][a104]. | 4.3 4.3 | $125.00 *Edited* | $537.50 $537.50 |
| 07/21/2006 1904182 | KLL | Review/analyze response from Arizona Attorney General's office in response to freedom of information act request/draft correspondence to trial team summerizing contents of same. [L100-L190][a104]. | 0.2 0.2 | $125.00 *Edited* | $25.00 $25.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 07/24/2006<br>1889608 | KLL | Review/analyze correspondence from MI Attorney General's office regarding documents responsive to FOIA request/conference with SAH regarding same/draft correspondence to AG office requesting copies of files and enclosing check for payment of same. [L100-L190][a104]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/24/2006<br>1899090 | JH | Compiled all CNET postings, online news articles, online blog postings and web-postings, corporate websites, and all other sources of information found on the internet relating to InPhonic, its rebate program, complaints from its customers, and information regarding its affiliates. Formatted them into PDF format and prepared them for the InPhonic Litigation Manual CD. [L100-L120][A102]. | 5.1<br>5.1 | $125.00<br>*Edited* | $637.50<br>$637.50 |
| 07/24/2006<br>1899169 | JH | Experimented with different layouts for a PDF CD presentation disk, formatted all documents for hyperlinking and prepared index of all documents. [L100-L120][A102]. | 3.2<br>3.2 | $125.00<br>*Edited* | $400.00<br>$400.00 |
| 07/24/2006<br>1899176 | JKM | Draft/revise JPML Practice Binder. Index and deliver to Scott Henry. [L400-L440][a103]. | 0.9<br>0.9 | $125.00<br>*Edited* | $112.50<br>$112.50 |
| 07/24/2006<br>1899230 | JKM | Draft/revise Index to Presentation Disk (InPhonic Litigation Manual). [L100-L120][a103]. | 1.5<br>1.5 | $125.00<br>*Edited* | $187.50<br>$187.50 |
| 07/24/2006<br>1899272 | JKM | Draft/revise InPhonic Litigation Manual Presentation Disk: Update all related case dockets (plus DeVaughn employment discrimination case). Download missing pleadings from Pacer and save to file. Index all dockets for Disk. [L100-L120][a103]. | 6.1<br>6.1 | $125.00<br>*Edited* | $762.50<br>$762.50 |
| 07/25/2006<br>1906949 | SWH | Review/analyze briefs submitted by defendants and certain other plaintiff's in reply to Sutherland's opposition to motion to transfer and consolidate. [L200-L250][a104]. | 1.5<br>1.5 | $275.00<br>*Edited* | $412.50<br>$412.50 |
| 07/25/2006<br>1909399 | SJV | Plan and Prepare for drafting materials to be presented at Plaintiffs' counsel conference [L100-L120][a101]. | 2.5<br>2.5 | $275.00<br>*Edited* | $687.50<br>$687.50 |
| 07/25/2006<br>1889601 | KLL | Draft/revise Freedom of Information Act to the Attorney General of Conneticuit per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 07/25/2006 1889607 | KLL | Review/analyze response from California Attorney General's office denying FOIA request, draft summary of same to SAH/SJV/SHW [L100-L190][a104]. | 0.3 0.3 | $125.00 | $37.50 $37.50 |
| | | | | *Edited* | |
| 07/25/2006 1899207 | JH | Began hyperlinking and indexing all documents into the InPhonic Litigation Manual presentation CD (200+ documents). [L100-L120][A103]. | 10.1 10.1 | $125.00 | $1,262.50 $1,262.50 |
| | | | | *Edited* | |
| 07/25/2006 1899305 | JKM | Draft/revise InPhonic Litigation Manual Presentation Disk. Complete all related cases (dockets and pleadings, saved as PDF and indexed). [L100-L120][a103]. | 3.7 3.7 | $125.00 | $462.50 $462.50 |
| | | | | *Edited* | |
| 07/25/2006 1899346 | JKM | Draft/revise InPhonic Litigation Manual Presentation Disk. Convert Memoranda on Judges Huvelle, Pallmeyer, and Murguia to PDF. Convert Memo on JPML Judges to PDF. Index. [L100-L120][a103]. | 2.0 2.0 | $125.00 | $250.00 $250.00 |
| | | | | *Edited* | |
| 07/25/2006 1899407 | JKM | Draft/revise InPhonic Litigation Manual Presentation Disk. Convert Index of InPhonic SEC filings to PDF. Download and save all 10K and 10Q reports. Index. Download and format InPhonic Directors and Management Profiles. Index. Convert DC Attorney General complaint to PDF and download press release and media articles. Index. Convert all FOIA requests to state AGs and responses to PDF and save to Presentation Disk. Index. [L100-L120][a103]. | 5.7 5.7 | $125.00 | $712.50 $712.50 |
| | | | | *Edited* | |
| 07/25/2006 1909024 | KLL | Reveiw/analyzie response from Michigan Attorney General's office in connection with FOIA request/draft correspondence to trial team summerizing contents of same/receipt and review of instructional response from SAH. [L100-L190][a104]. | 0.3 0.3 | $125.00 | $37.50 $37.50 |
| | | | | *Edited* | |
| 07/26/2006 1905376 | SAH | Appear for/attend attend MDL hearing in chicago [L100-L190][a109]. | 2.0 2.0 | $400.00 | $800.00 $800.00 |
| | | | | *Edited* | |
| 07/26/2006 1906950 | SWH | Plan and Prepare for meeting with plaintiffs' co-counsel to discuss due diligence projects into corporate conduct of InPhonic and Continental and underlying claims. [L100-L190][a101]. | 7.2 7.2 | $275.00 | $1,980.00 $1,980.00 |
| | | | | *Edited* | |
| 07/26/2006 1883837 | KLL | Draft/revise rebate flow chart per instructions of SJV. [L100-L190][a103]. | 3.0 3.0 | $125.00 | $375.00 $375.00 |
| | | | | *Edited* | |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 07/26/2006<br>1883842 | KLL | Draft/revise FOIA request to U.S. Senator Charles E. Schumer regarding any and all documents related to investigations into rebate policies, rebate complaints, rebate companies, rebate processes, etc. per instruction of SWH [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/26/2006<br>1883845 | KLL | Revise FOIA chart regarding status of communications with all Attorney General's offices and Senator offices on any and all documents related to investigations into rebate policies, rebate complaints, rebate companies, rebate processes of Inphonic. [L100-L190][a103]. | 0.2<br>0.2 | $125.00<br>*Edited* | $25.00<br>$25.00 |
| 07/26/2006<br>1889602 | KLL | Draft/revise Freedom of Information Act to the Liz Figueroa, CA Sen. per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/26/2006<br>1889603 | KLL | Draft/revise Freedom of Information Act to the Charles Schumer NY Sen. per instruction of Steve Hart [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/26/2006<br>1899245 | JH | Continued hyperlinking and indexing all documents for InPhonic Litigation Manual presentation CD (30+ new documents in addition to the roughly 100+ documents remaining from Tuesday). [L100-L120][A103]. | 14.2<br>14.2 | $125.00<br>*Edited* | $1,775.00<br>$1,775.00 |
| 07/26/2006<br>1899503 | JKM | Draft/revise InPhonic Litigation Manual Presentation Disk. Revise Index organization and re-compile document links. Save InPhonic Corporate homepage to PDF and bookmark. Add new filings in Sutherland / Cover cases. Download and convert Lead Defense Attorney bios to PDF. Update Index. Compile Financial Analyst reports, convert to PDF and save to Presentation disk. Update Index. Compile Memoranda from Mitchell Morinec on ND Ill. Class Action and Consumer Fraud cases and statistics, convert to PDF and save to Presentation disk. Update Index. Receive Bar Code pics, convert to PDF and save to Presentation disk. Update Index. [L100-L120][a103]. | 13.5<br>13.5 | $125.00<br>*Edited* | $1,687.50<br>$1,687.50 |
| 07/26/2006<br>1909163 | KLL | Review/analyze response from California Attorney General Office to FOIA request, draft summary of same to trial team, receipt/review of instructional response from SAH, draft response to same, receipt/review of further instructional response. [L100-L190][a104]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 07/27/2006<br>1906280 | SAH | Communicate (client) conference with Bruce Simon to address fine points in our case and what we have uncovered todate [L100-L190][a106].<br>*Edited* | 3.0<br>3.0 | $400.00 | $1,200.00<br>$1,200.00 |
| 07/27/2006<br>1906288 | SAH | Communicate (client) meet with other counsel representing individual class members to discuss merits of claim and how we might prosecute, discovery [L100-L190][a106].<br>*Edited* | 2.5<br>2.5 | $400.00 | $1,000.00<br>$1,000.00 |
| 07/27/2006<br>1906293 | SAH | Appear for/attend MDL hearing [L200-L230][a109].<br>*Edited* | 2.0<br>2.0 | $400.00 | $800.00<br>$800.00 |
| 07/27/2006<br>1906952 | SWH | Appear for/attend meeting with plaintiffs' co-counsel regarding merits of underlying case and due diligence projects into corporate conduct of InPhonic and Continental. [L100-L190][a109].<br>*Edited* | 2.8<br>2.8 | $275.00 | $770.00<br>$770.00 |
| 07/27/2006<br>1909400 | SJV | Appear for/attend JPML hearing in preparation for upcoming Sept. hearing on InPhonic's motion to consolidate. [L100-L120][a109].<br>*Edited* | 1.5<br>1.5 | $275.00 | $412.50<br>$412.50 |
| 07/27/2006<br>1909403 | SJV | Draft/revise materials presented at Plaintiff's counsel strategy conference. [L100-L120][a103].<br>*Edited* | 3.5<br>3.5 | $275.00 | $962.50<br>$962.50 |
| 07/27/2006<br>1909405 | SJV | Appear for/attend Plaintiffs' counsel strategy conference. [L100-L120][a109].<br>*Edited* | 2.5<br>2.5 | $275.00 | $687.50<br>$687.50 |
| 07/27/2006<br>1899291 | JH | Re-hyperlinked case summary section of presentation CD, reformatted many of the documents, re-organized index, and finished hyperlinking and indexing all documents to ready PDF for presentation CD. [L100-L120][A103].<br>*Edited* | 6.9<br>6.9 | $125.00 | $862.50<br>$862.50 |
| 07/27/2006<br>1899528 | JKM | Draft/revise InPhonic Litigation Manual Presentation Disk. Receive Executive Summary and Step-by-Step Purchase Analysis from Scott Henry and Scott Vold, convert to PDF and save to Presentation disk. Update Index. Bookmark all compiled document on Presentation Disk. [L100-L120][a103].<br>*Edited* | 4.0<br>4.0 | $125.00 | $500.00<br>$500.00 |
| 07/27/2006<br>1899563 | JKM | Draft/revise InPhonic Litigation Manual Presentation Disk. Complete all bookmarks. Save to CD and Troubleshoot. Disk to Office Services for replication. [L100-L120][a103].<br>*Edited* | 1.8<br>1.8 | $125.00 | $225.00<br>$225.00 |