004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 07/27/2006<br>1899578 | JKM | Plan and Prepare for meeting with Plaintiff's counsel and presentation of InPhonic Litigation Manual. Review Podcast of David A. Steinberg interview with Steven A. Hart, Scott Vold, and Scott Henry. [L100-L120][a101]. | 1.0<br>1.0 | $125.00<br>*Edited* | $125.00<br>$125.00 |
| 07/27/2006<br>1899584 | JKM | Appear for/attend meeting with Plaintiff's counsel., Steven A. Hart, Scott Henry, Scott Vold, and Jai Hong. [L100-L120][a109]. | 0.6<br>0.6 | $125.00<br>*Edited* | $75.00<br>$75.00 |
| 07/27/2006<br>1909404 | KLL | Draft/revise FOIA request to Connenticuit Attorney General Office per instruction of SWH/update FOIA chart in connection with same. [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/27/2006<br>1909407 | KLL | Draft/revise FOIA request to California State Senator Liz Figueroa per instruction of SWH/update FOIA chart in connection with same. [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/27/2006<br>1909418 | KLL | Draft/revise FOIA request to New York Senator Charles Schumer per instruction of SWH/update FOIA chart in connection with same. [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 07/27/2006<br>1909443 | KLL | Conference with Scott Henry in connection with subpoenaing records of Arizona and California Attorney General offices in connection with their denials of our FOIA requests. [L100-L190][a105]. | 0.2<br>0.2 | $125.00<br>*Edited* | $25.00<br>$25.00 |
| 07/28/2006<br>1895770 | WFM | Review/analyze litigations manual; strategy conference with Inphonic team. [L100-L120][a104]. | 1.2<br>1.2 | $400.00<br>*Edited* | $480.00<br>$480.00 |
| 07/31/2006<br>1909822 | KLL | Review/analyze response of Pennsylvania Attorney General Office to FOIA Request/draft correspondence to trial team regarding same/receipt and review of instructional response. [L100-L190][a104]. | 0.2<br>0.2 | $125.00<br>*Edited* | $25.00<br>$25.00 |
| 08/01/2006<br>1951524 | SWH | Draft/revise new complaint to be filed in Northern District of Arizona on behalf of Jonathan Feldman. [L200-L210][a103]. | 2.2<br>2.2 | $275.00<br>*Edited* | $605.00<br>$605.00 |
| 08/01/2006<br>1951538 | SWH | Communicate (other outside counsel) with Sarina Hinson from The Garcia Law Firm regarding new client Jonathan Feldman, filing requirements and pro hac vice issues for Steven Hart. [L100-L190][a107]. | 1.1<br>1.1 | $275.00<br>*Edited* | $302.50<br>$302.50 |

EXHIBIT
tabbies
C-Part 2

For Invoice Date: 08/07/2009
Page #: 22

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 08/01/2006<br>1920721 | KLL | Review/analyze correspondence from Florida Attorney General's office regarding records pertaining to Inphonic/update database regarding same/conference with trial team regarding same. [L100-L190][a104].<br>*Edited* | 0.2<br>0.2 | $125.00 | $25.00<br>$25.00 |
| 08/02/2006<br>1952054 | SJV | Communicate with Will Haselden of the FL OAG regarding FL AG's pending action against InPhonic. [L100-L110][a107].<br>*Edited* | 1.0<br>1.0 | $275.00 | $275.00<br>$275.00 |
| 08/02/2006<br>1952058 | SJV | Review/analyze file materials from FL OAG re: consumer complaints against InPhonic and Wirefly.com [L100-L110][a104].<br>*Edited* | 3.0<br>3.0 | $275.00 | $825.00<br>$825.00 |
| 08/02/2006<br>1914520 | JKM | Draft/revise Motion for Preservation of Documents for Feldman case. Research AZ law and Manual for Complex Litigation for applicable standard for document preservation requests and protective orders. Revised Motion to Scott Henry. [L300-L350][a103].<br>*Edited* | 1.4<br>1.4 | $125.00 | $175.00<br>$175.00 |
| 08/02/2006<br>1914529 | JKM | Draft/revise Motion for Preservation of Documents for Feldman. Reviewed J. Murguia orders and decisions re: document retention; reviewed Dist. Ariz. local rules. Downloaded Feldman complaint for file. Telephone call to Dist. Ariz. Clerk for Feldman judge assignment. [L300-L350][a103].<br>*Edited* | 2.4<br>2.4 | $125.00 | $300.00<br>$300.00 |
| 08/03/2006<br>1951804 | SWH | Draft/revise motion to consolidate Arizona actions in front of Judge Murguia. [L200-L250][a103].<br>*Edited* | 2.7<br>2.7 | $275.00 | $742.50<br>$742.50 |
| 08/03/2006<br>1951814 | SWH | Communicate (other outside counsel) several times with Sarina Hinson from The Garcia Law Firm regarding motion to consolidate and JMPL filings and pro hac vice motion for Feldman. [L100-L190][a107].<br>*Edited* | 1.2<br>1.2 | $275.00 | $330.00<br>$330.00 |
| 08/03/2006<br>1951825 | SWH | Draft/revise notice of related cases, appearances and required notices to be submtited to the Judicial Panel of Multidistrict Litigation for Feldman matter. [L200-L250][a103].<br>*Edited* | 2.3<br>2.3 | $275.00 | $632.50<br>$632.50 |
| 08/03/2006<br>1952064 | SJV | Review/analyze TX OAG's file materials re: consumer complaints against InPhonic and Wirefly.com. [L100-L110][a104].<br>*Edited* | 3.0<br>3.0 | $275.00 | $825.00<br>$825.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 08/04/2006<br>1952000 | SWH | Draft/revise two correspondences to John Grossbart for Continental and Mitchell Berger for InPhonic regarding Judge Pallmeyer's ruling regarding the scope of defendants' required Rule 26(a) disclosures. [L100-L190][a103]. | 1.7<br>1.7 | $275.00<br>*Edited* | $467.50<br>$467.50 |
| 08/04/2006<br>1952070 | SJV | Revise letter to counsel for InPhonic regarding Rule 26(a)(1) disclosures. [L300-L310][a103]. | 0.2<br>0.2 | $275.00<br>*Edited* | $55.00<br>$55.00 |
| 08/04/2006<br>1952071 | SJV | Revise letter to counsel for Continential regarding Rule 26(a0(1) diclosures. [L300-L310][a103]. | 0.2<br>0.2 | $275.00<br>*Edited* | $55.00<br>$55.00 |
| 08/04/2006<br>1914581 | JKM | Draft/revise Cover v. InPhonic motion for transfer and consolidation of Arizona cases. Research additional Arizona cases in support. To Scott Henry and Sarina Hinson, Arizona Plaintiff's counsel, for Review. [L400-L430][a103]. | 2.3<br>2.3 | $125.00<br>*Edited* | $287.50<br>$287.50 |
| 08/04/2006<br>1920719 | KLL | Review/analyze correspondence from Wisconsin Attorney General's office regarding records pertaining to Inphonic/update database regarding same. [L100-L190][a104]. | 0.2<br>0.2 | $125.00<br>*Edited* | $25.00<br>$25.00 |
| 08/04/2006<br>1921755 | KLL | Review/analyze Texas Attorny General's Reponse to FOIA request/update database regarding same/draft correspondence to SAH/SJV/SWH regarding same/receipt and reveiw of instructional response. [L100-L190][a104]. | 0.4<br>0.4 | $125.00<br>*Edited* | $50.00<br>$50.00 |
| 08/04/2006<br>1921801 | KLL | Receipt/review of correspondence from New Jersey Attorny General Office in connection with status of response to FOIA request/draft correspondence to trial team regarding same. [L100-L190][a108]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 08/04/2006<br>1924125 | KLL | Draft/revise correspondence to Florida Attorney General in connection with their response to FOIA request per instruction of SAH/update FOIA spreadsheet regarding same. [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 08/07/2006<br>1924440 | KLL | Review/analyze response from Illinois Attorney General's office regarding response to our FOIA request, review/analyze consumer complaints, update FOIA chart, create file folders regarding same, draft correspondence to trial team regarding same. [L100-L190][a104]. | 0.5<br>0.5 | $125.00<br>*Edited* | $62.50<br>$62.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 08/14/2006<br>1930649 | KLL | Receipt/review of correspondence from New Jersey Attorney General Office in connection with FOIA Request/Draft response to same/prepare responsive materials in connection with same. [L100-L190][a108]. | 0.2<br>0.2 | $125.00<br>*Edited* | $25.00<br>$25.00 |
| 08/14/2006<br>1930664 | KLL | Review/analyze Supplemental Response from Florida's Attorney General regarding FOIA request, update spreadsheet detailing same/draft correspondence to Scott Vold/Scott Henry/Steve Hart regarding same. [L100-L190][a104]. | 0.5<br>0.5 | $125.00<br>*Edited* | $62.50<br>$62.50 |
| 08/16/2006<br>1952169 | SWH | Draft/revise letters to counsel for Continental and InPhonic regarding defendants' failure to answer plaintiff's complaint. [L100-L190][a103]. | 1.2<br>1.2 | $275.00<br>*Edited* | $330.00<br>$330.00 |
| 08/21/2006<br>1937161 | KLL | Draft/revise correspondence to Michigan Attorney General in connection with files pertaining to Inphonic per instruction of Steve Hart/Scott Henry. [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 08/21/2006<br>1937162 | KLL | Draft/revise correspondence to New Jersey Office of Consumer Affairs in connection with files pertaining to Inphonic per instruction of Steve Hart/Scott Henry. [L100-L190][a103]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 08/22/2006<br>1937270 | KLL | Review/analyze New Jersey Consumer Affairs documents regarding Inphonic/draft correspondence to Steve Hart, Scott Vold and Scott Henry regarding contents of same. [L100-L190][a104]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 08/23/2006<br>1924129 | KLL | Telephone conferences with Christine Dingee of the Michigan Attorney General's Office regarding their response to our FOIA request for records relating to consumer complaints on InPhonic. [L100-L190][a108]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 09/05/2006<br>1982951 | SJV | Review/analyze Defendant, InPhonic's Rule 26(a) disclosures. [L300-L310][a104]. | 0.4<br>0.4 | $275.00<br>*Edited* | $110.00<br>$110.00 |
| 09/06/2006<br>1993091 | SWH | Review/analyze defendant InPhonic's Rule 26(a)(1) disclosures. [L300-L310][a104]. | 1.2<br>1.2 | $275.00<br>*Edited* | $330.00<br>$330.00 |
| 09/06/2006<br>1993093 | SWH | Review/analyze defendant Continental Promotions' Rule 26(a)(1) responses. [L300-L310][a104]. | 1.4<br>1.4 | $275.00<br>*Edited* | $385.00<br>$385.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 09/06/2006<br>1993094 | SWH | Draft/revise correspondence to counsel for InPhonic and Continental regarding sufficiency of Rule 26(a)(1) disclosures. [L300-L310][a103]. | 0.8<br>0.8 | $275.00<br>*Edited* | $220.00<br>$220.00 |
| 09/06/2006<br>1993102 | SWH | Review/analyze correspondence from counsel for Continental regarding plaintiff's Rule 26(a)(1) disclosures. [L300-L310][a104]. | 0.4<br>0.4 | $275.00<br>*Edited* | $110.00<br>$110.00 |
| 09/06/2006<br>1982959 | SJV | Draft/revise correspondence to Counsel for InPhonic regarding insufficiency of InPhonic's Rule 26(a) disclosures. [L300-L310][a103]. | 0.8<br>0.8 | $275.00<br>*Edited* | $220.00<br>$220.00 |
| 09/20/2006<br>1982966 | SJV | Review/analyze Defendant, Continental's Rule 26(a) disclosures and supporting document production. [L300-L310][a104]. | 1.5<br>1.5 | $275.00<br>*Edited* | $412.50<br>$412.50 |
| 09/20/2006<br>1967340 | MPM | Research recent decisions by the Judicial Panel on Multidistrict Litigation for arguments that the defendant's home forum is not necessarily the proper forum in a class action lawsuit with plaintiffs spread across the country. [E100-E106][a102]. | 1.8<br>1.8 | $275.00<br>*Edited* | $495.00<br>$495.00 |
| 09/20/2006<br>1967342 | MPM | Research federal case law regarding ease of discovery due to modern advances in travel and communication technology making defendant's home forum irrelevant for discovery purposes. [E100-E106][a102]. | 1.2<br>1.2 | $275.00<br>*Edited* | $330.00<br>$330.00 |
| 09/20/2006<br>1983208 | JXB | Review/analyze the recently filed complaint. [L100-L110][a104]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 09/21/2006<br>1982970 | SJV | Appear for/attend case status conference. [L200-L230][a109]. | 0.6<br>0.6 | $275.00<br>*Edited* | $165.00<br>$165.00 |
| 09/21/2006<br>1967343 | MPM | Research recent decisions by the Judicial Panel on Multidistrict Litigation concerning factors considered by the panel in determining a proper forum for consolidation of multi-district lawsuits. [E100-E106][a102]. | 1.3<br>1.3 | $275.00<br>*Edited* | $357.50<br>$357.50 |
| 09/21/2006<br>1967352 | MPM | Research federal case law and scholarly commentary concerning effect of modern technology on discovery procedures and forum selection in multidistrict cases. [E100-E106][a102]. | 2.2<br>2.2 | $275.00<br>*Edited* | $605.00<br>$605.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 09/21/2006<br>1967354 | MPM | Research recent case decisions by the Judicial Panel on Multidistrict Litigation concerning the weight given a defendant's home forum in determining a transferee forum in multidistrict litigation. [E100-E106][a102]. | 2.2<br>2.2 | $275.00<br>*Edited* | $605.00<br>$605.00 |
| 09/21/2006<br>1967355 | MPM | Draft/revise memorandum of law arguing against the selection of the District of the District of Columbia as the home forum for upcoming Class Action litigation. Memorandum prepared for upcoming hearing before Judicial Panel on Multidistrict Litigation. [L100-L120][a103]. | 1.6<br>1.6 | $275.00<br>*Edited* | $440.00<br>$440.00 |
| 09/22/2006<br>1967356 | MPM | Draft/revise memorandum of law arguing against the selection of the District of the District of Columbia as the home forum for upcoming Class Action litigation. Memorandum prepared for upcoming hearing before Judicial Panel on Multidistrict Litigation. [L100-L120][a103]. | 1.4<br>1.4 | $275.00<br>*Edited* | $385.00<br>$385.00 |
| 09/22/2006<br>1967357 | MPM | Draft/revise edited memorandum of law arguing against the selection of the District of the District of Columbia as the home forum for upcoming Class Action litigation. Memorandum prepared for upcoming hearing before Judicial Panel on Multidistrict Litigation. [L100-L120][a103]. | 0.8<br>0.8 | $275.00<br>*Edited* | $220.00<br>$220.00 |
| 09/26/2006<br>1989787 | SAH | Travel to LA for hearing on consolidation of class action [L100-L190][a111]. | 5.0<br>5.0 | $400.00<br>*Edited* | $2,000.00<br>$2,000.00 |
| 09/27/2006<br>1982929 | SJV | Travel to Santa Ana, CA to attend JPML hearing on transfer and consolidation. [L200-L230][a111]. | 6.0<br>6.0 | $275.00<br>*Edited* | $1,650.00<br>$1,650.00 |
| 09/28/2006<br>1989789 | SAH | Appear for/attend JPLM hearing to consolidate case [L200-L230][a109]. | 4.0<br>4.0 | $400.00<br>*Edited* | $1,600.00<br>$1,600.00 |
| 09/28/2006<br>1989790 | SAH | Travel back to chicago from JPLM hearing [L200-L230][a111]. | 6.0<br>6.0 | $400.00<br>*Edited* | $2,400.00<br>$2,400.00 |
| 09/28/2006<br>1982939 | SJV | Appear for/attend JPML hearing on transfer and consolidation to either US Dist. Court for DC or for AZ. [L200-L230][a109]. | 1.5<br>1.5 | $275.00<br>*Edited* | $412.50<br>$412.50 |
| 09/28/2006<br>1982945 | SJV | Travel from Santa Ana, CA to Chicago, IL following JPML hearing on transfer and consolidation. [L200-L230][a111]. | 6.0<br>6.0 | $275.00<br>*Edited* | $1,650.00<br>$1,650.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 10/04/2006 2012406 | JXB | Communicate (in firm) with S. Vold concerning background of this case and organization of file. [L100-L110][a105]. *Edited* | 0.3 0.3 | $125.00 | $37.50 $37.50 |
| 10/04/2006 2018414 | MPM | Review/analyze memorandum of law regarding the structure and decisions of the Judicial Panel for Multidistrict Litigation as part of researching the Panel's decisions in preparation for drafting our motion for appropriate venue. [L100-L120][a104]. *Edited* | 0.4 0.4 | $275.00 | $110.00 $110.00 |
| 10/05/2006 2012447 | JXB | Review/analyze attorney notes in this case before organizing within physical file and e-file. [L100-L110][a104]. *Edited* | 0.3 0.3 | $125.00 | $37.50 $37.50 |
| 10/09/2006 2023236 | MPM | Research InPhonic's financial statements and new articles announcing new marketing promotions and business plans. [E100-E106][a102]. *Edited* | 0.8 0.8 | $275.00 | $220.00 $220.00 |
| 10/09/2006 2023238 | MPM | Draft/revise memorandum re: InPhonic's financial statements and new articles announcing new marketing promotions and business plans. [L100-L120][a103]. *Edited* | 0.3 0.3 | $275.00 | $82.50 $82.50 |
| 10/09/2006 2024197 | JXB | Review/analyze case materials, including review of MNI Interview with David Steinberg of CEO Imphonic to understand background of case. [L100-L110][a104]. *Edited* | 1.7 1.7 | $125.00 | $212.50 $212.50 |
| 10/11/2006 2024488 | JXB | Plan and Prepare for correspondence to Massachusetts Attorney General and preparation of check request in order to obtain complaint information. [L100-L110][a101]. *Edited* | 0.5 0.5 | $125.00 | $62.50 $62.50 |
| 10/12/2006 2024969 | JXB | Draft/revise letter to Massachusetts Attorney General pertaining to FOIA request. [L100-L190][a103]. *Edited* | 0.6 0.6 | $125.00 | $75.00 $75.00 |
| 10/12/2006 2024981 | JXB | Plan and Prepare for organization of and review of file for previous FOIA requests and correspondence. [L100-L140][a101]. *Edited* | 0.7 0.7 | $125.00 | $87.50 $87.50 |
| 10/12/2006 2025157 | JXB | Plan and Prepare for scanning of Wirefly ads to disseminate to attorneys and file. [L100-L140][a101]. *Edited* | 0.3 0.3 | $125.00 | $37.50 $37.50 |
| 10/26/2006 2033322 | JXB | Review/analyze Inphonic complaints from MA Attorney General, updating document management system and files to reflect receipt of new documents, disseminated to attorneys for review. [L100-L110][a104]. *Edited* | 0.7 0.7 | $125.00 | $87.50 $87.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 10/30/2006<br>2033567 | JXB | Plan and Prepare for hearing in front of Judge Pallmeyer in Sutherland case by compiling previous motions, orders, etc. per S. Vold's request. [L100-L140][a101]. | 0.9<br>0.9 | $125.00<br>*Edited* | $112.50<br>$112.50 |
| 10/31/2006<br>2034724 | SWH | Appear for/attend court status conference. [L200-L230][a109]. | 1.2<br>1.2 | $275.00<br>*Edited* | $330.00<br>$330.00 |
| 11/01/2006<br>2060438 | JXB | Review/analyze pleadings and correspondence pertinent in the case, updating e-files to reflect newly received documents and compiled for future attorney usage. [L100-L140][a104]. | 1.3<br>1.3 | $125.00<br>*Edited* | $162.50<br>$162.50 |
| 11/03/2006<br>2060527 | JXB | Plan and Prepare for creation of index for file organization. [L100-L140][a101]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 11/10/2006<br>2072220 | SAH | Plan and Prepare for conference with co lead and develop plan for 26 conference [L100-L190][a101]. | 2.0<br>2.0 | $400.00<br>*Edited* | $800.00<br>$800.00 |
| 11/10/2006<br>2051426 | MPM | Research news articles regarding Washington D.C. Attorney General's multi-million dollar settlement with InPhonic, Inc. involving consumer fraud with the company's rebate policies. [L100-L110][a102]. | 0.6<br>0.6 | $275.00<br>*Edited* | $165.00<br>$165.00 |
| 11/10/2006<br>2067770 | JXB | Review/analyze previously sent FOIA requests to determine which need to be followed up on and or requested for the first time. [L100-L110][a104]. | 0.4<br>0.4 | $125.00<br>*Edited* | $50.00<br>$50.00 |
| 11/16/2006<br>2072276 | SAH | Plan and Prepare for and attend lead counsel meeting [L100-L190][a101]. | 2.4<br>2.4 | $400.00<br>*Edited* | $960.00<br>$960.00 |
| 11/21/2006<br>2070221 | JXB | Plan and Prepare for compilation of correspondence and pleadings in MDL case and organization within file for attorney use. [L100-L140][a101]. | 1.0<br>1.0 | $125.00<br>*Edited* | $125.00<br>$125.00 |
| 11/27/2006<br>2070437 | JXB | Plan and Prepare for updating of FOIA request per S. Vold's request. [L100-L110][a101]. | 1.0<br>1.0 | $125.00<br>*Edited* | $125.00<br>$125.00 |
| 12/01/2006<br>2098397 | SJV | Draft/revise Press Release relating to DC OAG suit, our pending suits, and InPhonic stock pricing. [L100-L120][a103]. | 1.0<br>1.0 | $275.00<br>*Edited* | $275.00<br>$275.00 |
| 12/01/2006<br>2098408 | SJV | Communicate (other outside counsel) with DC OAG re: case status, discovery and settlement conference, adn ongoing factual investigation. [L100-L120][a107]. | 0.3<br>0.3 | $275.00<br>*Edited* | $82.50<br>$82.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 12/01/2006<br>2098412 | SJV | Communicate (other outside counsel) with FL OAG re: case status, discovery and settlement conference, adn ongoing factual investigation. [L100-L120][a107]. | 0.3<br>0.3 | $275.00<br>*Edited* | $82.50<br>$82.50 |
| 12/04/2006<br>2101381 | JXB | Plan and Prepare for updating of client correspondence file and e-files and disseminating information to attorneys for review. [L100-L140][a101]. | 0.2<br>0.2 | $125.00<br>*Edited* | $25.00<br>$25.00 |
| 12/06/2006<br>2114066 | SAH | Communicate (other outside counsel) with Berger re arranging an meeting, send out emails to group and berger confirming [L100-L190][a107]. | 1.4<br>1.4 | $400.00<br>*Edited* | $560.00<br>$560.00 |
| 12/07/2006<br>2114115 | SAH | Plan and Prepare for meetin with InPhonic counsel. call DC AG, set agenda, draft pleadings/motions and further investigation [L100-L190][a101]. | 2.0<br>2.0 | $400.00<br>*Edited* | $800.00<br>$800.00 |
| 12/11/2006<br>2114330 | SAH | Plan and Prepare for meeting with plaintiff group, DC AG office and InPhonic counsel [L100-L190][a101]. | 1.4<br>1.4 | $400.00<br>*Edited* | $560.00<br>$560.00 |
| 12/11/2006<br>2112134 | SWH | Draft/revise comprehensive presentation binder for meeting with DC Attorney General and lead counsel for Inphonic. [L100-L190][A103]. | 3.5<br>3.5 | $275.00<br>*Edited* | $962.50<br>$962.50 |
| 12/11/2006<br>2098425 | SJV | Draft/revise materials for Plaintiffs' Lead Counsel strategy conference. [L100-L120][a103]. | 2.5<br>2.5 | $275.00<br>*Edited* | $687.50<br>$687.50 |
| 12/11/2006<br>2098432 | SJV | Draft/revise materials for Plaintiffs' Lead Counsel conference with InPhonic's counsel, Mitchell Berger, to discuss case status and upcoming discovery deadlines. [L100-L120][a103]. | 3.0<br>3.0 | $275.00<br>*Edited* | $825.00<br>$825.00 |
| 12/11/2006<br>2098439 | SJV | Draft/revise materials for Lead Counsel's conference with DC OAG to discuss status of DC suit against InPhonic, settlement strategy, and factual investigation into InPhonic business practices. [L100-L120][a103]. | 1.5<br>1.5 | $275.00<br>*Edited* | $412.50<br>$412.50 |
| 12/11/2006<br>2091866 | MPM | Communicate (in firm) with Scott Henry, Scott Vold, Kate Lloyd, and Jenna Bixby to update current litigation summary and company profile. [L100-L120][a105]. | 0.6<br>0.6 | $275.00<br>*Edited* | $165.00<br>$165.00 |
| 12/11/2006<br>2091867 | MPM | Communicate (in firm) with Scott Henry, Scott Vold, Kate Lloyd, and Jenna Bixby to update current litigation summary and company profile - update meeting later in the day. [L100-L120][a105]. | 0.3<br>0.3 | $275.00<br>*Edited* | $82.50<br>$82.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 12/11/2006<br>2091868 | MPM | Research InPhonic company financials on CAPITAL IQ for use in litigation update. [L100-L110][a102]. | 0.5<br>0.5 | $275.00<br>*Edited* | $137.50<br>$137.50 |
| 12/11/2006<br>2091869 | MPM | Research - Listened to InPhonic's 3Q earnings call for changes in rebate revenues and comments on settlement with Washingon D.C. attorney general. [L100-L110][a102]. | 1.5<br>1.5 | $275.00<br>*Edited* | $412.50<br>$412.50 |
| 12/11/2006<br>2091870 | MPM | Research news articles and financial reports on InPhonic, Inc. and Wirefly.com for updated litigation summary. [L100-L110][a102]. | 0.8<br>0.8 | $275.00<br>*Edited* | $220.00<br>$220.00 |
| 12/11/2006<br>2091871 | MPM | Research judicial/political history of Judge Ellen Huvelle for incorporation into updated litigation summary. [L100-L110][a102]. | 0.9<br>0.9 | $275.00<br>*Edited* | $247.50<br>$247.50 |
| 12/11/2006<br>2091872 | MPM | Research class certification decisions by Judge Ellen Huvelle for incorporation into updated litigation summary. [E100-E106][a102]. | 0.3<br>0.3 | $275.00<br>*Edited* | $82.50<br>$82.50 |
| 12/11/2006<br>2091873 | MPM | Research significant financial/legal dates in the history of InPhonic, Inc. and Wirefly.com for incorporation into timelien to be included in updated litigation summary. [L100-L110][a102]. | 0.7<br>0.7 | $275.00<br>*Edited* | $192.50<br>$192.50 |
| 12/11/2006<br>2100995 | KLL | Conference with Scott Henry, Scott Vold, Jena Bixby and Mitch Morinec in connection with supplemental materials to prepare for the meetings with Roddy and Climaco and meetings with Simon and Garcia. [L100-L190][a105]. | 1.5<br>1.5 | $125.00<br>*Edited* | $187.50<br>$187.50 |
| 12/11/2006<br>2101114 | KLL | Online research in connection with Inphonic's stock to date, create pictoral of same in connection with binders, draft correspondence to Mitch Morinac regarding same. [L100-L190][a102]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 12/11/2006<br>2101171 | KLL | Revise binder and CD coversheets in connection with upcoming conference. [L100-L190][a103]. | 0.2<br>0.2 | $125.00<br>*Edited* | $25.00<br>$25.00 |
| 12/11/2006<br>2108946 | JXB | Plan and Prepare for S. Hart's lead counsel meeting in Washington, D.C. by creation of lead counsel binder containing InPhonic and Continental companies background information, updated docket information and saving all to pdfs to be burned to cd for hyperlinking for attorney review. [L100-L190][a101]. | 10.0<br>10.0 | $125.00<br>*Edited* | $1,250.00<br>$1,250.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 12/12/2006<br>2114436 | SAH | Travel Washington DC for meeting with counsel for Inphonic. [L100-L190][a111]. | 5.0<br>5.0 | $400.00<br>*Edited* | $2,000.00<br>$2,000.00 |
| 12/12/2006<br>2098450 | SJV | Continue drafting and revising materials for Plaintiffs' Lead Counsel conferece to discuss case status, discovery strategy, amended complaint, and DC OAG suit. [L100-L120][a103]. | 3.0<br>3.0 | $275.00<br>*Edited* | $825.00<br>$825.00 |
| 12/12/2006<br>2091878 | MPM | Research InPhonic Inc. and Wirefly financial statements. [L100-L110][a102]. | 0.7<br>0.7 | $275.00<br>*Edited* | $192.50<br>$192.50 |
| 12/12/2006<br>2100998 | KLL | Telephone conferences with Daniel L. Weiker regarding NCC protocols in connection with Ingersol Rand taking over for Bill Hart's office. [L100-L190][a105]. | 9.0<br>9.0 | $125.00<br>*Edited* | $1,125.00<br>$1,125.00 |
| 12/12/2006<br>2108962 | JXB | Plan and Prepare for S. Hart's lead counsel meeting in Washington, D.C. by creation of lead counsel binder containing InPhonic and Continental companies background information, updated docket information. Hyperlinking of hundreds of documents four attorney review. [L100-L190][a101]. | 10.8<br>10.8 | $125.00<br>*Edited* | $1,350.00<br>$1,350.00 |
| 12/13/2006<br>2114437 | SAH | Plan and Prepare for meeting with DC AG office and meeting with InPhonic counsel [L100-L190][a101]. | 3.0<br>3.0 | $400.00<br>*Edited* | $1,200.00<br>$1,200.00 |
| 12/13/2006<br>2114438 | SAH | Appear for/attend meeting wtih DC AG [L100-L190][a109]. | 1.5<br>1.5 | $400.00<br>*Edited* | $600.00<br>$600.00 |
| 12/13/2006<br>2114439 | SAH | Appear for/attend meeting with lead counsel group for plaintiffs [L100-L190][a109]. | 1.5<br>1.5 | $400.00<br>*Edited* | $600.00<br>$600.00 |
| 12/13/2006<br>2114440 | SAH | Appear for/attend meeting with InPhonic counsel and after meeting with plaintiff lead counsel [L100-L190][a109]. | 2.5<br>2.5 | $400.00<br>*Edited* | $1,000.00<br>$1,000.00 |
| 12/13/2006<br>2114441 | SAH | Travel back to chicago from meeting in DC. [L100-L190][a111]. | 5.0<br>5.0 | $400.00<br>*Edited* | $2,000.00<br>$2,000.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 12/13/2006<br>2109025 | JXB | Plan and Prepare for follow up on delivery of cds for S. Hart's lead counsel meeting in Washington, DC. Worked with hotel, Federal Express and courier services to arrange for transport of cds from hotel to Patton Boggs offices for use at meeting. Arranged with courier services for pick-up of cds from Patton Boggs offices and delivery to Federal Express for safe shipping back to our offices. Communicated with attorneys to relay transport communications. [L100-L190][a101]. | 2.8<br>2.8 | $125.00<br>*Edited* | $350.00<br>$350.00 |
| 12/13/2006<br>2109051 | JXB | Review/analyze newly received response from Washington DC's Attorney General in repsonse to FOIA request, saved to appropriate databases and disseminated to attorneys. [L100-L140][a104]. | 0.3<br>0.3 | $125.00<br>*Edited* | $37.50<br>$37.50 |
| 12/18/2006<br>2098454 | SJV | Plan and Prepare for Law Committe meeting re: Consolidated Amended Complaint, bifurcation of discovery, and impact of DC OAG suit on proposed national class. [L100-L120][a101]. | 1.1<br>1.1 | $275.00<br>*Edited* | $302.50<br>$302.50 |
| 12/18/2006<br>2109170 | JXB | Plan and Prepare for correspondence to the New York Attorney General for FOIL records, enclosing requested check. Saved correspondence to appropriate databases and file and forwarded to attorneys. [L100-L190][a101]. | 0.9<br>0.9 | $125.00<br>*Edited* | $112.50<br>$112.50 |
| 12/19/2006<br>2098462 | SJV | Appear for/attend Law Committe meeting re: Consolidated Amended Complaint, bifurcation of discovery, and impact of DC OAG suit on proposed national class. [L100-L120][a109]. | 0.8<br>0.8 | $275.00<br>*Edited* | $220.00<br>$220.00 |
| 12/19/2006<br>2098467 | SJV | Communicate co-Lead Counsel, Kevin Roddy, re: Consolidated Amended Complaint and impact of DC OAG suit. [L100-L120][a107]. | 0.3<br>0.3 | $275.00<br>*Edited* | $82.50<br>$82.50 |
| 12/19/2006<br>2098471 | SJV | Draft/revise memorandum summarizing 12/19 Law Committee meeting action items and discussion. [L100-L120][a103]. | 0.6<br>0.6 | $275.00<br>*Edited* | $165.00<br>$165.00 |
| 12/20/2006<br>2101987 | JXB | Plan and Prepare for correspondence to the New York Attorney General's office enclosing payment for FOIL materials, saved to e-files, hard copy files and disseminated to attorneys. [L100-L110][a101]. | 0.5<br>0.5 | $125.00<br>*Edited* | $62.50<br>$62.50 |
| 12/24/2006<br>2108127 | KLL | Draft/revise correspondence to counsel in connection with conference call to schedule discussion on InPhonic-Berger letter reaction [L100-L190][a103]. | 0.1<br>0.1 | $125.00<br>*Edited* | $12.50<br>$12.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 12/27/2006<br>2114698 | SAH | Appear for/attend conference with lead counsel to address outstanding issues [L100-L190][a109]. | 1.5<br>1.5 | $400.00<br>*Edited* | $600.00<br>$600.00 |
| 12/27/2006<br>2098477 | SJV | Appear for/attend Lead Counsel meeting re: strategy for dealing with impact of DC OAG suit and InPhonic's attempts to obviate national class action. [L100-L120][a109]. | 0.5<br>0.5 | $275.00<br>*Edited* | $137.50<br>$137.50 |
| 12/27/2006<br>2107972 | JXB | Review/analyze newly received New York Attorney General consumer complaints, updated files with information and disseminated to responsible attorneys. [L100-L140][a104]. | 0.7<br>0.7 | $125.00<br>*Edited* | $87.50<br>$87.50 |
| 01/02/2007<br>2161156 | SAH | Draft/revise letter to Berger re national class settlement suggestion through deal with DCAG [L100-L190][a103]. | 0.6<br>0.6 | $400.00<br>*Edited* | $240.00<br>$240.00 |
| 01/03/2007<br>2152423 | JXB | Plan and Prepare for updating of pleadings and correspondence e-file and hard copy files based upon recently received pleadings and disseminating to attorneys newly received documents. [L100-L140][a101]. | 0.5<br>0.5 | $125.00<br>*Edited* | $62.50<br>$62.50 |
| 01/04/2007<br>2161995 | SAH | Review/analyze our proposed CMO [L100-L190][a104]. | 0.6<br>0.6 | $400.00<br>*Edited* | $240.00<br>$240.00 |
| 01/11/2007<br>2162077 | SAH | Travel to DC for meeting with plaintiff executive group in preparation for court mandated meeting with InPhonic [L200-L230][a111]. | 5.0<br>5.0 | $400.00<br>*Edited* | $2,000.00<br>$2,000.00 |
| 01/11/2007<br>2162078 | SAH | Appear for/attend lead counsel meeting in prep for court mandated conference with defense counsel [L100-L190][a109]. | 2.0<br>2.0 | $400.00<br>*Edited* | $800.00<br>$800.00 |
| 01/11/2007<br>2162079 | SAH | Appear for/attend mandatory conference with defense counsel [L200-L230][a109]. | 1.0<br>1.0 | $400.00<br>*Edited* | $400.00<br>$400.00 |
| 01/11/2007<br>2162080 | SAH | Appear for/attend plaintiff executive counsel meeting [L100-L190][a109]. | 2.0<br>2.0 | $400.00<br>*Edited* | $800.00<br>$800.00 |
| 01/11/2007<br>2162081 | SAH | Travel back to chicago from mandatory conference with defenese counsel in DC [L200-L230][a111]. | 5.0<br>5.0 | $400.00<br>*Edited* | $2,000.00<br>$2,000.00 |
| 01/15/2007<br>2162115 | SAH | Draft/revise joint prosectution agreement, committees, chairman of committees, draft scheduling order and send to all plaintiff counsel [L100-L190][a103]. | 2.5<br>2.5 | $400.00<br>*Edited* | $1,000.00<br>$1,000.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 01/15/2007<br>2154059 | SWH | Draft/revise join prosecution agreement for execution by prosecution group and correspondence to all members re same. [L100-L190][a103].<br>*Edited* | 2.2<br>2.2 | $275.00 | $605.00<br>$605.00 |
| 01/15/2007<br>2154064 | SWH | Draft/revise proposed scheduling order to be included in intial case management submission to Judge Huvelle. [L100-L190][a103].<br>*Edited* | 1.2<br>1.2 | $275.00 | $330.00<br>$330.00 |
| 01/15/2007<br>2154074 | SWH | Draft/revise spreadsheet of all pending cases and corresponding causes of action to be used by law committe in drafting consolidated amended complaint. [L100-L190][a103].<br>*Edited* | 2.5<br>2.5 | $275.00 | $687.50<br>$687.50 |
| 01/15/2007<br>2120066 | SJV | Review/analyze InPhonic's proposed scheduling order and court-mandated position paper on nature and extent of certification and merits discovery. [L200-L250][a104].<br>*Edited* | 1.5<br>1.5 | $275.00 | $412.50<br>$412.50 |
| 01/15/2007<br>2151691 | JXB | Plan and Prepare for distribution of Plaintiff Steering Committee materials through research of e-mail addresses of all members, creation of e-distribution lists, dissemination of contact lists for sub-committees to responsible attorneys, loading of complaints for each jurisdiction to ftp website for shared use among PSC members, creation of chart detailing all FOIA requests and responses throughout the U.S. and compilation of those materials for dissemination to PSC. [L100-L190][a101].<br>*Edited* | 6.8<br>6.8 | $125.00 | $850.00<br>$850.00 |
| 01/16/2007<br>2121026 | SJV | Draft/revise matrices outlining causes of actions and class definitions in every action filed In re InPhonic litigation in preparation for drafting Consolidated Class Complaint. [L200-L210][a103].<br>*Edited* | 0.9<br>0.9 | $275.00 | $247.50<br>$247.50 |
| 01/16/2007<br>2121048 | SJV | Review/analyze Joint Case Management Report. [L200-L250][a104].<br>*Edited* | 1.4<br>1.4 | $275.00 | $385.00<br>$385.00 |
| 01/16/2007<br>2121050 | SJV | Review/analyze Defendants' Proposed Scheduling Order. [L200-L250][a104].<br>*Edited* | 0.2<br>0.2 | $275.00 | $55.00<br>$55.00 |
| 01/16/2007<br>2151703 | JXB | Draft/revise PSC e-distribution lists, uploading of complaints from across the U.S. to the ftp website for testing for future downloading by PSC members, and revisions to Causes of Action chart to be shared with co-counsel, based upon attorney suggestions/editing. [L100-L190][a103].<br>*Edited* | 2.5<br>2.5 | $125.00 | $312.50<br>$312.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 01/17/2007<br>2162148 | SAH | Draft/revise continue drafting chart for cause of action summary, JPA, scheduling order, proposed order to appoint co lead counsel [L100-L190][a103].<br>*Edited* | 2.0<br>2.0 | $400.00 | $800.00<br>$800.00 |
| 01/17/2007<br>2154168 | SWH | Communicate (other outside counsel) with Stephen Garcia and Robert Boatman about committee assignments. [L100-L190][a107].<br>*Edited* | 0.7<br>0.7 | $275.00 | $192.50<br>$192.50 |
| 01/18/2007<br>2124399 | MPM | Research news articles and court dockets regarding newly filed InPhonic rebate suit in federal court in Alabama. [L100-L110][a102].<br>*Edited* | 0.4<br>0.4 | $275.00 | $110.00<br>$110.00 |
| 01/18/2007<br>2152521 | JXB | Draft/revise all InPhonic e-distribution lists through research into correct e-mail addresses of co-counsel members, disseminated lists to attorneys and resent documents to co-counsel. [L100-L190][a103].<br>*Edited* | 1.3<br>1.3 | $125.00 | $162.50<br>$162.50 |
| 01/19/2007<br>2154315 | SWH | Draft/revise correspondence to Mitchell Berger regarding Exhibits A and D to joint submission to Judge Huvelle. [L100-L190][a103].<br>*Edited* | 1.2<br>1.2 | $275.00 | $330.00<br>$330.00 |
| 01/19/2007<br>2152528 | JXB | Continued revisions of e-distribution lists and dissemination to involved attorneys. [L100-L190][a103].<br>*Edited* | 1.8<br>1.8 | $125.00 | $225.00<br>$225.00 |
| 01/22/2007<br>2162188 | SAH | Review/analyze FOIA request to DCAG office and advise group on plan. [L100-L110][a104].<br>*Edited* | 0.5<br>0.5 | $400.00 | $200.00<br>$200.00 |
| 01/22/2007<br>2126670 | JXB | Review/analyze correspondence from DC Attorney General's office with respect to FOIA request, disseminated to attorneys and file to hard copy files and e-files. [L100-L140][a104].<br>*Edited* | 0.2<br>0.2 | $125.00 | $25.00<br>$25.00 |
| 01/23/2007<br>2162205 | SAH | Review/analyze entire file for status of case, ID, trial date and strategy [L100-L190][a106].<br>*Edited* | 1.0<br>1.0 | $400.00 | $400.00<br>$400.00 |
| 01/23/2007<br>2127397 | SJV | Review/analyze 6th notice of related claim and Vincent v. InPhonic Complaint, pending in NDAL. [L200-L210][a104].<br>*Edited* | 0.4<br>0.4 | $275.00 | $110.00<br>$110.00 |
| 01/24/2007<br>2129165 | SJV | Appear for/attend Lead Counsel conference in development of strategy for initial case management conference, discovery, and possible DC OAG action settlement. [L100-L120][a109].<br>*Edited* | 0.7<br>0.7 | $275.00 | $192.50<br>$192.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 01/24/2007<br>2129166 | SJV | Gather materials and draft memorandum for lead counsel regarding strategy for dealing with possible DC OAG action settlement for use at initial case management conference. [L200-L250][a103]. | 4.3<br>4.3 | $275.00<br>*Edited* | $1,182.50<br>$1,182.50 |
| 01/24/2007<br>2152542 | JXB | Review/analyze e-files and hard copy files for correspondence between co-PSC members, opposing side's proposed scheduling order and other pleadings in preparation of InPhonic hearing in D.C., per attorney request. [L100-L140][a104]. | 1.9<br>1.9 | $125.00<br>*Edited* | $237.50<br>$237.50 |
| 01/25/2007<br>2152549 | JXB | Research websites to find news of settlement between InPhonic and DC AG, per attorney request and in preparation of hearing in D.C. [L100-L110][a102]. | 1.0<br>1.0 | $125.00<br>*Edited* | $125.00<br>$125.00 |
| 01/25/2007<br>2152552 | JXB | Draft/revise FOIA chart: state by state comparison of responses, requests and complaints filed, in preparation of hearing in D.C. [L100-L110][a103]. | 3.2<br>3.2 | $125.00<br>*Edited* | $400.00<br>$400.00 |
| 01/26/2007<br>2162234 | SAH | Travel to DC for Court mandated initial scheduling hearing [L200-L230][a111]. | 5.0<br>5.0 | $400.00<br>*Edited* | $2,000.00<br>$2,000.00 |
| 01/26/2007<br>2162235 | SAH | Plan and Prepare for Court mandated initial scheduling hearing [L200-L230][a101]. | 2.5<br>2.5 | $400.00<br>*Edited* | $1,000.00<br>$1,000.00 |
| 01/26/2007<br>2162236 | SAH | Appear for/attend Court mandated initial scheduling hearing [L200-L230][a109]. | 1.7<br>1.7 | $400.00<br>*Edited* | $680.00<br>$680.00 |
| 01/26/2007<br>2162237 | SAH | Travel back to chicago from Court mandated initial scheduling hearing [L200-L230][a111]. | 5.0<br>5.0 | $400.00<br>*Edited* | $2,000.00<br>$2,000.00 |
| 01/31/2007<br>2161131 | SAH | Plan and Prepare for conference on consolidated complaint, AG strategy, RICO claims, court order [L100-L190][a101]. | 1.3<br>1.3 | $400.00<br>*Edited* | $520.00<br>$520.00 |
| 01/31/2007<br>2161132 | SAH | Appear for/attend Conference with lead counsel on Consolidated master complaint and other issues [L100-L190][a109]. | 0.7<br>0.7 | $400.00<br>*Edited* | $280.00<br>$280.00 |
| 01/31/2007<br>2161133 | SAH | Review/analyze file for 26a1 disclosures to circulate info to counsel for complaint allegations [L100-L190][a104]. | 0.6<br>0.6 | $400.00<br>*Edited* | $240.00<br>$240.00 |
| 01/31/2007<br>2161134 | SAH | Draft/revise Correspondence to all counsel providing info on InPhonic 26a1 disclosures [L100-L190][a103]. | 0.3<br>0.3 | $400.00<br>*Edited* | $120.00<br>$120.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 01/31/2007<br>2149565 | JXB | Reviewed contact lists for InPhonic co-counsel to verify accuracy of e-mail addresses in order to send Continental's Rule 26(a) Disclosures. Forwarded corrected contact lists to attorneys for future use. [L100-L140][a104]. | 0.2<br>0.2 | $125.00<br>*Edited* | $25.00<br>$25.00 |
| 02/01/2007<br>2140049 | SJV | Communicate with co-counsel on law committee, Jennifer Gardner of Climaco firm, regarding choice of law issues and causes of action. [L200-L210][a107]. | 0.2<br>0.2 | $275.00<br>*Edited* | $55.00<br>$55.00 |
| 02/01/2007<br>2158959 | MPM | Research Illinois case law re: compelling the production of the names and contact info of potential class members from class action defendant. [E100-E106][a102]. | 2.2<br>2.2 | $275.00<br>*Edited* | $605.00<br>$605.00 |
| 02/06/2007<br>2159212 | SJV | Review/analyze correspondence with Mitch Berger in the Sutherland case, InPhonic's and Continental's Rule 26(a) disclosures, a press conference that InPhonic's CEO gave to MN1, InPhonic's own sales literature, in order to determine time-line of InPhonic's business relationships with Continential and Helgeson in preparation for drafting Consolidated Class Complaint. [L200-L210][a104]. | 1.7<br>1.7 | $275.00<br>*Edited* | $467.50<br>$467.50 |
| 02/07/2007<br>2168131 | SJV | Research choice of law analysis of DDC, generally, and Judge Huvelle, in preparation for drafting memo regarding Choice of Law for law committee and JPG. [L200-L210][a102]. | 2.8<br>2.8 | $275.00<br>*Edited* | $770.00<br>$770.00 |
| 02/07/2007<br>2168132 | SJV | Research application of civil RICO statute in DDC, genearlly, and by Judge Huevelle, in preparation for drafting Choice of Law memo for Law Committee and JPG, and in preparation for revision of Consolidated Class Complaint. [L200-L210][a102]. | 1.5<br>1.5 | $275.00<br>*Edited* | $412.50<br>$412.50 |
| 02/12/2007<br>2203219 | SAH | Review/analyze and revise specific allegations of master amended complaint to incorporate fact specific allegations on rebate details. [L200-L210][a104]. | 0.7<br>0.7 | $400.00<br>*Edited* | $280.00<br>$280.00 |
| 02/12/2007<br>2203220 | SAH | Review/analyze and approve draft protective order before tendering it to defense counsel [L200-L250][a104]. | 0.7<br>0.7 | $400.00<br>*Edited* | $280.00<br>$280.00 |
| 02/12/2007<br>2163415 | MPM | Communicate (other external) - Conversation with law committee member Jennifer Gardner regarding division of labor for Conflict of Laws research issues. [L100-L120][a108]. | 0.4<br>0.4 | $275.00<br>*Edited* | $110.00<br>$110.00 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 02/12/2007<br>2163416 | MPM | Research District of Columbia case law regarding "Choice of Law" analysis. [L100-L120][a102]. | 2.3<br>2.3 | $275.00<br>*Edited* | $632.50<br>$632.50 |
| 02/13/2007<br>2164557 | MPM | Communicate (other external) with Jennifer Garner of Law Committee and devised plan for researching and drafting Choice of Law memorandum. [L100-L120][a108]. | 0.3<br>0.3 | $275.00<br>*Edited* | $82.50<br>$82.50 |
| 02/13/2007<br>2164559 | MPM | Review/analyze consumer fraud laws from Montana through Wyoming and drafted summary of same. [L100-L120][a104]. | 1.8<br>1.8 | $275.00<br>*Edited* | $495.00<br>$495.00 |
| 02/14/2007<br>2168179 | MPM | Research consumer protection law of 50-states in preparation for drafting Choice of Law Memorandum. [L100-L120][a102]. | 2.1<br>2.1 | $275.00<br>*Edited* | $577.50<br>$577.50 |
| 02/14/2007<br>2168180 | MPM | Research the District of Columbia's Consumer Protection Procedures Act and associated case law in preparation for drafting Choice of Law Memorandum. [E100-E106][a102]. | 1.3<br>1.3 | $275.00<br>*Edited* | $357.50<br>$357.50 |
| 02/15/2007<br>2174841 | MPM | Research research choice of law analysis from D.C. Circuit court and Rule 23 commonality and typicality requirements. [E100-E106][a102]. | 1.4<br>1.4 | $275.00<br>*Edited* | $385.00<br>$385.00 |
| 02/15/2007<br>2174844 | MPM | Review/analyze choice of law case law and confer with Scott Vold regarding litigation strategy. [L100-L120][a104]. | 0.6<br>0.6 | $275.00<br>*Edited* | $165.00<br>$165.00 |
| 02/15/2007<br>2174847 | MPM | Draft/revise memorandum of law regarding choice of law under Judge Huvelle's analysis as well as Rule 23 commonality and typicality requirement. [L100-L120][a103]. | 1.6<br>1.6 | $275.00<br>*Edited* | $440.00<br>$440.00 |
| 02/16/2007<br>2177957 | WFM | Review/analyze file status; review consent decree in Attorney General Action in Washington, D.C.; strategy conference with Henry. [L100-L120][a104]. | 2.0<br>2.0 | $400.00<br>*Edited* | $800.00<br>$800.00 |
| 02/16/2007<br>2203257 | SAH | Review/analyze DCAG order of settlement, reivew each section and analyze impact on great class claim. [L100-L190][a104]. | 0.5<br>0.5 | $400.00<br>*Edited* | $200.00<br>$200.00 |
| 02/16/2007<br>2195859 | SWH | Draft/revise correspondence to lead counsel Kevin Roddy's office including the completed questionnaire and supporting documents for our clients Ryan Sutherland and Jonathan Feldman. [L100-L190][a103]. | 2.5<br>2.5 | $275.00<br>*Edited* | $687.50<br>$687.50 |

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

## Fees

| Date<br>Record # | ID | Description | Orig Hrs<br>Bill Hrs | Hrly Rate | Orig Amt<br>Bill Amt |
|---|---|---|---|---|---|
| 02/16/2007<br>2195869 | SWH | Review/analyze draft choice of law brief to be provided ot co-lead counsel Kevin Roddy's office in preparation for drafting amended consolidated complaint. [L100-L120][a104].<br>*Edited* | 1.4<br>1.4 | $275.00 | $385.00<br>$385.00 |
| 02/16/2007<br>2168049 | SJV | Review/analyze review consent order and attachment in re: DCAG suit [L200-L250][a104].<br>*Edited* | 1.1<br>1.1 | $275.00 | $302.50<br>$302.50 |
| 02/16/2007<br>2168144 | MPM | Research D.C. Consumer Protection Procedures Act and analyzed treble and punitive damages sections for inclusion in Choice of Law Memorandum. [E100-E106][a102].<br>*Edited* | 0.7<br>0.7 | $275.00 | $192.50<br>$192.50 |
| 02/16/2007<br>2168145 | MPM | Draft/revise first draft of Choice of Law Memorandum. [L100-L120][a103].<br>*Edited* | 1.3<br>1.3 | $275.00 | $357.50<br>$357.50 |
| 02/16/2007<br>2168146 | MPM | Communicate (client) with client Ryan Sutherland regarding information for filling out settlement questionaire. [L100-L110][a106].<br>*Edited* | 0.6<br>0.6 | $275.00 | $165.00<br>$165.00 |
| 02/16/2007<br>2168147 | MPM | Draft/revise Ryan Sutherland settlement questionaire. [L100-L190][a103].<br>*Edited* | 0.4<br>0.4 | $275.00 | $110.00<br>$110.00 |
| 02/16/2007<br>2168148 | MPM | Research consumerprotection statutes for Arizona, Minnesota, and Delaware. [E100-E106][a102].<br>*Edited* | 1.2<br>1.2 | $275.00 | $330.00<br>$330.00 |
| 02/16/2007<br>2168149 | MPM | Review/analyze case file and pleadings in preparation for drafting Choice of Law Memorandum. [L100-L110][a104].<br>*Edited* | 0.7<br>0.7 | $275.00 | $192.50<br>$192.50 |
| 02/16/2007<br>2168150 | MPM | Research law regarding where an online transaction "occurs" for legal purposes for inclusion in analysis in Choice of Law Memorandum. [E100-E106][a102].<br>*Edited* | 1.4<br>1.4 | $275.00 | $385.00<br>$385.00 |
| 02/16/2007<br>2168151 | MPM | Research Rule 23(a) "commonality" decisions on consumer class action lawsuits in preparation for class certification argument and for inclusion in Choice of Law Memorandum. [E100-E106][a102].<br>*Edited* | 1.2<br>1.2 | $275.00 | $330.00<br>$330.00 |
| 02/16/2007<br>2168152 | MPM | Research rule 23(b) "predominance" issue for upcoming class certification motion and for inclusion in Choice of Law Memorandum. [E100-E106][a102].<br>*Edited* | 0.8<br>0.8 | $275.00 | $220.00<br>$220.00 |

For Invoice Date: 08/07/2009
Page #: 40

004305 000101 Ryan Sutherland
Matter Name: Ryan Sutherland v. Inphonic, et al.

**Fees**

| Date / Record # | ID | Description | Orig Hrs / Bill Hrs | Hrly Rate | Orig Amt / Bill Amt |
|---|---|---|---|---|---|
| 02/16/2007 2168153 | MPM | Review/analyze Washington D.C. "Consent Order" and "Agreement Between InPhonic and Rust" in preparation for drafting Choice of Law Memorandum. [L100-L110][a104]. | 0.6 0.6 | $275.00 *Edited* | $165.00 $165.00 |
| 02/16/2007 2168154 | MPM | Draft/revise and edit first draft of Choice of Law Memorandum. [L100-L120][a103]. | 0.6 0.6 | $275.00 *Edited* | $165.00 $165.00 |
| 02/17/2007 2168138 | MPM | Review/analyze Washington D.C. "Consent Order" and "Agreement Between InPhonic and Rust" regarding settlement with D.C. Attorney General. [L100-L120][a104]. | 1.3 1.3 | $275.00 *Edited* | $357.50 $357.50 |
| 02/17/2007 2168139 | MPM | Draft/revise "Rule 23(a) Commonality" section of Choice of Law Memorandum. [L100-L120][a103]. | 0.9 0.9 | $275.00 *Edited* | $247.50 $247.50 |
| 02/17/2007 2168140 | MPM | Draft/revise "Rule 23(b) Predominance" section of Choice of Law Memorandum. [L100-L120][a103]. | 1.4 1.4 | $275.00 *Edited* | $385.00 $385.00 |
| 02/17/2007 2168141 | MPM | Draft/revise analysis of InPhonic's claim that its recent settlement with the D.C. Attorney General is a superior method of adjudication rather than class action (part of Choice of Law Memorandum). [L100-L120][a103]. | 1.2 1.2 | $275.00 *Edited* | $330.00 $330.00 |
| 02/17/2007 2168142 | MPM | Review/analyze and edit Choice of Law Memorandum in its entirety. [L100-L120][a104]. | 1.3 1.3 | $275.00 *Edited* | $357.50 $357.50 |
| 02/17/2007 2168172 | MPM | Draft/revise and perform final editing on 15-page Choice of Law Memorandum. [L100-L120][a103]. | 0.8 0.8 | $275.00 *Edited* | $220.00 $220.00 |
| 02/17/2007 2168176 | SJV | Revise Choice of Law memorandum to be used in preparation for drafting of Consolidated Class Complaint. [L200-L210][a103]. | 2.0 2.0 | $275.00 *Edited* | $550.00 $550.00 |
| 02/23/2007 2196519 | SWH | Draft/revise undisclosed material conditions section of the consolidated amended complaint. [L200-L210][a103]. | 2.3 2.3 | $275.00 *Edited* | $632.50 $632.50 |
| 02/26/2007 2182301 | MPM | Review/analyze news coverage of InPhonic settlement with Attorney General of Washington D.C. [L100-L110][a104]. | 0.4 0.4 | $275.00 *Edited* | $110.00 $110.00 |
| 02/27/2007 2182337 | MPM | Review/analyze financial news sites for information on InPhonic and the impact potential class action suits on the company's financials. [L100-L110][a104]. | 0.4 0.4 | $275.00 *Edited* | $110.00 $110.00 |