CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

Inphonics

September 30, 2009

Matter: 16526.001
Invoice No.: 227455

Re: Class Action-Contingency

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2009

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 03/08/06 | Meeting with JRC; received directions; case review; research. | KTV | 3.50 |
| 03/08/06 | Directives to KTV and PWL regarding issues to research for complaint. | JRC | 2.00 |
| 03/08/06 | Meeting with JRC and KTV; received directions for research. | PWL | 2.00 |
| 03/09/06 | Complaint work; research. | KTV | 2.50 |
| 03/10/06 | Participate in conference call with KTV and David Meyer's office on new class action and complaint drafting. | JPF | 0.80 |
| 03/10/06 | Research. | KTV | 2.00 |
| 03/14/06 | Research on D.C. consumer protection laws; telephone conference with KTV. | PWL | 3.00 |
| 03/14/06 | Telephone conference with PWL. | KTV | 0.50 |
| 03/20/06 | Emails and telephone conferences with Shelly Coffman; review and revisions to class action complaint; D.C. Consumer Law review of D.C. local rules regarding filing complaints; attention to finalizing and filing complaint; telephone conference with KTV. | PWL | 4.50 |
| 03/20/06 | Work on complaint edits, etc. | JAP | 1.50 |

EXHIBIT
tabbies
D- Part 1

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

September 30, 2009
Page 2

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 03/20/06 | Format, edit, print, copy and prepare documents for filing; prepare coversheet for civil filing and summons, etc.; request filing fee checks; arrange courier service for filing; telephone calls; prepare Federal Express package; advise team. | GAB | 2.50 |
| 03/20/06 | Telephone conference regarding research with PWL. | KTV | 0.50 |
| 03/20/06 | Review and edits to complaint. | JRC | 1.00 |
| 03/22/06 | Telephone conference with KTV regarding filing of class action complaint; research of some additional issues. | PWL | 3.00 |
| 03/22/06 | Telephone update with PWL regarding filing of class action. | KTV | 0.30 |
| 03/23/06 | Verify filing with Judge Huvelle and pass case number information to team; follow-up calls. | GAB | 0.80 |
| 03/23/06 | Correspond with JRC and KTV regarding judge assignments. | JPF | 0.30 |
| 03/23/06 | Exchange emails with KTV and JPF regarding case. | JRC | 0.30 |
| 03/23/06 | Review and respond to email from JPF regarding judge assignments. | KTV | 0.30 |
| 03/24/06 | Case overview; assignment; call with co-counsel. | KTV | 1.00 |
| 03/27/06 | Calls to court; discussion with KTV; research registered agent. | GAB | 1.00 |
| 03/27/06 | Telephone conference with GAB. | KTV | 0.30 |
| 03/28/06 | Call to clerk regarding registered agent issue; clerk advised to serve them; prepare enclosure letter with complaint and summons; send via certified mail for service. | GAB | 1.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 04/11/06 | Sent defense counsel information to Shelly Coffman; pull complaint and copy for PWL; copy and download memorandum. | GAB | 0.80 |
| 04/11/06 | Telephone conference with KTV regarding case summary memo; telephone conference with Shelly Coffman regarding case summary memo; review emails regarding case summary memo. | PWL | 0.50 |
| 04/11/06 | Prepare for meeting with defense counsel; confer with PWL. | KTV | 2.00 |
| 04/12/06 | Prepare for counsel meeting; meeting held; analysis work on meeting; telephone conversation with JRC and co-counsel on same. | KTV | 5.00 |
| 04/12/06 | Telephone conference with KTV and co-counsel regarding meeting. | JRC | 0.50 |
| 04/17/06 | Review correspondence from co-counsel. | JPF | 0.50 |
| 04/20/06 | Pull file to forward information to JRC per his instructions. | GAB | 0.30 |
| 04/20/06 | Meet with GAB and gave directives. | JRC | 0.30 |
| 04/24/06 | Strategy calls with co-counsel. | KTV | 0.50 |
| 05/01/06 | Preparation for call with defendant's counsel; call held; post call analysis; arbitration issues. | KTV | 1.50 |
| 05/02/06 | Research issues regarding arbitration and issues related to any arbitration agreement; telephone conversation with defendant's counsel. | KTV | 2.00 |
| 05/03/06 | Edits to letter to defendants; calls with co-counsel regarding strategy. | KTV | 0.50 |
| 05/17/06 | Strategy call with JRC; telephone conversation with David Meyer on same. | KTV | 0.80 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 05/17/06 | Discuss case strategy with KTV. | JRC | 0.30 |
| 05/18/06 | Call with JRC regarding strategy; meeting with defendant's counsel. | KTV | 0.50 |
| 05/18/06 | Strategic update and directives to KTV. | JRC | 0.50 |
| 05/30/06 | Docket check for defendant's response to complaint not filed yet. | GAB | 0.30 |
| 06/13/06 | Received activity in case from JAP; forward to KTV and PWL; print to file. | GAB | 0.25 |
| 06/14/06 | Voicemails for and conferences with Kevin Roddy. | KTV | 0.30 |
| 06/16/06 | Telephone calls and email exchanges with our team and Chris Hellmich. | JRC | 1.00 |
| 06/19/06 | Strategy work with co-counsel; prepare for meeting. | KTV | 1.00 |
| 06/20/06 | Prepare for and attend conference call with KTV, David Meyer and Kevin Roddy, etc. | JRC | 1.50 |
| 06/20/06 | Prepare for meeting with attorney general; meeting held; meeting with Steve Brick; call with JRC regarding meeting. | KTV | 2.00 |
| 06/21/06 | Prepare for conference call with co-counsel; call held; call with JRC on same. | KTV | 1.30 |
| 06/21/06 | Conference call; case update from KTV via telephone. | JRC | 1.00 |
| 07/10/06 | Strategy calls with co-counsel regarding MDL and case management conference. | KTV | 1.00 |
| 07/12/06 | Draft and edit declaration; research local civil rules {LCvR83.2(d)} for JRC. | GAB | 2.50 |
| 07/12/06 | Review of defendant's filings regarding case | KTV | 0.50 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042



| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | regarding setting undetermined pretrial dates. | | |
| 07/12/06 | Office meeting with JRC to receive directives. | GAB | 0.30 |
| 07/12/06 | Meet with GAB and gave assignment. | JRC | 0.30 |
| 07/13/06 | Multiple activities; print and foward to KTV. | GAB | 0.50 |
| 07/13/06 | Work on co-counsel pro hac issues; work on review of defendant's correspondence. | KTV | 0.80 |
| 07/14/06 | Search on Patton Boggs; received enclosure letter from KTV with proposed case management order; faxed and mailed same; continued to work on pro hac vice for JRC on Kevin Roddy. | GAB | 3.00 |
| 07/14/06 | Review of proposed case management order; forward to defendant's counsel. | KTV | 1.00 |
| 07/17/06 | Prepared file for pro hac vice for USDC for JRC and co-counsels; conference with KTV regarding same; forward examples to co-counsel; update JRC declaration; attempt contact with Kevin Roddy. | GAB | 2.00 |
| 07/17/06 | Attention to MDL response and pro hac for JRC, David Meyer and Kevin Roddy; review of defendant's correspondence; telephone conference with GAB. | KTV | 2.00 |
| 07/17/06 | Document review. | JRC | 0.30 |
| 07/18/06 | Follow-up calls to Kevin Roddy; received via Federal Express originals from Shelly Coffman. | GAB | 0.80 |
| 07/18/06 | Review of opposition to stay brief. | KTV | 0.50 |
| 07/19/06 | Electronic filing of pro hac vice for JRC, David Meyer and Patrick Warner for KTV with attached declarations of all; motion granted. | GAB | 1.00 |
| 07/24/06 | Motion for uniform trial dates and brief in | GAB | 1.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | opposition; recieved, print, file and download. | | |
| 07/24/06 | Call with co-counsel regarding case status and filings of opposition brief to defendant's motion. | KTV | 0.30 |
| 07/25/06 | Documents received and forwarded to KTV; file organization. | GAB | 1.00 |
| 07/27/06 | Draft motion; prepared order for Kevin Roddy; multiple activity received; print documents for file. | GAB | 1.00 |
| 07/27/06 | Reading of MDL filings and other filing to date. | KTV | 1.00 |
| 08/29/06 | Review of Comsel correspondence including MDL hearing jury. | KTV | 0.50 |
| 09/06/06 | Call with co-counsel regarding upcoming MDL hearing; discuss with JRC. | KTV | 0.50 |
| 09/06/06 | Telephone conference with team regarding MDL panel hearing. | JRC | 0.50 |
| 09/07/06 | Attention to pulling dockets for JRC; pull information from MDL. | GMH | 1.50 |
| 09/20/06 | Exchange emails with co-counsel regarding September 28th hearing. | JRC | 0.50 |
| 10/03/06 | Review of correspondence regarding MDL. | KTV | 0.50 |
| 11/01/06 | Conference call with group regarding strategy; prepare for call. | KTV | 0.50 |
| 11/01/06 | Attention to arranging conference call; copy documents for JRC. | GMH | 0.80 |
| 11/01/06 | Strategy conference call. | JRC | 0.50 |
| 11/02/06 | Organizational telephone conferences with Kevin | JRC | 0.50 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042



Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | Roddy and Bruce Simon. | | |
| 11/02/06 | Arrange conference call; telephone call with Kevin Roddy. | GMH | 1.30 |
| 11/03/06 | Organizational telephone conferences and emails with Kevin Roddy and Bruce Simon. | JRC | 0.50 |
| 11/03/06 | Arrange conference call. | GMH | 0.30 |
| 11/09/06 | Attention to attempts by D.C. Attorney General to settle nationally. | JRC | 3.00 |
| 11/10/06 | Attention to emails, etc. with Kevin Roddy and Steve Hart; telephone calls with Washington, D.C. Attorney General. | JRC | 1.00 |
| 11/15/06 | Attention to setting up conference call and e-mailing notice. | GMH | 0.50 |
| 11/16/06 | Schedule conference call. | GMH | 0.50 |
| 11/17/06 | Review of defendant counsels correspondence; strategy regarding response. | KTV | 0.50 |
| 11/30/06 | Received service (3 times); docket check; print to file per KTV. | GAB | 0.50 |
| 11/30/06 | Office conference with GAB. | KTV | 0.30 |
| 12/06/06 | Numerous emails with Steve Hart and Kevin Roddy over past week to coordinate meeting with defense counsel on December 13, 2006 in D.C. | JRC | 1.00 |
| 12/12/06 | Travel to Washington, D.C. to meet with Steve Hart, Kevin Roddy and Wendy Weinberger from D.C. Attorney General's office, Mitch Berger at Patton, Boggs and KTV. | JRC | 10.00 |
| 12/13/06 | Meeting with Wendy from the D.C. Attorney General's office; then met with Mitch Berger, | JRC | 8.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | Inphonic council; subsequent meeting with Steve Hart, Kevin Roddy and KTV. | | |
| 12/13/06 | Meeting with JRC and co-counsel regarding case strategy; meeting with defendant's counsel. | KTV | 5.00 |
| 12/14/06 | Return travel to Cleveland. | JRC | 5.00 |
| 12/18/06 | Call to co-counsel regarding case status; review on case strategy. | KTV | 1.00 |
| 12/19/06 | Prepare binders for JRC; Federal Express copy of same to KTV. | GAB | 0.50 |
| 12/19/06 | Give directives to GAB. | JRC | 0.30 |
| 12/20/06 | Review of Kevin Roddy's RICO memorandum prior to telephone conference; attended telephone conference call. | JRC | 1.00 |
| 12/27/06 | Conference call with Steve Hart, David Meyer and Mitch Berger; sketched out letter to Wendy at D.C. Attorney General's office; re-read out-of-state depositions. | JRC | 2.00 |
| 01/01/07 | Review and exchange email with JRC, Steve Hart and Kevin Roddy. | KTV | 0.30 |
| 01/01/07 | Email exchange with KTV and co-counsel. | JRC | 0.30 |
| 01/02/07 | Exchange emails with K. Elhassan, Kevin Roddy, Steve Hart and KTV. | JRC | 0.30 |
| 01/02/07 | Review and exchange email messages with co-counsel. | KTV | 0.30 |
| 01/03/07 | Email exchange with team regarding draft joint report, etc. | JRC | 1.00 |
| 01/03/07 | Review and exchange email regarding meetings; draft joint report, etc. | KTV | 0.80 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO.
34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 01/04/07 | Respond to emails regarding January 5th conference call. | JRC | 0.50 |
| 01/04/07 | Exchange emails with JRC, Steve Hart and Kevin Roddy. | KTV | 0.30 |
| 01/05/07 | Comments via email exchange regarding draft joint report. | JRC | 0.80 |
| 01/08/07 | Review and comments to Kevin Roddy on draft joint statement; exchange emails regarding same with Kevin Roddy, Mitch Berger, Steve Hart and KTV. | JRC | 1.00 |
| 01/08/07 | Email exchange with Steve Hart, Mitch Berger, JRC and Kevin Roddy regarding draft joint statement. | KTV | 0.50 |
| 01/10/07 | Call to KTV and arranged conference call for January 11, 2007 at 12:30 p.m.; forwarded information to KTV with conference number. | GAB | 0.50 |
| 01/10/07 | Email exchange with Kevin Roddy and others in regards to D.C. meetings. | JRC | 1.00 |
| 01/10/07 | Receive, review and respond to emails regarding January 11th meetings. | KTV | 1.00 |
| 01/16/07 | Review and comment on draft orders with Steve Hart and Kevin Roddy. | JRC | 1.00 |
| 01/19/07 | Exchange emails with co-counsel regarding case management documents and court filings. | JRC | 1.00 |
| 01/22/07 | Discuss matter with JRC; review file; review on-line docket and filings. | SDS | 2.00 |
| 01/22/07 | Office conference with SDS. | JRC | 0.50 |
| 01/24/07 | Conference call regarding case management conference with JRC and KTV. | JLG | 1.50 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 01/24/07 | Reading case file to prepare for case management conference. | JLG | 3.00 |
| 01/24/07 | Review file; discuss with JRC and JLG. | SDS | 1.50 |
| 01/24/07 | Attention to emails from Steve Hart, Kevin Roddy, John Cuneo and Bruce Simon, etc. regarding emails with Wendy Weinberg of D.C. Attorney General's office; telephone conference call with Steve Hart, KTV, etc. | JRC | 1.30 |
| 01/24/07 | Conference call. | KTV | 1.50 |
| 01/24/07 | Conference call with KTV and JLG. | JRC | 1.50 |
| 01/26/07 | Meeting with co-counsel prior to case management conference; attendance at same. | JLG | 4.20 |
| 01/26/07 | Travel to and from Washington, D.C. for case management hearing. | JRC | 4.50 |
| 01/29/07 | Memorandum to JRC regarding case management conference. | JLG | 1.50 |
| 01/29/07 | Exchange of emails with Kevin Roddy and Steve Hart regarding conference call of January 31st. | JRC | 0.50 |
| 01/30/07 | Review emails regarding tomorrow's conference call and amended complaint. | JLG | 0.50 |
| 01/30/07 | Attention to emails regarding attorney general's settlement and amended consolidated complaint, class discovery, etc. | JRC | 2.00 |
| 01/31/07 | Conference call with Kevin Roddy, Steve Hart, David Meyer and JLG. | JRC | 0.80 |
| 01/31/07 | Attend conference call. | JLG | 0.80 |
| 01/31/07 | Phone conference with LAG regarding case background. | JLG | 0.30 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO.
34-1373042



| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 01/31/07 | Research regarding choice of law. | JLG | 3.50 |
| 01/31/07 | Reviewing research for master complaint and unjust enrichment claim. | LAG | 2.00 |
| 02/01/07 | Telephone conference with Scott Vold regarding assignment. | JLG | 0.30 |
| 02/01/07 | Review of Minnesota case law regarding unjust enrichment; review JLG research; spoke with JRC regarding routing 50 state report. | LAG | 0.50 |
| 02/01/07 | Telephone conference with LAG. | JRC | 0.30 |
| 02/02/07 | Review and respond to emails with JLG, Kevin Roddy, Scott Vold and Steve Hart regarding complaint and law analysis. | JRC | 0.50 |
| 02/02/07 | Exchange of emails with JRC and co-counsel. | JLG | 0.50 |
| 02/05/07 | Phone conference with Scott Vold regarding assignments; exchange emails with Kevin Roddy and Scott Vold. | JLG | 0.50 |
| 02/05/07 | Attention to emails with Steve Hart and Kevin Roddy; attention to consolidated amended complaint and electronic discovery. | JRC | 1.00 |
| 02/06/07 | Exchange email with Scott Vold regarding assignments. | JLG | 0.30 |
| 02/06/07 | Working on contractual relationships between Inphonic and Continental and Inphonic and Helgeson; attention to consolidated amended complaint; review and edit proposed stipulated protective order. | JRC | 4.00 |
| 02/07/07 | Receive and respond to Kevin Roddy email regardind amended complaint. | JRC | 0.30 |
| 02/09/07 | Exchange emails with co-counsel regarding | JRC | 0.30 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | complaint. | | |
| 02/12/07 | Phone calls to co-counsel regarding assignments. | JLG | 0.50 |
| 02/12/07 | Working on amended complaint, rule 9(6) issues, negligent misrepresentative choice of laws, etc.; reviewed stipulated protective order. | JRC | 2.00 |
| 02/13/07 | Research regarding state consumer protection laws. | JLG | 8.00 |
| 02/13/07 | Working on consolidated amended complaint; providing information requested by David Meyer and Kevin Roddy (RICO). | JRC | 3.00 |
| 02/13/07 | Quick review of documents from S. Heney on clients, Feldman and Sutherland. | JRC | 0.50 |
| 02/15/07 | Research and writing memo regarding consumer protection choice of law. | JLG | 7.00 |
| 02/15/07 | Attention to emails, etc. regarding Inphonic District of Columbia Attorney General settlement; emails to team on effect; edits to complaint; review, comment and prepare memo regarding settlement. | JRC | 1.50 |
| 02/15/07 | Read JLG memo on choice of law and cases. | JRC | 0.80 |
| 02/15/07 | Attention to District of Columbia Attorney General settlement. | JRC | 0.50 |
| 02/17/07 | Read Scott Vold's choice of law memo where he increased JLG's memo. | JRC | 0.50 |
| 02/19/07 | Conference call reviewing D.C. Attorney General's consent order. | JLG | 1.00 |
| 02/19/07 | Telephone conference with leadership regarding amended complaint, etc. and problems caused by District of Columbia Attorney General | JRC | 1.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009
Page 13

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | settlement; called Mitch Berger regarding mediation. | | |
| 02/19/07 | Read draft of amended complaint. | JRC | 1.00 |
| 02/20/07 | Exchange emails regarding February 28th conference. | JRC | 0.30 |
| 02/21/07 | Review consolidated amended complaint. | JLG | 1.00 |
| 02/22/07 | Email exchange with co-counsel regarding draft complaint and February meeting. | JRC | 0.50 |
| 02/23/07 | Email exchange with team regarding draft amended complaint. | JRC | 0.40 |
| 02/24/07 | Exchange emails with team regarding draft amended complaint. | JRC | 0.50 |
| 02/25/07 | Discussions via email with team regarding amended complaint and February 28th meeting. | JRC | 0.50 |
| 02/26/07 | Research and write memo regarding protective orders. | JLG | 3.50 |
| 02/27/07 | Exchange emails with Kevin Roddy and Steve Hart regarding possible mediation. | JRC | 0.50 |
| 03/01/07 | Conference call; memorandum to JRC regarding call. | JLG | 1.50 |
| 03/01/07 | Conference call with Mitch Berger, Kevin Roddy, Steve Hart, Bruce Simon, etc. | JRC | 1.00 |
| 03/01/07 | Review of stipulated electronic discovery order and protective order; edit and comments to same; comments to Kevin Roddy and T. Michael Guiffre at Patton, Boggs. | JRC | 1.00 |
| 03/02/07 | Rule 12 motions and potential mediation discussed via email exchanges with Kevin Roddy | JRC | 0.80 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | and Steve Hart. | | |
| 03/04/07 | Exchange emails with Steve Hart and Kevin Roddy regarding March 14th status conference and potential mediation. | JRC | 1.00 |
| 03/05/07 | Telephone calls with Mitch Berger regarding meeting to discuss potential mediation. | JRC | 0.80 |
| 03/05/07 | Exchange emails with Steve Hart and Kevin Roddy regarding March 14th status and potential mediation. | JRC | 0.60 |
| 03/06/07 | Emails with Kevin Roddy and Steve Hart; reviewed amended complaint, etc. in preparation for meeting with Mitch Berger and Inphonics general counsel. | JRC | 3.00 |
| 03/07/07 | Meeting in D.C. with Mitch Berger and KTV; email to Kevin Roddy, Steve Hart and David Meyer. | JRC | 7.00 |
| 03/07/07 | Return trip from D.C. following meeting with Mitch Berger. | JRC | 5.50 |
| 03/08/07 | Email exchange with Kevin Roddy and Steve Hart regarding March 12th conference call and March 14th status conference. | JRC | 1.20 |
| 03/09/07 | Exchange emails with Kevin Roddy, Steve Hart and Bruce Simon regarding March 14th mediation; conference and discovery issues. | JRC | 1.00 |
| 03/12/07 | Researching DC mediation rules and potential mediators. | JLG | 2.00 |
| 03/12/07 | Attention to telephone calls, emails, etc. regarding mediation. | JRC | 1.00 |
| 03/12/07 | Per e-mails schedule conference call in number; ten lines for tomorrow; forward to team. | GAB | 0.25 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO.
34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 03/13/07 | Gathering documents and orders for JRC. | JLG | 0.50 |
| 03/13/07 | Reading material on UMA and potential mediation bio's; telephone conference call with David Meyer, Kevin Roddy, etc.; spoke with Steve Hart. | JRC | 0.80 |
| 03/13/07 | Telephone call with Steve Hart to prepare and agree on court hearing; review documents. | JRC | 0.80 |
| 03/13/07 | Travel to Washington, D.C. for court appearance and meetings. | JRC | 3.00 |
| 03/14/07 | Attend court appearance and subsequent meetings. | JRC | 5.00 |
| 03/15/07 | Return travel to Cleveland. | JRC | 3.00 |
| 03/19/07 | Attention to potential mediation regarding mediator, etc. | JRC | 0.80 |
| 03/22/07 | Exchange emails with Steve Hart, Kevin Roddy and D. Meyer regarding mediation and discovery. | JRC | 0.50 |
| 03/23/07 | Email exchanges with Mitch Berger, Kevin Roddy, Steve Hart and David Meyer; checking calendars, etc. | JRC | 0.50 |
| 03/26/07 | Telephone call with Mitch Berger; subsequent emails to arrange call with Nancy Lesser. | JRC | 0.50 |
| 03/26/07 | Exchange emails with Steve Hart and Kevin Roddy regarding mediation dates. | JRC | 0.50 |
| 03/28/07 | Telephone conference call with Mitch Berger and mediator, Nancy Lesser; emails to Kevin Roddy, Steve Hart and David Meyer; read, study and draft mediation protocol, confidentiality, etc.; exchange emails with Nancy Lesser's office. | JRC | 4.50 |
| 03/28/07 | Additional drafting of mediation statements, confidentiality, etc.; reading DC code section 16-4201, et seq. on uniform act. | JRC | 1.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

September 30, 2009
Page 16

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 03/29/07 | Reviewing and drafting mediation agreement and confidentiality agreement; emails to Mitch Berger and team. | JRC | 2.00 |
| 03/30/07 | Working on mediation agreement and also confidentiality agreement; began outline of mediation statement. | JRC | 3.00 |
| 04/02/07 | Emails with Nancy Lesser; review of mediation statement; review of Raflen mediation statement; reviewing Mitch Berger's confidentiality agreement, etc. | JRC | 2.00 |
| 04/02/07 | Exchange emails with Steve Hart and Kevin Roddy regarding April 4th mediation and conference call. | JRC | 0.80 |
| 04/03/07 | Arrange a "meet me" conference call for JRC on April 4th; forwarded number and passcode to all parties. | GAB | 0.30 |
| 04/03/07 | Drafting mediation brief; calls with Mitch Berger and Nancy Lesser. | JRC | 5.00 |
| 04/04/07 | Print MDL docket, organized, copied, tab, binded for mediator and sent via FedEx. | GAB | 2.00 |
| 04/04/07 | Preparation for and attend conference call regarding mediation with Kevin Roddy, Steve Hart and David Meyer. | JRC | 1.00 |
| 04/04/07 | Calls and emails with Mitch Berger and Nancy Lesser; worked out mediation agreement and confidentiality with Mitch Berger; drafting mediation agreement; outlining our mediation statement. | JRC | 3.00 |
| 04/04/07 | Attention to mediation; calls and emails with Mitch Berger and mediator, Nancy Lesser. | JRC | 2.00 |
| 04/05/07 | Research FL case (Wilmer) per JRC; print all | GAB | 2.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042



| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | documents and put in binder and tabs. | | |
| 04/05/07 | Working on mediation; calls with Mitch Berger. | JRC | 1.50 |
| 04/06/07 | Drafting mediation statement; working with JRC on same. | JLG | 3.00 |
| 04/06/07 | Met with JRC; double checked docket for motion to dismiss; called KTV regarding briefs etc., per JRC; spoke with KTV again and updated JRC on conversation. | GAB | 1.00 |
| 04/06/07 | Attention to mediation statement; calls with Mitch Berger. | JRC | 2.00 |
| 04/07/07 | Drafting and editing mediation statement. | JLG | 2.50 |
| 04/07/07 | Working with JLG on mediation statement. | JRC | 2.00 |
| 04/09/07 | Drafting and editing mediation statement. | JLG | 4.00 |
| 04/09/07 | Reading hearing transcripts for use in mediation statement. | JLG | 1.00 |
| 04/09/07 | Drafting mediation statement; working with JLG; attention to emails; telephone calls with David Meyer; exchange emails with Kevin Roddy. | JRC | 3.00 |
| 04/10/07 | Editing mediation statement. | JLG | 3.00 |
| 04/10/07 | Attention to completing mediation statement including editing of same; emails with our team; emails with Mitch Berger and Nancy Lesser; reading Berger's mediation statement. | JRC | 3.50 |
| 04/11/07 | Preparation for Friday's deposition. | JRC | 1.00 |
| 04/12/07 | Travel to D.C. for mediation; meeting in D.C. with David Meyer, Kevin Roddy and Steve Hart to prepare for mediation. | JRC | 9.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO.
34-1373042

September 30, 2009
Page 18

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 04/13/07 | In Washington, D.C. for mediation meetings, etc.; return to Cleveland. | JRC | 10.00 |
| 04/15/07 | Emails with team; research on internet for any security cases filed, etc. | JRC | 1.50 |
| 04/16/07 | Emails with Kevin Roddy, Mitch Berger and Nancy Lesser. | JRC | 0.50 |
| 04/17/07 | Attention to emails with mediator and Mitch Berger; telephone conference call with Nancy Lesser and Mitch Berger. | JRC | 0.50 |
| 04/19/07 | Telephone call with Nancy Lesser and Mitch Berger. | JRC | 0.50 |
| 04/20/07 | Spoke with Mitch Berger; emails to and from Kevin Roddy, David Meyer and Steven Hart. | JRC | 1.00 |
| 04/20/07 | Attention to string of emails from Alexander Chopin regarding disclosures. | JRC | 0.80 |
| 04/22/07 | Private call with Nancy Lesser; conference call with Mitch Berger and Nancy Lesser and spoke about mediation and discovery. | JRC | 0.80 |
| 04/30/07 | Email from Mitch Berger on FTC settlement with attachment reviewed; response forwarded to Kevin Roddy, Steve Hart and David Meyer. | JRC | 2.00 |
| 05/04/07 | Telephone call with Nancy Lesser and her assistant, Terri Nagel. | JRC | 0.50 |
| 05/05/07 | Email exchange with Justice Reed regarding mediation, etc. | JRC | 0.25 |
| 05/08/07 | Attention to emails, etc. with Mitch Berger, Kevin Roddy and Steve Hart; drafting status. | JRC | 1.00 |
| 05/09/07 | Print documents from CAA; scan, download and forward same; find email addresses for all | GAB | 1.50 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | parties on chart per JRC. | | |
| 05/09/07 | Attention to emails, etc. regarding settlement and New York case. | JRC | 0.50 |
| 05/11/07 | Emails and telephone calls with Mitch Berger, Steve Hart and Kevin Roddy regarding addendum to mediation agreement, New York case filing; review same, etc. | JRC | 1.50 |
| 05/14/07 | Working on communication to all co-counsel regarding mediation status, etc. | JRC | 1.50 |
| 05/14/07 | Pull documents; meet with JRC; scan, download, title documents, and information to word processor. | GAB | 4.00 |
| 05/15/07 | Copy, tab and bound to plaintiff executive committee memo; Federal Express (x17); look up addresses of plaintiff's committee members. | GAB | 3.00 |
| 05/15/07 | Emails to all counsel; react to emails and telephone calls. | JRC | 1.00 |
| 05/16/07 | Attention to complaint, emails and telephone calls with Barry Eichen, etc. | JRC | 0.50 |
| 05/18/07 | Attention to ongoing complaint and emails; call with Steve Hart on strategy for Monday's call. | JRC | 0.50 |
| 05/18/07 | Pull Federal Express to track Mason received; email reviews. | GAB | 0.50 |
| 05/20/07 | Telephone calls and emails; preparation for Monday's conference call with all counsel. | JRC | 0.50 |
| 05/21/07 | Preparation for and telephone conference with Steve Kaufman, Kevin Roddy and all counsel. | JRC | 1.50 |
| 05/22/07 | Email exchange with Kevin Roddy and Steve Hart regarding May conference call and mediation. | JRC | 1.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 05/23/07 | Exchange emails with Steve Hart and Kevin Roddy regarding May 31st mediation. | JRC | 0.80 |
| 05/24/07 | Discuss mediation via email with Steve Hart and Kevin Roddy. | JRC | 0.30 |
| 05/29/07 | Update database. | GAB | 0.30 |
| 05/30/07 | Telephone calls with Nancy Lesser, Mitch Berger and Steve Hart; prepared for mediation. | JRC | 2.00 |
| 05/31/07 | Flew to Washington, D.C.; attended mediation with Nancy Lesser, Mitch Berger and Steve Hart; subsequent strategy session. | JRC | 12.00 |
| 06/01/07 | In Washington, D.C. at mediation; pre-meeting with Steve Hart; return travel to Cleveland. | JRC | 12.00 |
| 06/01/07 | Discussion of settlement that Nancy Lesser put on table with David Meyer. | JRC | 0.50 |
| 06/08/07 | Telephone conferences with Steve Hart and Kevin Roddy. | JRC | 0.80 |
| 06/08/07 | Attention to emails with Kevin Roddy, Steve Hart and Nancy Lesser; working on proposed settlement. | JRC | 0.80 |
| 06/09/07 | Preparation for conference call with Kevin Roddy and Steve Hart; call held. | JRC | 1.50 |
| 06/11/07 | Review of 7th Circuit decision in Synfuel v. DHL and other cases including Trial Lawyers Public Justice; telephone call with Nancy Lesser and David Meyer. | JRC | 3.00 |
| 06/11/07 | Second call with Nancy Lesser; attention to emails with Steve Hart and Kevin Roddy. | JRC | 0.50 |
| 06/11/07 | Ongoing work to find a resolution; attention to emails etc. | JRC | 0.50 |