CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

September 30, 2009
Page 21

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/12/07 | Attention to emails and calls with Nancy Lesser regarding CAFA issues; research into CARA 1712-Coupon settlements; emails with Steve Hart, etc. | JRC | 2.00 |
| 06/12/07 | Telephone call with Nancy Lesser and SDS regarding CAFA issues and then spoke with Kevin Roddy. | JRC | 0.80 |
| 06/12/07 | Conference with SDS regarding CAFTA and potential coupon settlement. | DMC | 0.50 |
| 06/12/07 | Discuss fee issues with JRC; gather research regarding fees post CAFA for settlement; discuss matter with JRC and DMC. | SDS | 4.00 |
| 06/13/07 | Telephone calls and emails with Nancy Lesser and Steve Hart regarding CAFA; reading more CAFA to develop case. | JRC | 1.00 |
| 06/15/07 | Call with Nancy Lesser; prepare for Monday's hearing; status email to Kevin Roddy and Steve Hart. | JRC | 1.00 |
| 06/16/07 | Telephone conference call with Steve Hart and Kevin Roddy discussing Monday's hearing. | JRC | 0.50 |
| 06/16/07 | Preparation for Monday's court appearance; looking into more background on all defendants. | JRC | 2.00 |
| 06/18/07 | Travel to and from Washington, D.C.; attended status hearing before judge; ongoing mediation with Nancy Lesser, Mitch Berger, etc.; attention to emails, etc. | JRC | 14.00 |
| 06/18/07 | Research regarding RICO indemnity; meeting with JRC to discuss. | JLG | 0.80 |
| 06/19/07 | Email to Steve Hart and Kevin Roddy regarding Washington, D.C. events; telephone calls. | JRC | 1.00 |

EXHIBIT
tabbies
D-Part 2

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

September 30, 2009
Page 22

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 06/25/07 | Pull files from JRC office; transfer all files to boxes and organize same. | GAB | 0.80 |
| 06/27/07 | Telephone call with Nancy Lesser; reviewing issues. | JRC | 0.50 |
| 06/29/07 | Exchange emails with Steve Hart and Kevin Roddy regarding proposed settlement conference with mediator. | JRC | 1.00 |
| 07/01/07 | Telephone calls and emails with Nancy Lesser on confidential mediation communication; working on latest settlement proposal; sixteen emails with Kevin Roddy and Steve Hart; telephone conference call with same. | JRC | 3.00 |
| 07/02/07 | Exchange of emails with Nancy Lesser and her assistant; discussion with her at Cy Pres Distribution of Excess Cast. | JRC | 0.80 |
| 07/05/07 | Emails with Kevin Roddy and Steve Hart regarding settlement proposal; spoke with Nancy Lesser; emails with same. | JRC | 0.80 |
| 07/06/07 | Attention to emails with Kevin Roddy, Steve Hart and Nancy Lesser regarding latest settlement proposals. | JRC | 0.80 |
| 07/06/07 | Calls and numerous emails with Nancy Lesser, Kevin Roddy and Steve Hart. | JRC | 0.80 |
| 07/07/07 | Attention to emails, etc. with Kevin Roddy and Steve Hart. | JRC | 0.30 |
| 07/08/07 | Attention to emails with Kevin Roddy, Steve Hart and Nancy Lesser. | JRC | 0.50 |
| 07/09/07 | Working on proposed settlement with Nancy Lesser. | JRC | 0.50 |
| 07/09/07 | Exchange emails with Steve Hart and Kevin Roddy | JRC | 0.30 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO.
34-1373042



Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | regarding potential settlement. | | |
| 07/11/07 | Attention to emails with Kevin Roddy, etc. on settlement proposal. | JRC | 0.30 |
| 07/11/07 | Attention to emails with Terri Nagle, assistant to Nancy Lesser. | JRC | 0.50 |
| 07/12/07 | Attention to emails with various co-counsels regarding status; spoke to Steve Hart, Kevin Roddy and Nancy Lesser. | JRC | 1.00 |
| 07/14/07 | Status emails with Steve Hart and Kevin Roddy. | JRC | 0.50 |
| 07/16/07 | Attention to email to Steve Hart and Kevin Roddy; email to Terri Nagel; calls with Nancy Lesser. | JRC | 0.50 |
| 07/18/07 | Review file for last hearing date per JRC; call to Judge Huwelle Court Reporter and then to C. Pilgram (x3); needed transcript as soon as possible. | GAB | 1.00 |
| 07/19/07 | Follow-up call to Crystal Pilgram on transcript regulations for JRC from the June 18th hearing; file and docket check for order and exhibit D of case management order; print for JRC; and met with JRC. | GAB | 2.00 |
| 07/19/07 | Preparing report for executive committee; finally received transcript from June hearing; dictated rough letter; emails and telephone call with Steve Hart and Kevin Roddy. | JRC | 1.00 |
| 07/20/07 | Edit of draft report; instructions to GAB to pull documents; exchange emails regarding claim forms, transcripts and deadlines. | JRC | 1.00 |
| 07/20/07 | Print and organize all transcripts received for JRC. | GAB | 1.50 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO.
34-1373042

September 30, 2009
Page 24

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 07/22/07 | Exchange emails with Kevin Roddy regarding settlement. | JRC | 0.80 |
| 07/23/07 | Attention to status report, edits and check defendant's fact. | JRC | 1.00 |
| 07/23/07 | Emails with Terri Nagel, Nancy Lesser's assistant to schedule time of October 27, 2007 meeting and telephone conference. | JRC | 0.30 |
| 07/24/07 | Locate status conference transcripts and print; meet with JRC. | GAB | 0.80 |
| 07/24/07 | Attention to report to executive committee. | JRC | 0.50 |
| 07/25/07 | Monitor emails. | GAB | 0.30 |
| 07/25/07 | Attention to emails for Nancy Lesser regarding status of money, dates in September, etc.; finalize new mediation agreement with Terri Nagel. | JRC | 0.50 |
| 07/25/07 | Emails and telephone call with Nancy Lesser and team; edits, etc. to executive committee report; emails and edits with team. | JRC | 2.00 |
| 07/25/07 | Telephone call with Mitch Berger; settlement negotiations and stipulation to new status dates. | JRC | 0.50 |
| 07/26/07 | Pull previous update to plaintiffs executive committee; copy to JRC; meet with JRC; cross-service list edit and scan tabs; send mass email. | GAB | 4.00 |
| 07/26/07 | Attention to emails and review of stipulation to court changing September dates; telephone call with Mitch Berger's partner. | JRC | 1.00 |
| 07/27/07 | Follow-up emails; resend to Belt Law Firm per Kristen. | GAB | 0.80 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

September 30, 2009
Page 25

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 07/30/07 | Attention to emails and telephone calls with co-counsel and Bruce Simon Harvey-Consumer Watchdog on Kevin Roddy and Steve Hart settlement, etc. | JRC | 1.00 |
| 07/30/07 | Attention to emails, etc. and issues related to ongoing discovery disputes. | JRC | 0.50 |
| 07/31/07 | Attention to emails with Kevin Roddy and Steve Hart regarding Bruce Simon issues. | JRC | 1.00 |
| 07/31/07 | Emails from Nancy Lesser, defendant's position and sent a second circuit decision to review on attorney fees; read same. | JRC | 1.00 |
| 08/02/07 | Attention to emails with Kevin Roddy and Steve Hart; spoke with Nancy Lesser. | JRC | 1.00 |
| 08/02/07 | Reading cases referenced by Kevin Roddy; telephone call with Nancy Lesser and Steve Hart. | JRC | 0.50 |
| 08/02/07 | Set up conference call. | GMH | 0.30 |
| 08/23/07 | Memos circulated between Nancy Lesser, Steve Hart and Kevin Roddy regarding August mediation. | JRC | 0.50 |
| 08/24/07 | Attention to emails; telephone call with Nancy Lesser regarding Monday's mediation session. | JRC | 0.50 |
| 08/26/07 | Attention to emails and telephone calls with Steve Hart and Kevin Roddy, then conference call with Nancy Lesser. | JRC | 1.00 |
| 08/29/07 | Attention to emails and telephone calls; ongoing negotiations. | JRC | 0.50 |
| 09/02/07 | Emails with Kevin Roddy and Steve Hart regarding proposed settlement. | JRC | 0.50 |
| 09/05/07 | Dealing with Inphonics financing issue; research, etc. | JRC | 1.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 09/06/07 | Attention to emails, etc. with Mitch Berger, Steve Hart and Kevin Roddy regarding financial position and financials; received and reviewed financials; telephone calls with Mitch Berger. | JRC | 1.50 |
| 09/11/07 | Telephone call with Steve Hart regarding his telephonic conversation with Harvey. | JRC | 0.30 |
| 09/14/07 | Review file for documents JRC needs; meet with JRC; prepare copy job. | GAB | 1.50 |
| 09/17/07 | Complete copy job and highlight three copies for JRC. | GAB | 0.50 |
| 09/18/07 | Follow-up on binder receipiants with JRC; read Kevin Roddy's email request for address to send. | GAB | 0.50 |
| 09/27/07 | Pull all boxes to organize for October 4th meeting; check docket to update binders. | GAB | 1.00 |
| 10/01/07 | Organize JRC files; docket check; prepare for meeting. | GAB | 3.00 |
| 10/01/07 | Revising documents, etc.; prepare for meetings on Wednesday with Bruce Simon, Harvey Rosenfield, Steve Hart and Kevin Roddy. | JRC | 1.00 |
| 10/02/07 | Dinner meeting with Kevin Roddy to prepare for meeting with Bruce Simon and Harvey Rosenfield. | JRC | 2.00 |
| 10/03/07 | Meeting with Kevin Roddy, Steve Hart, Bruce Simon and Harvey Rosenfield; call and email to Nancy Lesser. | JRC | 4.50 |
| 10/04/07 | Attention to emails from Nancy Lesser, Kevin Roddy and Steve Hart. | JRC | 0.30 |
| 10/29/07 | Calls with Mitch Berger and Nancy Lesser; emails with Steve Hart and Kevin Roddy; subsequent call with Mitch Berger on status. | JRC | 0.75 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009
Page 27

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 11/09/07 | Exchange emails with Kevin Roddy, Steve Hart and Mitch Berger regarding bankruptcy filing, November 30th status conference and potential settlement. | JRC | 1.20 |
| 11/30/07 | Emails, etc. with Kevin Roddy, Steve Hart and Nancy Lesser regarding status to date. | JRC | 0.50 |
| 01/07/08 | Review emails exchanged. | JRC | 0.30 |
| 01/09/08 | Conference call with Kevin Roddy and Steve Hart regarding January 18th status conference; exchange emails with same regarding status conference statement. | JRC | 1.50 |
| 01/10/08 | Exchange emails with team regarding status conference statement. | JRC | 1.00 |
| 01/18/08 | Review email from Kevin Roddy regarding minute orders. | JRC | 0.30 |
| 02/20/08 | Review revisions of second amended complaint; exchange emails with team regarding same. | JRC | 0.80 |
| 02/26/08 | Exchange emails with team regarding second amended complaint and strategy. | JRC | 1.00 |
| 02/27/08 | Review draft of second amended complaint and forward comments through email. | JRC | 1.00 |
| 03/03/08 | Exchange emails with team. | JRC | 0.50 |
| 03/07/08 | Exchange emails regarding motion for leave to file amended complaint. | JRC | 0.50 |
| 04/30/08 | Email exchange regarding service of process. | JRC | 0.30 |
| 05/08/08 | Discuss motion to dismiss amended complaint via email exchange. | JRC | 0.50 |
| 05/09/08 | Discuss motion to dismiss amended complaint via | JRC | 0.50 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | email exchange. | | |
| 05/12/08 | Exchange emails with Kevin Roddy and Steve Hart regarding motion to dismiss. | JRC | 0.50 |
| 06/10/08 | Attention to emails with Kevin Roddy, etc. | JRC | 0.25 |
| 06/21/08 | File maintenance. | GAB | 0.30 |
| 06/26/08 | Attention to emails with Kevin Roddy and Steve Hart regarding defendant's wanting extension, etc. | JRC | 0.30 |
| 08/17/08 | Attention to emails with Kevin Roddy and Steve Hart regarding motion dismissed filed by five defendants; read same. | JRC | 0.80 |
| 09/26/08 | Downloading and reading complaint and previous opposition to motion to dismiss. | LAG | 2.00 |
| 09/26/08 | Pull docket; on-line check; meet with JRC; forward all documents and e-mails to LAG. | GAB | 1.00 |
| 09/27/08 | Reviewing Inphonics current motion to dismiss to prepare opposition and arbitration section. | LAG | 2.00 |
| 09/27/08 | Researching history of Inphonics litigation; reviewing full docket sheet. | LAG | 3.00 |
| 09/29/08 | Draft opposition to arbitration. | LAG | 2.00 |
| 09/30/08 | Draft opposition to arbitration. | LAG | 2.00 |
| 10/01/08 | Continue working on opposition to motion to dismiss. | LAG | 5.00 |
| 10/02/08 | Finalize opposition to motion to dismiss. | LAG | 6.00 |
| 10/02/08 | Attention to emails with Kevin Roddy and Steve Hart. | JRC | 0.50 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO.
34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 10/07/08 | Attention to exchange of emails with Kevin Roddy and Steve Hart. | JRC | 0.50 |
| 11/07/08 | Attention to emails regarding service of Brian Curran. | JRC | 0.50 |
| 11/12/08 | Attention to Kevin Roddy and Steve Hart emails. | JRC | 0.50 |
| 02/11/09 | Telephone calls with Kevin Roddy and Steve Hart regarding hearing, etc. | JRC | 0.50 |
| 02/19/09 | Email exchanges with Kevin Roddy, Steve Hart and Nancy Lesser; research into Inphonics and CPG bankruptcy, individual defense, etc. | JRC | 1.50 |
| 02/23/09 | Review Steve Hart's motion; telephone call with Nancy Lesser, Kevin Roddy and Steve Hart. | JRC | 0.75 |
| 03/02/09 | Attention to emails from Nancy Lesser regarding S. Hart, etc. and potential medication. | JRC | 1.00 |
| 03/03/09 | Numerous telephone calls. | JRC | 0.50 |
| 03/04/09 | Numerous telephone calls. | JRC | 0.50 |
| 03/10/09 | Email review. | JRC | 0.30 |
| 03/11/09 | Schedule conference call for today at 11:00 a.m. per JRC; notify parties. | GAB | 0.30 |
| 03/11/09 | Conference call with Kevin Roddy and Steve Hart regarding status, settlement and motions. | JRC | 0.50 |
| 03/11/09 | Call with Nancy Lesser, Kevin Roddy and Steve Hart. | JRC | 0.50 |
| 03/16/09 | Attention to Nancy Lesser and team emails. | JRC | 0.80 |
| 03/23/09 | Attention to emails with Nancy Lesser, Kevin Roddy and Steve Hart. | JRC | 0.50 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

September 30, 2009


Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 03/30/09 | Telephone conference. | JRC | 0.30 |
| 04/02/09 | Travel to Washington, D.C. | JRC | 3.00 |
| 04/03/09 | In court; return travel to Cleveland. | JRC | 8.00 |
| 04/08/09 | Telephone conference with Kevin Roddy and Steve Hart. | JRC | 0.50 |
| 04/09/09 | Set-up and notify conference call with JRC 11:00 a.m.; information to counsel. | GAB | 0.30 |
| 04/13/09 | Draft motion of appearance; substitute of counsel; forward to JRC for review. | GAB | 1.00 |
| 04/14/09 | Received documents from KTV; draft notice of substitute counsel for JRC; forward filing. | GAB | 0.80 |
| 04/17/09 | Conference call with Kevin Roddy and Nancy Lesser. | JRC | 0.50 |
| 04/23/09 | Attention to emails from Nancy Lesser, Kevin Roddy and Steve Hart, etc. | JRC | 0.80 |
| 05/05/09 | Major briefs pulled per JRC; review with JRC. | GAB | 0.50 |
| 05/05/09 | Telephone calls and emails with Steve Hart, Kevin Roddy and Nancy Lesser regarding mediation; preparing information. | JRC | 0.50 |
| 05/06/09 | Forward Motion to KTV; pull pro hac's and ECF registration. | GAB | 0.50 |
| 05/07/09 | Exchange and review emails with S. Hart, K. Roddy and S. Henry regarding rebate claims. | JRC | 0.80 |
| 05/08/09 | Joint statement regarding discovery drafted, reviewed and revised via email with S. Hart, S. Henry and K. Roddy. | JRC | 1.00 |
| 05/11/09 | Review joint motion on class certificate | GAB | 0.50 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

September 30, 2009
Page 31

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | discovery; save file and forward to JRC. | | |
| 05/11/09 | Review email from Deb Baughes at PAX regarding location of May 13th mediation. | JRC | 0.20 |
| 05/12/09 | Mediation agreement executed by JRC. | GAB | 0.30 |
| 05/12/09 | Attention to mediation agreement. | JRC | 1.00 |
| 05/13/09 | Travel to and from D.C. for mediation. | JRC | 6.00 |
| 05/13/09 | Prepare for and attend mediation; prepare for May 19, 2009 hearing with S. Hart and K. Roddy. | JRC | 6.00 |
| 05/14/09 | Exchange emails with K. Roddy and S. Hart regarding hearing for motion to dismiss, potential settlement and fees and costs incurred. | JRC | 1.00 |
| 05/18/09 | Review email from Scott Haber regarding change of venue for May 19th meeting. | JRC | 0.30 |
| 05/19/09 | Travel to and from D.C. for meeting. | JRC | 3.00 |
| 05/19/09 | Meeting at Kaplan & Drysdale office in Washington D.C. | JRC | 4.00 |
| 05/21/09 | Received minute order; file forwarded to JRC. | GAB | 0.30 |
| 05/22/09 | Attention to mass emails; chart call for May 27, 2009 at 1:00 p.m.; prepare memo. | GAB | 0.50 |
| 05/22/09 | Emails exchanged with K. Roddy, S. Hart and others regarding settlement fees and costs for potential settlement; review of memo regarding same from N. Lesser. | JRC | 1.20 |
| 05/26/09 | Telephone calls with Steve Hart and Kevin Shubert. | JRC | 0.50 |
| 05/27/09 | Prepare for and attend conference call regarding | JRC | 1.50 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

September 30, 2009
Page 32

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | potential settlement; exchange emails with K. Roddy, S. Hart and N. Lesser regarding same. | | |
| 05/28/09 | Calls and emails exchanged with K. Roddy, S. Hart and N. Lesser regarding lodestar. | JRC | 1.00 |
| 05/29/09 | Email exchange with K. Roddy and S. Hart. | JRC | 0.50 |
| 06/04/09 | Settlement discussion emails exchanged with K. Roddy and S. Hart. | JRC | 0.50 |
| 06/10/09 | Received letter from K. Roddy; print same to discuss with JRC. | GAB | 0.30 |
| 06/15/09 | Discuss status conference with K. Roddy, S. Hart and N. Lesser; email exchange regarding potential settlement. | JRC | 0.50 |
| 06/16/09 | Review and reply to memo from K. Roddy regarding proposed settlement and details of same. | JRC | 0.60 |
| 06/17/09 | Receipt and review of "tenative settlement agreement"; mark calendar for JRC regarding control status hearing set for July 9, 2009. | GAB | 0.50 |
| 07/02/09 | Attention to emails, calls, etc. regarding settlement. | JRC | 0.80 |
| 07/06/09 | Review statis of proposed settlement with K. Roddy and S. Hart. | JRC | 0.50 |
| 07/28/09 | Call with Kevin Roddy and Steve Hart. | JRC | 0.50 |
| 08/10/09 | Call with JRC's assistant regarding status conference; docket same. | GAB | 0.50 |
| 08/11/09 | Review status conference memo from K. Roddy. | JRC | 0.50 |
| 08/28/09 | Receipt and review K. Roddy's memo regarding proposed settlement and September 3rd status conference; exchange emails with team regarding | JRC | 1.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009
Page 33

Invoice No.: 227455
Matter: 16526.001

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | same. | | |
| 08/31/09 | Exchange emails with team regarding status conference and proposed settlement. | JRC | 1.00 |
| 09/02/09 | Memos and responses circulated regarding release and settlement agreement with K. Roddy, S. Hart and S. Henry; September 3rd status conference discussed. | JRC | 1.00 |
| 09/03/09 | Status emails. | JRC | 0.30 |
| 09/03/09 | Exchange several emails with team regarding status conference in D.C. | JRC | 0.50 |
| 09/09/09 | Review and respond to emails circulated by through team regarding amendment. | JRC | 0.50 |
| 09/23/09 | Catching up; reviewed 25 emails received regarding case; respond to same. | JRC | 2.00 |
| 09/24/09 | Review draft of fee petition. | JRC | 0.50 |
| 09/25/09 | Review revised fee petition circulated amongst team. | JRC | 0.50 |

| Timekeeper | Rate | Hour | Value |
|---|---|---|---|
| John R. Climaco | 600.00 | 365.10 | 219,060.00 |
| John A. Peca | 500.00 | 1.50 | 750.00 |
| David M. Cuppage | 450.00 | 0.50 | 225.00 |
| Keith T. Vernon | 450.00 | 48.90 | 22,005.00 |
| Scott D. Simpkins | 450.00 | 7.50 | 3,375.00 |
| Joseph P. Fegen | 450.00 | 1.60 | 720.00 |
| Lisa A. Gorshe | 300.00 | 24.50 | 7,350.00 |
| Phillip W. Lambert | 300.00 | 13.00 | 3,900.00 |
| Gwendolyn M. Hennessey | 160.00 | 5.20 | 832.00 |
| Gina A. Bruno | 160.00 | 61.70 | 9,872.00 |
| Jennifer L. Gardner | 300.00 | 56.20 | 16,860.00 |
| TOTAL FEES | | 585.70 | 284,949.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009
Page 34

Invoice No.: 227455
Matter: 16526.001

Expenses Incurred:

| | | |
|---|---|---|
| 10/24/08 | Postage | 5.04 |
| 06/16/09 | Document Reproduction | 372.40 |
| 03/22/06 | Delivery Service | 44.37 |
| 06/16/09 | Long Distance Calls | 106.06 |
| 04/11/06 | Fax Charges | 4.00 |
| 03/20/06 | Filing Fee - United States District Court | 250.00 |
| 06/21/06 | Ground Expense - KTV (taxi fare) | 13.00 |
| 06/30/06 | PACER (second quarter 2006 copies) | 0.08 |
| 09/29/06 | Airfare - JRC (to California) | 641.80 |
| 09/29/06 | Hotel - JRC (in California) | 307.00 |
| 09/29/06 | Ground Expense - JRC (taxi fares) | 174.00 |
| 09/30/06 | PACER (third quarter court copies) | 5.76 |
| 09/30/06 | PACER (third quarter court copies) | 0.88 |
| 11/01/06 | MCI Worldcom Conferencing (conference call) | 225.74 |
| 11/16/06 | MCI Worldcom Conferencing (conference call) | 12.91 |
| 12/14/06 | Hotel - JRC (in Washington) | 667.33 |
| 12/14/06 | Ground Expense - JRC (in Washington, taxi fares) | 165.00 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009
Page 35

Invoice No.: 227455
Matter: 16526.001

Expenses Incurred:

| | | |
|---|---|---|
| 12/14/06 | Meals - JRC (in Washington with Mitch Berger) | 59.45 |
| 12/14/06 | Meals - JRC (in Washington) | 131.33 |
| 12/18/06 | Copy Center | 114.28 |
| 12/19/06 | Federal Express (Keith Vernon) | 28.04 |
| 12/31/06 | PACER (court copies) | 0.64 |
| 01/10/07 | MCI Worldcom Conferencing (conference call) | 41.97 |
| 01/11/07 | MCI Worldcom Conferencing (conference call) | 291.12 |
| 01/26/07 | Airfare - JLG (to Washington, D.C.) | 168.10 |
| 01/26/07 | Ground Expense - JLG (Washington D.C. taxi fares) | 62.00 |
| 01/31/07 | MCI WorldCom Conferencing (professional services rendered) | 95.12 |
| 02/28/07 | Westlaw (online research February 1 through 26, 2007) | 271.46 |
| 03/13/07 | MCI Worldcom Conferencing (conference call) | 53.76 |
| 03/14/07 | Hotel - JRC (in Washington for court appearance and meetings) | 676.43 |
| 03/15/07 | Airfare - JRC (to Washington for court appearance and meetings) | 808.79 |
| 03/31/07 | Westlaw (online research March 2007) | 53.13 |
| 03/31/07 | PACER (court copies) | 8.72 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009
Page 36

Invoice No.: 227455
Matter: 16526.001

Expenses Incurred:

| | | |
|---|---|---|
| 04/04/07 | Copy Center | 65.53 |
| 04/04/07 | Federal Express (Nancy Lesser) | 30.23 |
| 04/04/07 | MCI Worldcom Conferencing (conference call) | 71.35 |
| 04/09/07 | PAX ADR, LLC (advance plaintiff payment) | 5,000.00 |
| 04/10/07 | Federal Express (Mitch Berger, Esq.) | 15.57 |
| 04/10/07 | Federal Express (Steven Hart, Esq.) | 15.57 |
| 04/10/07 | Federal Express (David P. Meyer, Esq) | 13.40 |
| 04/10/07 | Federal Express (Kevin P. Roddy, Esq) | 17.09 |
| 04/10/07 | Federal Express (Nancy Lesser - PAX ADR LLC) | 13.40 |
| 04/10/07 | Federal Express (Nancy Lesser) | 15.57 |
| 04/15/07 | Hotel - JRC (in Washington, March 4-6, 2007) | 890.82 |
| 04/15/07 | Ground Expense - JRC (Washington D.C. taxi) | 30.00 |
| 04/15/07 | Airfare - JRC (to Washington) | 536.80 |
| 04/15/07 | Hotel - JRC (in Washington) | 682.98 |
| 04/15/07 | Ground Expense - JRC (Washington D.C. taxi to airport) | 82.50 |
| 05/14/07 | Copy Center | 1,217.26 |
| 05/15/07 | Federal Express (Kevin Roddy, Esq.) | 39.71 |
| 05/15/07 | Federal Express (Khalid A. Elhassan, | 39.71 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO. 34-1373042

September 30, 2009
Page 37

Invoice No.: 227455
Matter: 16526.001

Expenses Incurred:

| | | |
|---|---|---|
| | Esq.) | |
| 05/15/07 | Federal Express (Gary Mason, Esq.) | 30.47 |
| 05/15/07 | Federal Express (Patrick J. McGroder, III Esq.) | 49.75 |
| 05/15/07 | Federal Express (David O. Meyer, Esq.) | 25.48 |
| 05/15/07 | Federal Express (Bruce Simon, Esq) | 51.15 |
| 05/15/07 | Federal Express (Robert Schubert, Esq.) | 51.15 |
| 05/15/07 | Federal Express (Barry Eichen, Esq.) | 39.71 |
| 05/15/07 | Federal Express (Keith T. Vernon, Esq.) | 22.28 |
| 05/15/07 | Federal Express (Mark P. Friedland, Jr. Esq) | 30.47 |
| 05/15/07 | Federal Express (Lew Kahn, Esq.) | 44.70 |
| 05/15/07 | Federal Express (Steven A, Hart, Esq.) | 30.47 |
| 05/15/07 | Federal Express (Eric A. Eisen, Esq.) | 32.92 |
| 05/15/07 | Federal Express (Knoll Lowney, Esq.) | 51.15 |
| 05/15/07 | Federal Express (Juden Justice Reed, Esq.) | 51.15 |
| 05/15/07 | Federal Express (Jon W. Cuneo, Esq.) | 26.08 |
| 05/15/07 | Federal Express (Stephen M. Garcia, Esq.) | 55.09 |
| 06/01/07 | Federal Express (Davis P. Meyer) | 34.25 |
| 06/01/07 | Federal Express (Kevin Roddy) | 49.78 |
| 06/01/07 | Federal Express (Stephen A. Hart) | 39.45 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484
FEDERAL I.D. NO.
34-1373042

September 30, 2009
Page 38

Invoice No.: 227455
Matter: 16526.001

| | | |
|---|---|---|
| 06/01/07 | Airfare - JRC (to Washington) | 817.79 |
| 06/01/07 | Ground Expense - JRC (airport taxi) | 82.50 |
| 06/01/07 | Ground Expense - JRC (taxi) | 20.00 |
| 06/16/07 | PAX ADR, LLC (mediation fee - bill #1662) | 4,335.55 |
| 06/18/07 | Airfare - JRC (to Washington) | 822.80 |
| 06/29/07 | MCI Worldcom Conferencing (conference call-JRC) | 21.31 |
| 06/30/07 | WestLaw (online research June 2007) | 94.73 |
| 06/30/07 | WestLaw (online research June 2007) | 493.72 |
| 06/30/07 | Copy Center | 13.12 |
| 07/19/07 | Transcript Expense - Crystal M. Pilgram (transcript held on 06-18-07) | 119.77 |
| 08/02/07 | MCI Worldcom Conferencing (conference call) | 42.29 |
| 08/30/07 | PAX ADR, LLC (mediation fee) | 7,338.38 |
| 09/14/07 | Copy expense (PK) | 209.36 |
| 09/30/07 | PACER (third quarter 2007 copies) | 5.44 |
| 10/11/07 | Federal Express (Nancy Lesser) | 13.89 |
| 01/01/08 | PACER (fourth quarter 2007 copies) | 12.32 |
| 03/12/08 | PAX ADR, LLC (various services rendered 12-20-07) | 1,826.62 |
| 04/30/08 | Reimbursemet from S. Hart (Segal McCambridge Singer) for PAX ADR | -1,826.62 |

CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO., L.P.A.
ATTORNEYS AND COUNSELLORS AT LAW
55 PUBLIC SQUARE, SUITE 1950
CLEVELAND, OHIO 44113
(216) 621-8484

FEDERAL I.D. NO.
34-1373042

September 30, 2009
Page 39

Invoice No.: 227455
Matter: 16526.001

Expenses Incurred:

| | | |
|---|---|---|
| | Services for mediation | |
| 04/30/08 | Reimbursemet from S. Hart (Segal McCambridge Singer) for PAX ADR Services for mediation | -7,338.38 |
| 10/31/08 | Westlaw (online research October 2008) | 851.62 |
| 04/03/09 | Airfare - JRC (Washington D.C. hearing) | 951.20 |
| 04/03/09 | Climaco, John R. (Washington DC hotel for hearing) | 886.48 |
| 04/03/09 | Ground Expense - JRC (Washington D.C. transportation for hearing) | 546.00 |
| 05/05/09 | PAX ADR, LLC (mediation fee) | 4,000.00 |
| 05/13/09 | Climaco, John R. (Washington D.C. airfare for mediation) | 966.20 |
| 05/19/09 | Climaco, John R. (Washington D.C. airfare for mediation) | 951.20 |
| 05/19/09 | Climaco, John R. (Washington D.C. taxi for mediation) | 18.00 |

TOTAL EXPENSES: $ 31,627.99

Total Services and Expenses Incurred: $ 316,576.99

Total Balance Due: $ 316,576.99
===============